TABLE OF EXHIBITS

A. Declaration of Betty Laster

B. Declaration of Leslie Jackson

C. A.J.P. Hearing Officer's Determination

D. C.A. Hearing Officer's Determination

E. Declaration of Chanda Alston

F. Declaration of Melissa Phillips, Case Manager, Grafton School

G. T.L. Notice of Placement in KDS (Dec. 2003)

H. KDS Program Description

I. T.L. School Year 2004-2005 IEP (May 2004)

J. A.J.P. Transition Plan (April 2004)

K. A.J.P. School Year 2004-2005 IEP (Aug. 2004)

L. C.A. School Year 2005-2006 Grafton /Cabin John IEP (June 2005)

M. T.L. Notice of Placement in DCALA (July 2005)

N. DCALA Program Description

O. DCALA Teacher Advertisements

P. T.L. Proposed School Year 2005-2006 IEP (July 2005)

Q. A.J.P. Notice of Placement in Barnard Autism program (Aug. 2005)

R. Letter of Betty Laster to DCPS (Aug. 26, 2005)

S. Letter of counsel to DCPS, on behalf of Laster Plaintiffs (Sept. 1, 2005)

T. T.L. Due Process Complaint (Sept. 9, 2005)

U. Letter of counsel to DCPS, on behalf of Jackson Plaintiffs (Aug. 26, 2005)

V. Letter from DCPS to Mrs. Jackson (Sept. 8, 2005)

W. A.J.P. Due Process Complaint (Sept. 8, 2005)

X. C.A. Due Process Complaint (Sept. 13, 2005)

Y. Letter of Dr. Ellen Gaske (Sept. 11, 2005)

Z. A.J.P. MDT Notes (Aug. 10, 2005)

AA. Letter of counsel to DCPS, on behalf of Jackson Plaintiffs (Sept.1, 2005)

BB. High Road Academy Description