UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, *et al.*, )
)
Plaintiff, )
v. ) Civil Action No. 05-1875
)
DISTRICT OF COLUMBIA, *et al.*, )
)
Defendants. )

## DECLARATION OF JUDITH SMITH

1. My name is Judith Smith. I am Director of Federal and Family Court Monitoring, DC Public Schools, Office of Special Education. My responsibilities include monitoring and implementation of special education matters filed in Federal Court.

2. As to C.A., DCPS has today transmitted to the Montgomery County School System ("MC") the payment authorization agreement necessary to permit C.A.'s admission to classes at Cabin John Middle School and has communicated by telephone with MC officials. Per MC, C.A. will be able to attend Cabin John beginning on Monday, September 26, 2005. Transportation by MC may not be available for a few days thereafter, however, Grafton staff are meeting this afternoon to devise a transportation plan until MC transportation begins.

3. Concerning A.J.P., a new IEP was developed on August 10, 2005, and a new "prior notice" to Barnard Elementary School was issued. The program attended by the student at Stoddert Elementary School last school year is no longer being offered at that school. It was DCPS' belief that Barnard ES – one of five possible locations – was, and

2

continues to be the most appropriate educational environment for the student, based upon the current IEP, and issued a "prior notice" for that location. There is a meeting scheduled with the student's representatives next Wednesday, September 28, 2005, to discuss this matter further.

4. With regard to T.L., Kingsbury Day School (a nonpublic special education day school in D.C.), the student's earlier placement, advised DCPS (and his custodian) in July 2005 that it would not accept the student for the 2005-2006 school year because they felt that they could no longer meet the student's needs and could no longer implement his IEP. A new IEP was developed for the student on July 28, 2005, and DCPS issued a prior notice for the student at D.C. Alternative Learning Academy (DCALA).

I declare under penalty of perjury that the foregoing is true and correct. Executed September 23, 2005.

_____
Judith Smith

# ATTACHMENT 2



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Division of Special Education
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

September 7, 2005

Ms. Betty Laster
4524 Sixth Place, N.E.
Washington, DC 20017

**Re: Timothy Lewis**

Dear Ms. Laster:

The District of Columbia Public Schools, Office of Special Education (DCPS-OSE) is in receipt of your August 26th letter in which you expressed your concerns about your grandson's educational programming.

On July 28, 2005, you participated in a Multidisciplinary Team (MDT)/Individualized Educational Program (IEP) meeting for your grandson, Timothy. Some of the other members of the MDT team included a DCPS-OSE Placement Specialist, a DCPS Psychologist, a Kingsbury Day School Psychologist, the Kingsbury Upper School Director and Marlene Gustafson, Director of Kingsbury Day School. At the meeting, Kingsbury indicated that Timothy could not return to their school for the 2005-2006 school year. In your letter you expressed disagreement with the decisions made by the team and requested that Timothy remain at the Kingsbury Day School until you have completed all due process and appeal proceedings. At the same time, you expressed some concerns about the manner in which you feel that Kingsbury has treated Timothy.

As a part of the July 28th meeting, based upon Kingsbury's unwillingness to have Timothy remain in their program in addition to other considerations, DCPS issued a "Prior Notice" for Timothy to attend school at the District of Columbia Alternative Learning Academy-NE (DCALA-NE). Timothy's pick-up and drop-off information has also been entered into the transportation database for DCALA-NE. Therefore, it is DCPS's position that we have an appropriate program for Timothy at DCALA. I have also forwarded your letter to Mr. Rexie Yancey, Director of the Office of Monitoring and Program Certification at DCPS for follow-up regarding your concerns about Kingsbury Day School.

As you know, it is your right to request Mediation or a Due Process Hearing should you not agree with DCPS's position. In the meantime, it is our recommendation that you enroll Timothy at DCALA-NE. Should you have further questions, please feel free to contact Ms. Ruth Blake, Director of the Nonpublic Unit at (202) 442-5507.

Sincerely,

Marylee Phelps
Interim Executive Director

cc:  Karen D. Alvarez
     Attorney at Law

     Marlene Gustafson
     Director, Kingsbury Day School



**ATTACHMENT 3**

202-722-5555

FAX: 202-722-5533

www.kingsbury.org

August 29, 2005

Karen D. Alvarez
Attorney at Law
1442 Foxhall Road, N.W.
Washington, DC 20007

And

Ms. Betty Laster
4524 6th Place, NE
Washington, DC 20017

Dear Ms. Alvarez and Ms. Laster:

    I am in receipt of your letter dated August 26, 2005 in which you state your intention to invoke "stay put" rights for your client and grandson, Tim Lewis, for the upcoming school year. Your letter to Ms. Ortiz also requests that DCPS provide daily monitoring of Kingsbury administration and staff's provision of educational and related services for Tim.

    First and foremost, Kingsbury will not accept Tim into the School under "stay put". Neither Tim nor you as his grandparent and as his counsel will be allowed on the school grounds at any time during the upcoming school year. The Kingsbury faculty and administrative staff have been exceptionally responsive and sensitive to providing a high quality special education program for Tim and to working collaboratively with you. The Kingsbury faculty has made significant adaptations to the program to address the spectrum of Tim's academic, social and emotional needs. Your inability to support the school on Tim's behalf obviates any effort to serve him effectively. Hence, we will not re-enroll him under any circumstances.

    It is your responsibility to discuss an interim placement with the appropriate personnel within the District of Columbia Public Schools. Kingsbury will not, and should not, participate in those discussions as agreed at the July 28th meeting.

Day School ❖ Tutoring ❖ Diagnostic & Psychological Services ❖ Day School ❖ Tutoring ❖ Diagnostic

Furthermore, the staff at Kingsbury and I will defend the program vigorously against your allegations of harassment, discrimination and unmet educational needs.

Sincerely,

*Marlene Gustafson*

Marlene Gustafson
Director
Kingsbury Day School

Cc: Hilda Ortiz, Chief Academic Officer
Mary Lee Phelps, Associate Interim Director of Special Education Reform
Ruth Blake, Director, Non-Public Day Schools