

# D.C. PUBLIC SCHOOLS
## OFFICE OF SPECIAL EDUCATION
*MAIN NUMBER (202) 442-4800*
*FAX NUMBER (202) 442-5517, 442-5518*

---

### FACSIMILE TRANSMITTAL SHEET

**TO:** Angela Morell  
**FROM:** Dinke Coveil  
**COMPANY:** Grafton School  
**DATE:** 9/23/05  
**FAX NUMBER:** 301 231-7874  
**TOTAL NO. OF PAGES INCLUDING COVER:** 3  
**PHONE NUMBER:**  
**SENDER'S REFERENCE NUMBER:**  
**RE:** Chanelle Alston  
**YOUR REFERENCE NUMBER:**

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

*Thank you!*

---

*825 NORTH CAPITOL STREET N.E., SIXTH FLOOR*
*WASHINGTON, DC 20002*

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**
**PRIOR NOTICE**

Check Purpose:
- [ ] Initial Evaluation
- [ ] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [x] Change in Placement
  - [ ] Other

Date: 9/22/05
Student: _Chanelle Astor_  DOB: 9/19/92
School: Grafton
Current Disability Category: Mental Retardation
Setting: Out of General Ed

Dear Parent/Guardian

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.

Therefore, you are being notified of the following proposed changes:
- [ ] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [x] Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

- [ ] Your child is not eligible for special education service(s).
- [ ] Your child is eligible or continues to be eligible to receive special education services as a student with _____
- [ ] Your child will begin receiving _____ as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [x] Your child's alternative placement on continuum (next setting) is being changed.
  from _Grafton_ to _Oaken Green Middle School_
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

**Description and Explanation of agency action proposed or refused.**
Student is unable to access the General Ed curriculum in the previous setting. Student needs a placement that could meet her needs

**Description of Other Options Considered and reasons for rejection of each option**
Placement chosen could provide student w/ appropriate educational services.

Other relevant factors to the decision: _____

MDT Members:
- [ ] Principal or Designee
- [x] Parent
- [x] Student
- [x] Social Worker
- [ ] General Education Teacher
- [ ] Special Education Teacher
- [ ] Speech and Language
- [x] LEA & Interpreter (*may be one)
- [ ] Psychologist
- [x] Other: _Al Alv_

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact _Wendy Beverd_ at _(___)___-____ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HUMAN SERVICES
### SPECIAL EDUCATION AND SCHOOL TUITION AUTHORIZATION REPORT

Client Number: ☐☐☐☐☐☐

Child's Name: **Chapelle Alston**

Birth Date: **9/19/92**    Service Category: _____    Individualized Education Program (Y/N): **Yes**

Special Education and Related Services (Y/N): **Yes**

Primary Handicap: **(MR)** | HH | D | SI | VI | ED | OI | OHI | LD | D/B | MH

Education Placement: RC | SC | SS | O | NP

Age Range: 3-5 ___  6-7 ___  6-17 **X**  18-21 ___

**School Removed From:**
Name: **Grafton School**
Address: **12301 Academy Way,**
(Include County & State) **Rockville, MD**
Date: **9/22/05**
Grade: **07**

**School Entered:**
School Number: **06061**
Name: **Cabin John Middle School**
Address: **10701 Gainsborough Rd.**
(Include County & State) **Potomac, MD 20854**
Date: **9/22/05**
Grade: **07**

Period of Enrollment — From: ☐☐☐ ☐☐☐ ☐   To: ☐☐☐ ☐☐☐ ☐

Rate: Tuition _____    Transportation _____    Books _____

Other Related Expense _____

CSA Worker: **Ruth Blake**    Date: **9/23/05**    Telephone _____

Supervisor: **Quishe Conrad**  Date: **9/23/05**  Telephone _____

Approved _____    Disapproved _____

Division Chief _____    Date _____

Title I Coordinator _____    Date _____