UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| BETTY LASTER *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 05-1875 (RMU) |
| | : | | |
| v. | : | Document No.: | 2 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE PLAINTIFFS' MOTION FOR A STAY PUT INJUNCTION

For the reasons discussed in a forthcoming Memorandum Opinion and because the best interests of the plaintiff children require expeditious action, it is this 26th day of September, 2005,

**ORDERED** that the plaintiffs' motion for stay put injunction is hereby **GRANTED**; and it is

**FURTHER ORDERED** that on or before September 30, 2005, the defendant shall remit all required documentation, authorizations and payments enabling C.A. to enroll in the residential placement program at the Grafton School in Rockville, MD, and in the day-instructional program for special education students at the Cabin John Middle School; and it is

**ORDERED** that the defendants shall submit a copy of the aforementioned documentation, authorizations and payments to this court by October 3, 2005; and it is

**FURTHER ORDERED** that the parties shall confer face-to-face to personally discuss T.L. and A.J.P.'s placements pending the administrative process. The interim placements shall

comply, as required by the Individuals with Disabilities Education Act, with the mandates of the 2004-2005 school year IEPs; and it is

**ORDERED** that the parties' meeting to discuss the interim placements for T.L. and A.J.P. shall take place at the United States District Court for the District of Columbia. The parties shall report to chambers on Thursday, September 29, 2005 at 10:00 am.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge