IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER , et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 5-1875(RMU) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____) | |

**NOTICE OF FILING OF PROPOSED ORDER**

Plaintiffs, pursuant to the Court's directive at the September 29, 2005 conference, file herewith their proposed order for Stay Put relief.

With respect to Plaintiff A.J.P., the proposed order provides for services and supplemental aids that are mandated by A.J.P.'s April 9, 2004 Transition Plan (Exhibit J to Plaintiffs' Motion for Temporary Restraining Order ) and his August 12, 2004 IEP (Exhibit K to Plaintiffs' Motion). See Ex. J at 2, Ex. K at 1 (Speech, Occupational therapy, Behavioral Management services, Sign Language instruction ), Ex. K at 12 (full time dedicated one-on-one aide). See also, Plaintiffs' Motion at 4-5; 20 U.S.C.§ 1437(a)(8)(B) (Transition Plan remains in effect from child's third birthday through remainder of school year).

With respect to Plaintiff T.L., the proposed order provides for placement at High Road Academy, Fulton MD, as his Stay Put

1

placement. See Plaintiffs' Motion for Temporary Restraining Order at 3-4, 18.

                                  Respectfully submitted,

                                  Karen D. Alvarez
                                  D.C. Bar No. 423186
                                  1442 Foxhall Road, N.W.
                                  Washington, D.C. 20007
                                  (202) 333-8553

September 30, 2005