IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER , et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 5-1875(RMU) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____) | |

### ORDER

This Court granted Plaintiffs' Motion for Stay Put injunctive relief, pursuant to 20 U. S.C. § 1415(j), by Order entered September 26, 2005. In its Memorandum Opinion and Order, the Court held that Defendants' proposed Stay Put placements for Plaintiffs T.L and A.J.P., violated IDEA's Stay Put provision. The Court ordered that the parties meet on September 29, 2005 to confer on the placements of Plaintiffs Timothy Lewis and Ari Jackson- Pitts, pending the administrative process. The Court directed that any Stay Put placement for the Plaintiffs comply, as required by IDEA, with the Plaintiffs' school year 2004-2005 IEPs and placements.

At the September 29, 2005 conference, Defendants proposed, as Plaintiffs' Stay Put placements, the placements that the Court had held, in its Memorandum Opinion and Order, violated IDEA's Stay Put provision. The parties were unable to agree upon alternative pendency

placements that complied with the Stay Put provision of IDEA and with the Court's Orders of September 26, 2005 and September 28, 2005. Accordingly, it is hereby,

ORDERED that Defendant DCPS shall place Plaintiff Timothy Lewis, at High Road Academy, Fulton MD, as his Stay Put placement and shall fund his placement there until Mrs. Laster's administrative due process complaint is decided and any appeal therefrom is concluded. DCPS shall fund all related services and supplemental aids called for in his school year 2004-2005 IEP while High Road Academy remains his Stay Put placement. DCPS shall issue a notice of placement, placing Plaintiff at High Road Academy, Fulton, MD, as his Stay Put placement, by Monday October 3, 2005. DCPS shall initiate bus transportation for Plaintiff to High Road Academy not later than Tuesday, October 4, 2005.

FURTHER ORDERED that for Plaintiff Ari Jackson-Pitts DCPS shall fund all related services and supplemental aids on Plaintiff's April 9, 2004 Transition Plan and August 12, 2004 IEP, including Speech therapy, Occupational therapy, Assistive Technology, Sign Language instruction, Behavioral Management services and a full-time, one-on-one dedicated aide, until Mrs. Jackson's administrative due process complaint is decided and any appeal therefrom is concluded. Those services and aids shall be provided by service providers identified by Plaintiff Leslie Jackson, provided to him at the pre-school of Mrs. Jackson's choice, and paid for by DCPS. DCPS shall pay the costs of ABA training, by the

Lovaas Institute, for the aides identified by Mrs. Jackson. DCPS shall pay the identified aides at the rate of $20.00 per hour, to be paid weekly by DCPS. All other service providers are to be paid the rate prevailing within the District of Columbia for each such service. DCPS shall pay the identified aides and service providers, within 15 days of receipt from each aide of his or her weekly invoice.

FURTHER ORDERED that DCPS shall inform Plaintiffs in writing, within 24 hours hereof, of the name, title, address, telephone and telefax numbers of the persons to whom service providers and aides are to submit their invoices.

SO ORDERED.                             -----------------------
                                         United States District Judge


DATE:

Case 1:05-cv-01875-RMU    Document 8-2    Filed 09/30/2005    Page 4 of 4