UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| BETTY LASTER *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 05-1875 (RMU) |
| | : | | |
| v. | : | Document No.: | 2 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

Upon consideration of additional arguments presented by the parties' counsel at the meeting convened in the court's jury room on September 29, 2005, and upon consideration of the views expressed at that meeting with regard to this court's September 28, 2005 Memorandum Opinion, it is this 30th day of September, 2005,

**ORDERED** that the defendant shall place the plaintiff T.L. at High Road Academy, located in Fulton MD, as his stay put placement. The defendant shall fund his placement there until the plaintiff's administrative due process complaint is decided and any appeal therefrom is concluded. Further, the defendant shall fund all related services and supplemental aids called for in the 2004-2005 IEP while High Road Academy remains his stay put placement. The defendant shall issue a notice of placement, placing plaintiff T.L. at High Road Academy, Fulton, MD, as his stay put placement, on or before October 3, 2005. The defendant shall initiate bus transportation for the plaintiff to High Road Academy on or before Tuesday, October 4, 2005.

**FURTHER ORDERED** that the defendant shall fund all related services and supplemental aids on the plaintiff A.J.P.'s April 9, 2004 Transition Plan and August 12, 2004 IEP, including speech therapy, occupational therapy, assistive technology, sign language

instruction, behavioral management services and a full-time, one-on-one dedicated aide, until the plaintiff's administrative due process complaint is decided and any appeal therefrom is concluded. Those services shall be provided by service providers identified by plaintiff Leslie Jackson, provided to him at the pre-school of Mrs. Jackson's choice, and paid for by the defendant. The defendant shall pay the identified aides at the rate of $20.00 per hour, to be paid weekly by the defendant. All other service providers are to be paid the rate prevailing within the District of Columbia for each such service. The defendant shall pay the identified aides and service providers, within 15 days of receipt from each aide of his or her weekly invoice.

**FURTHER ORDERED** that the defendant shall inform the plaintiffs, in writing, within 24 hours hereof, of the name, title, address, telephone and telefax numbers of the persons to whom service providers and aides are to submit their invoices.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge