UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **BETTY LASTER, et al.,** : | |
| Plaintiffs : | |
| v. : | Civ. Action No. 05-1875 (RMU) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| Defendants. : | |

### DEFENDANTS' DOCUMENTATION OF SCHOOL ENROLLMENT FOR STUDENT C.A.

Pursuant to this Court's September 26, 2005 Order, Defendants hereby submit all required documentation, authorizations and payments enabling C.A. to enroll in the residential placement program at the Grafton School in Rockville, Maryland, and in the day-instructional program for special education students at the Cabin John Middle School.

Attached are a Declaration of Deirdre Council (Exhibit A), a payment authorization agreement for C.A. to attend Cabin John Middle School (Exhibit B), a prior notice for C.A. to attend Cabin John Middle School (Exhibit C), and two facsimile transmittal sheets—one to Montgomery County Public Schools ("MC"), the other to Grafton School—indicating that MC and Grafton were sent copies of the payment authorization agreement and the prior notice (Exhibit D).

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2


        /s/  *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651

**October 3, 2005**