# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HUMAN SERVICES
### SPECIAL EDUCATION AND SCHOOL TUITION AUTHORIZATION REPORT

Client Number: _____
Child's Name: Chaquette Alston
Birth Date: 9/19/92
Service Category: _____
Individualized Education Program (Y/N): Yes
Special Education and Related Services (Y/N): Yes

Primary Handicap: (MR) HH | D | SI | VI | ED | CI | OHI | LD | D/B | MH

Education Placement: RC | SC | SS | O | NP

Age Range: 3-5 ___ ; 6-7 ___ ; 8-17 X ; 18-21 ___

**School Removed From:**
Name: Grafton School
Address: 12301 Academy Way
(Include County & State): Rockville, MD
Date: 9/22/05
Grade: 07

**School Entered:**
School Number: 06061
Name: Cabin John Middle School
Address: 10701 Gainsborough Rd.
(Include County & State): Potomac, MD 20854
Date: 9/22/05
Grade: 07

Period of Enrollment — From: _____ To: _____

Rate: Tuition _____ Transportation _____ Books _____
Other Related Expenses _____

Supervisor: Deirdre Conrad 9/22/05 @ 442-5497
CSS Worker: Ruth Blake    Date: 9/23/05    Telephone _____
Division Chief _____    Approved _____ Disapproved _____

Title I Coordinator _____ Date _____