```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO               1545
CONNECTION TEL                 93012798549
SUBADDRESS
CONNECTION ID
ST. TIME               09/23 09:38
USAGE T                00'30
PGS. SENT              3
RESULT                 OK
```



# D.C. PUBLIC SCHOOLS
## OFFICE OF SPECIAL EDUCATION

*MAIN NUMBER (202) 442-4800*

*FAX NUMBER (202) 442-5517, 442-5518*

---

### FACSIMILE TRANSMITTAL SHEET

TO: _Montgomery County Public Schls_    FROM: _Deidre Council_

COMPANY: _Cabin John Middle School_    DATE: _9/23/05_

FAX NUMBER: _(301)279-8599_    TOTAL NO. OF PAGES INCLUDING COVER: _3_

PHONE NUMBER:    SENDER'S REFERENCE NUMBER:

RE: _Chenelle Alston_    YOUR REFERENCE NUMBER:

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

_Thank you !_

```
************************
**  TX REPORT  ***
************************
```

TRANSMISSION OK

TX/RX NO            1546
CONNECTION TEL          93012317874
SUBADDRESS
CONNECTION ID
ST. TIME            09/23 09:50
USAGE T             00'59
PGS. SENT           3
RESULT              OK



# D.C. PUBLIC SCHOOLS
## OFFICE OF SPECIAL EDUCATION
### *MAIN NUMBER (202) 442-4800*
### *FAX NUMBER (202) 442-5517, 442-5518*

## FACSIMILE TRANSMITTAL SHEET

TO: *Angle Morell*                    FROM: *Dirdre Carrel*

COMPANY: *Grafton School*             DATE: *9/23/05*

FAX NUMBER: *301 231-7874*            TOTAL NO. OF PAGES INCLUDING COVER: *3*

PHONE NUMBER:                         SENDER'S REFERENCE NUMBER:

RE: *Chanelle Alston*                 YOUR REFERENCE NUMBER:

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

*Thank you!*