UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., | : |
| Plaintiffs | : |
| v. | : Civ. Action No. 05-1875 (RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance for the Defendants in the above captioned case.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District
           of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          */s/ Edward P. Taptich*_____
          EDWARD P. TAPTICH (012914)
          Chief, Equity Section 2

          /s/ *Veronica A. Porter*_____
          VERONICA A. PORTER (412273)
          Assistant Attorney General
          441 4th St., N.W., Sixth Floor South
          Washington, D.C. 20001
          (202) 724-6651

**October 3, 2005**