UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 05-1875 |

### DECLARATION OF DEIRDRE COUNCIL

1.      My name is Deirdre Council. I am Coordinator for Residential and Surrounding Counties, NonPublic Unit, DC Public Schools, Office of Special Education. My responsibilities include coordinating facilitation of educational programs for students placed in residential and/or in public schools in counties outside of the District of Columbia.

2.      As to C.A., on September 23, 2005, DCPS transmitted (by fax) to the Montgomery County School System ("MC"), with a copy to Grafton Residential, the payment authorization agreement necessary to permit C.A.'s admission to classes at Cabin John Middle School for the 2005-06 School Year and confirmed receipt by telephone with MC officials.

3.      Per my phone conversations with MC, C.A. began attending Cabin John beginning on Wednesday, September 28, 2005. Transportation was initially provided by Grafton School but beginning the week of October 3, 2005, will be provided by MC. I have called MC personnel several times during the last week and have also emailed them

2

to request that they provide written documentation of this, but have not yet received anything to provide to the Court.

4.     For clarification purposes, the "Prior Notice" dated September 22, 2005, which references C.A. going from Grafton to Cabin John Middle School is meant only to indicate that the student will attend Cabin John MS for day school. This is the same form that was provided last year to document these same arrangements. C.A. continues to reside at Grafton Residential and DCPS continues to pay for the residential program at Grafton for C.A.

I declare under penalty of perjury that the foregoing is true and correct. Executed September 30, 2005.

*[signature]*
Deirdre Council