# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HUMAN SERVICES
### SPECIAL EDUCATION AND SCHOOL TUITION AUTHORIZATION REPORT

Client Number: ☐☐☐☐☐☐  Child's Name: **Chapelle Alston**

Birth Date: **9/19/92**  Service Category: _____  Individualized Education Program (Y/N): **Yes**

Special Education and Related Services (Y/N): **Yes**

Primary Handicap: **(MR)** | HM | D | SI | VI | ED | CI | OHI | LD | D/B | MH

Education Placement: RC | SC | SS | O | NP

Age Range: 3-5 ___ ; 6-7 ___ ; 8-17 **X** ; 18-21 ___

---

**School Removed From:**
Name: **Grafton School**  Date: **9/22/05**
Address: **12301 Academy Way**  Grade: **07**
(Include County & State) **Rockville, MD**

**School Entered:**
School Number: **06061**
Name: **Cabin John Middle School**  Date: **9/22/05**
Address: **10701 Gainsborough Rd.**  Grade: **07**
(Include County & State) **Potomac, MD 20854**

Period of Enrollment — From: ☐☐·☐☐☐·☐  To: ☐☐·☐☐☐·☐

Rate: Tuition _____  Transportation _____  Books _____

Other Related Expenses _____

Supervisor: *Deirdre Conrad 9/22/05*  Telephone: **@462-5497**

CSS Worker: **Ruth Blake**  Date: **9/23/05**  Telephone _____  Approved _____  Disapproved _____

Division Chief _____  Date _____

Title I Coordinator _____  Date _____