**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**

**PRIOR NOTICE**

Check Purpose:
- [ ] Initial Evaluation
- [ ] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [x] Change in Placement
  - [ ] Other _____

Date: 9/22/05
Student: Cherrelle Alston    DOB: 9/19/92
School: Grafton
Current Disability Category: Mental Retardation
Setting: Out of General Ed

Dear Parent/Guardian,

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [ ] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child:** (check all that apply)

- [ ] Your child is not eligible for special education service(s).
- [ ] Your child is eligible or continues to be eligible to receive special education services as a student with _____
- [ ] Your child will begin receiving _____ as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed.
  from Grafton to Calvin Coolidge Middle School
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

**Description and Explanation of agency action proposed or refused.**
Student is unable to access the General Ed curriculum in the previous setting. Student needs a placement that could meet her needs.

**Description of Other Options Considered and reasons for rejection of each option**
Placement chosen could provide student w/ appropriate educational services.

Other relevant factors to the decision: _____

MDT Members:
- [ ] Principal or Designee
- [x] Parent
- [x] Student
- [x] Social Worker
- [ ] General Education Teacher
- [ ] Special Education Teacher
- [ ] Speech and Language
- [x] LEA & Interpreter (*may be one)
- [ ] Psychologist
- [x] Other: Ed. Adv.

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact _____ at (___) ___-____ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001