```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO             1545
CONNECTION TEL                93012798549
SUBADDRESS
CONNECTION ID
ST. TIME             09/23 09:38
USAGE T              00'30
PGS. SENT            3
RESULT               OK
```



# D.C. PUBLIC SCHOOLS
# OFFICE OF SPECIAL EDUCATION

### MAIN NUMBER (202) 442-4800
### FAX NUMBER (202) 442-5517, 442-5518

---

## FACSIMILE TRANSMITTAL SHEET

TO: *Montgomery County Public Schools*    FROM: *Deidre Council*

COMPANY: *Oakes John Middle School*    DATE: *9/23/05*

FAX NUMBER: *(301) 279-8549*    TOTAL NO. OF PAGES INCLUDING COVER: *3*

PHONE NUMBER:    SENDER'S REFERENCE NUMBER:

    YOUR REFERENCE NUMBER:

RE: *Chanette Alston*

☐ URGENT    ☑ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

*Thank you!*

```
****************************
***    TX REPORT     ***
****************************
```

TRANSMISSION OK

TX/RX NO                 1546
CONNECTION TEL                      93012317874
SUBADDRESS
CONNECTION ID
ST. TIME             09/23 09:50
USAGE T              00'59
PGS. SENT                3
RESULT               OK



# D.C. PUBLIC SCHOOLS
## OFFICE OF SPECIAL EDUCATION
*MAIN NUMBER (202) 442-4800*
*FAX NUMBER (202) 442-5517, 442-5518*

### FACSIMILE TRANSMITTAL SHEET

TO: *Angla Morell*                        FROM: *Dirtte Conril*

COMPANY: *Grafton School*                 DATE: *9/23/05*

FAX NUMBER: *301 231-7874*                 TOTAL NO. OF PAGES INCLUDING COVER: *3*

PHONE NUMBER:                              SENDER'S REFERENCE NUMBER:

                                          YOUR REFERENCE NUMBER:

RE: *Chanrelle Alston*

☐ URGENT   ☑ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

*Thank you!*