```
Oct 11/2005                                                                                              Page 1
                                       Karen D. Alvarez
                                       Work-In-Progress
                                       To  Oct 11/2005
Date       Paid To/Fee/Time                      Che/Inv  Disbursement        Fee/Time     Current A/R Bal.
     Entry# Explanation                                                                    Current Trust Bal.

Client: laster       Laster, Betty                                                                     0.00
Matter: Laster       Laster, Jackson, Alston v. DC Stay Put Injunctive Relief                          0.00
Sep  6/2000  Lawyer: KDA  0.70 Hrs X 295.00                                     206.50
       2527  Review of  documents transmitted by Phil
             lips re Cabin John payment
Sep  1/2005  Lawyer: KDA  0.20 Hrs X 295.00                                      59.00
       2522  Review of  correspondence from Grafton r
             e Cabin John payment
Sep  2/2005  Lawyer: KDA  0.30 Hrs X 295.00                                      88.50
       2523  Telephone call with  M. Phillips, Grafto
             n re Cabin John payment
Sep  3/2005  Lawyer: KDA  0.20 Hrs X 295.00                                      59.00
       2524  Telephone call with  Alston re Grafton/C
             abin John payments
Sep  5/2005  Lawyer: KDA  0.70 Hrs X 295.00                                     206.50
       2525  Review of  records for prior Cabin John
             payments and issues
Sep  5/2005  Lawyer: KDA  0.20 Hrs X 295.00                                      59.00
       2526  Correspondence to  M. Phillips, Grafton
             re payment, IEP history
Sep  6/2005  Lawyer: KDA  2.10 Hrs X 295.00                                     619.50
       2528  Drafting , Phillips Declaration
Sep  7/2005  Lawyer: KDA  0.20 Hrs X 295.00                                      59.00
       2529  Telephone call with  Phillips re draft d
             eclaration
Sep 15/2005  Lawyer: KDA  2.40 Hrs X 295.00                                     708.00
       2515  Drafting  of Laster Declaration, meeting
              with Mrs. Laster
Sep 15/2005  Lawyer: KDA  1.30 Hrs X 295.00                                     383.50
       2531  Review of  Lewis 04-05 IEP and Kingsbury
              materials, notes for memo P & A
Sep 15/2005  Lawyer: KDA  1.60 Hrs X 295.00                                     472.00
       2532  Review of  Jackson 04 Transition Plan an
             d 8-04 IEP, notes for memo P & A
Sep 16/2005  Lawyer: KDA  2.10 Hrs X 295.00                                     619.50
       2533  Review of  Jackson, Lewis 05 IEPs and MD
             T notes for memo P & A
Sep 16/2005  Lawyer: KDA  1.80 Hrs X 295.00                                     531.00
       2534  Review of  notes on Stay Put issues, Bur
             lington,Honig
Sep 17/2005  Lawyer: KDA  4.30 Hrs X 295.00                                    1268.50
       2535  Research  exhaustion, stay put cases
Sep 18/2005  Lawyer: KDA  3.10 Hrs X 295.00                                     914.50
       2516  Drafting  of Jackson Declaration
Sep 18/2005  Lawyer: KDA  0.20 Hrs X 295.00                                      59.00
       2517  Telephone call with  Jackson
Sep 18/2005  Lawyer: KDA  1.50 Hrs X 295.00                                     442.50
       2520  Drafting  of Alston Declaration
Sep 18/2005  Lawyer: KDA  0.40 Hrs X 295.00                                     118.00
       2521  Meeting with client  Alston, review and
             sign declaration
Sep 18/2005  Lawyer: KDA  0.60 Hrs X 295.00                                     177.00
       2530  Research  Alternatives Unlimited, DCALA
             schools
Sep 19/2005  Lawyer: KDA  0.30 Hrs X 295.00                                      88.50
       2518  Drafting , revisions to Jackson Declara
             tion
Sep 19/2005  Lawyer: KDA  0.10 Hrs X 295.00                                      29.50
       2519  Review of  signed Jackson Declaration
Sep 19/2005  Lawyer: KDA  5.10 Hrs X 295.00                                    1504.50
       2552  Drafting  of TRO Memo P & A
Sep 20/2005  Lawyer: KDA  6.30 Hrs X 295.00                                    1858.50
       2553  Drafting  TRO Memo P & A
Sep 20/2005  Lawyer: KDA  1.60 Hrs X 295.00                                     472.00
       2554  Manage data/files  ; select exhibits for
              Memo P & A
Sep 22/2005  Lawyer: KDA  5.10 Hrs X 295.00                                    1504.50
       2555  Drafting  and final revisions toTRO, Mem
             o, proposed Order
Sep 22/2005  Lawyer: KDA  1.00 Hrs X 295.00                                     295.00
       2556  Manage data/files  : xeroxing of filing
             package
Sep 22/2005  Lawyer: KDA  0.20 Hrs X 295.00                                      59.00
       2557  Correspondence to  E.Taptich, V.Porter r
             e TRO
Sep 22/2005  Lawyer: KDA  0.20 Hrs X 295.00                                      59.00
       2558  Telephone call with client s re TRO fili
```

| Date | Entry# | Paid To/Fee/Time Explanation | Che/Inv | Disbursement | Fee/Time | Current A/R Bal. Current Trust Bal. |
|---|---|---|---|---|---|---|
| Sep 22/2005 | 2559 | Lawyer: KDA 0.70 Hrs X 295.00 Travel to court | | | 206.50 | |
| Sep 22/2005 | 2560 | Lawyer: KDA 0.40 Hrs X 295.00 File TRO | | | 118.00 | |
| Sep 22/2005 | 2561 | Lawyer: KDA 1.50 Hrs X 90.00 Attendance at court :wait for review by Court | | | 135.00 | |
| Sep 22/2005 | 2588 | Expense Recovery Court Fees | 00020 | 250.00 | | |
| Sep 22/2005 | 2589 | Expense Recovery Copying TRO Motion and exhibits | 00020 | 78.56 | | |
| Sep 23/2005 | 2562 | Lawyer: KDA 0.10 Hrs X 295.00 Telephone call with Clerk | | | 29.50 | |
| Sep 23/2005 | 2563 | Lawyer: KDA 0.10 Hrs X 295.00 Telephone call with Tapticah, Clerk:briefing schedule | | | 29.50 | |
| Sep 23/2005 | 2564 | Lawyer: KDA 0.20 Hrs X 295.00 Telephone call with client s re briefing schedule | | | 59.00 | |
| Sep 23/2005 | 2565 | Lawyer: KDA 0.10 Hrs X 295.00 Telephone call with add. Monell, Grafton re briefing schedule | | | 29.50 | |
| Sep 23/2005 | 2566 | Lawyer: KDA 0.10 Hrs X 295.00 Telephone call with Monell, transmittal from DCPS | | | 29.50 | |
| Sep 23/2005 | 2567 | Lawyer: KDA 0.80 Hrs X 295.00 Drafting :Monell declaration | | | 236.00 | |
| Sep 23/2005 | 2568 | Lawyer: KDA 3.10 Hrs X 295.00 Review of Taptich opposition, notes re arguments, read cited caselaw | | | 914.50 | |
| Sep 24/2005 | 2569 | Lawyer: KDA 1.50 Hrs X 295.00 Review/analyze Reply issues | | | 442.50 | |
| Sep 24/2005 | 2570 | Lawyer: KDA 0.10 Hrs X 295.00 Telephone call with client : Jackson | | | 29.50 | |
| Sep 24/2005 | 2571 | Lawyer: KDA 1.50 Hrs X 295.00 Drafting :Jackson declaration | | | 442.50 | |
| Sep 24/2005 | 2572 | Lawyer: KDA 2.90 Hrs X 295.00 Research limits of court stay put inquiry; exhaustion issues, parental stay put placement | | | 855.50 | |
| Sep 24/2005 | 2573 | Lawyer: KDA 11.20 Hrs X 295.0 Drafting of Reply to Opposition | | | 3304.00 | |
| Sep 25/2005 | 2574 | Lawyer: KDA 3.10 Hrs X 295.00 Drafting , revisions,proofreading of Reply | | | 914.50 | |
| Sep 26/2005 | 2575 | Lawyer: KDA 0.10 Hrs X 295.00 Review of Court Order | | | 29.50 | |
| Sep 26/2005 | 2576 | Lawyer: KDA 0.30 Hrs X 295.00 Telephone call with client s,notify of Order | | | 88.50 | |
| Sep 26/2005 | 2577 | Lawyer: KDA 0.20 Hrs X 295.00 Correspondence to High Road Academy | | | 59.00 | |
| Sep 26/2005 | 2578 | Lawyer: KDA 0.40 Hrs X 295.00 Correspondence to Grafton, transmit Court Order to Monell et al | | | 118.00 | |
| Sep 27/2005 | 2579 | Lawyer: KDA 2.90 Hrs X 295.00 Plan and prepare for meeting in chambers, review NCLB and School Report cards, review DCPS website special education program listings, telephone calls with Mrs. Jackson and Mrs. Laster,review DCALA program materials | | | 855.50 | |
| Sep 28/2005 | 2580 | Lawyer: KDA 1.20 Hrs X 295.00 Other : visit W. Wilson SHS and review Wilson program | | | 354.00 | |
| Sep 28/2005 | 2587 | Lawyer: KDA 1.00 Hrs X 295.00 Review of Court memorandum opinion | | | 295.00 | |
| Sep 29/2005 | 2581 | Lawyer: KDA 0.50 Hrs X 295.00 Travel to courthouse | | | 147.50 | |
| Sep 29/2005 | 2582 | Lawyer: KDA 2.10 Hrs X 295.00 Appear for/attend meeting in Chambers | | | 619.50 | |
| Sep 29/2005 | 2583 | Lawyer: KDA 0.50 Hrs X 295.00 Travel to office | | | 147.50 | |
| Sep 29/2005 | 2590 | Expense Recovery Auto Expense Parking for meeting in chambers | 00020 | 17.00 | | |

```
Date       Paid To/Fee/Time                        Che/Inv  Disbursement      Fee/Time        Current A/R Bal.
   Entry#  Explanation                                                                        Current Trust Bal.

Sep 30/2005  Lawyer: KDA  0.50 Hrs X 295.00                                       147.50
     2584    Review of 9/22/05 proposed order
Sep 30/2005  Lawyer: KDA  0.90 Hrs X 295.00                                       265.50
     2585    Drafting :proposed order
Sep 30/2005  Lawyer: KDA  0.70 Hrs X 295.00                                       206.50
     2586    Drafting Notice
                        Unbilled    Current    31-60 Days   61-90 Days   91-120 Days   >=121 Days    Total
Last Time Entry         Hours         77.90       3.90         0.00         0.00          0.70       82.50
Sep 30/2005             Fees       22673.00    1150.50         0.00         0.00        206.50    24030.00
                        Disb         345.56       0.00         0.00         0.00          0.00      345.56
                        Total:     23018.56    1150.50         0.00         0.00        206.50    24375.56
                        *** Work In Progress - Summary by Working Lawyer ***

                        Unbilled    Current    31-60 Days   61-90 Days   91-120 Days   >120 Days     Total      Percent
KDA  - Karen D. Alvarez
                        Hours         77.90       3.90         0.00         0.00          0.70       82.50      100.00
                        Fees       22673.00    1150.50         0.00         0.00        206.50    24030.00      100.00
                        Disb         345.56       0.00         0.00         0.00          0.00      345.56      100.00
                        Total:     23018.56    1150.50         0.00         0.00        206.50    24375.56      100.00
                        *** Work In Progress - Firm Summary ***
                        Unbilled    Current    31-60 Days   61-90 Days   91-120 Days   >120 Days     Total
                        Hours         77.90       3.90         0.00         0.00          0.70       82.50
                        Fees       22673.00    1150.50         0.00         0.00        206.50    24030.00
                        Disb         345.56       0.00         0.00         0.00          0.00      345.56
                        Total:     23018.56    1150.50         0.00         0.00        206.50    24375.56
```

REPORT SELECTIONS
Report:                    Work-in-Progress
Layout Template:           All
Requested by:              ADMIN
Finished:                  Tuesday, October 11, 2005 at 03:26:10 PM
Date Range:                 To Oct 11/2005
Matters:                   Laster
Clients:                   All
Major Clients:             All                      Firm Totals Only:                No
Responsible Lawyer:        All                      Totals Only:                     No
Introducing Lawyer:        All                      Incl. Time/Fee Entries:          Yes
Assigned Lawyer:           All                      Incl. Disbursment Entries:       Yes
Working Lawyer:            All                      Incl. Matters with Neg Unbld Disb: No
Type of Law:               All                      Age From:                        10/11/2005
Sort by Resp Lawyer:       No                       Ignore matter if Fees less than:  0.00
New Page for Each Lawyer:  No                       Ignore matter if Disbs less than: 0.00
New Page for Each Matter:  No                       Ignore matter if Chrgs less than: 0.00
Ver:                       6.10b                    Ignore matter if Days less than:  0