IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No 5-CV-1875(RMU) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF KAREN D. ALVAREZ

I, Karen D. Alvarez, a citizen of the United States over the age of eighteen years, declare as follows,

1. I am counsel for the Plaintiffs in this matter and make this declaration in support of Plaintiffs' accounting for attorney's fees and costs.

2. I graduated from Georgetown University Law Center in 1985, was admitted to the Pennsylvania Bar in 1985 and to the District of Columbia Bar in 1990.

3. I have represented clients in proceedings at the DCPS Student Hearing Office for some nine years.

4. My current hourly billing rate is $295.00 per hour. Last year my billing rate was $285.00 per hour, and Defendants reimbursed my clients at that hourly rate in matters before this Court.

5. Plaintiffs seek reimbursement for 82.5 hours of attorney time. The largest portions of that time were spent as follows:

    a) Preparation of declarations: 11.6 hours (9/5/,9/6/,9/15/,9/18/,9/24/05);

    b) Preparation of the Temporary Restraining Order Motion and Memorandum: 29.8 hours :

        Document Notes & Research 11.7 hours (9/15,9/16, 9/18/05

        Drafting & Selection of Exhibits 18.1 hours (9/19,9/20,9/22/05)

    c) Preparation of Reply to Defendants' Opposition  21.8 hours

        Reading Opposition, reviewing case citations 3.1 hours (9/23/05)

        Planning and analyzing issues for reply 1.5 hours   (9/24/05)

        Research 2.9 hours (9/24/05)

        Drafting 14.3 hours (9/24, 9/25/05)

    d) Preparation for and attendance at meeting at Court 8.2 hours

        Preparation for meeting 5.1 hours (9/27,9/28/05)

        Attendance at meeting 3.1 hours, including travel time  (9/29/05)

6. The above account for 71.4 of the total 82.5 hours of attorney time for which Plaintiffs seek reimbursement. The remaining 11.1 hours were spent on a variety of miscellaneous tasks, including preparation of the proposed order, review of Court orders, and telephone calls and correspondence with clients, school staff, and counsel for Defendants.

7. That time does not include most of the telephone time incurred in this matter, because I generally do not enter telephone calls into my time records.

8. All of the 82.5 hours spent were reasonably necessary to accomplish the work required to assure plaintiffs' success in these proceedings.

9. Plaintiffs seek reimbursement of $345.56 in costs. These include $ 250.00 for the fee for filing the Complaint, $ 78.56 for photocopying the Temporary Restraining Motion, Memorandum and exhibits and $ 17.00 in parking fees.

10. Attached, as exhibits, are contemporaneous records of the time that this attorney spent on work for Plaintiffs.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


October 11, 2005

(Signed electronically)
Karen D. Alvarez