IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER , et al.           )
                                )
    Plaintiffs,                 ) Civil Action No. 5-1875(RMU)
                                )
    v.                          )
                                )
DISTRICT OF COLUMBIA, et al.    )
                                )
    Defendants                  )
                                )
_____  )

## **ORDER**

Plaintiffs filed their Motion for an Award of Interim Attorney's Fees and Costs on October 11, 2005, seeking attorney's fees of $ 24, 030.00 and costs of $ 345.56. After reviewing the record herein and the opposition, if any, filed by Defendants, it is hereby

ORDERED, that Plaintiffs' Motion be granted; and it is

FURTHER ORDERED, that Defendants shall pay Plaintiffs $ 12,000.00 in attorney's fees and $ 345.56 in costs within 30 days hereof; and it is

FURTHER ORDERED, that nothing herein prohibits Plaintiffs from seeking payment of the remaining fees awarded, should D.C. law in the future permit Defendants to pay that amount. .

SO ORDERED.

-----------------------

United States District Judge

DATE:

1

2

3