EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1875 |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF JUDITH SMITH

1.  My name is Judith Smith. I am Director of Federal and Family Court Monitoring, DC Public Schools, Office of Special Education. My responsibilities include monitoring and implementation of special education matters filed in Federal Court.

2.  Pursuant to the Court's order of September 26, 2005, I participated in a meeting at the courthouse with the parents, parent's counsel, OAG and DCPS staff (in person and by phone) on students, AJP and TL.

3.  With regard to AJP, as directed by the Court's order of September 26, 2005, DCPS met with the parent and parent's counsel at the courthouse. At that time, DCPS proposed Garrison ES as a program appropriate to implement the IEP from SY 04-05 (and had previously proposed Garrison to the parent). The program at Garrison ES is a public program. The Garrison ES special education teacher, Ms. Ivy Elliott, was contacted by phone, described the program and responded to questions from the parent and parent's counsel. Ms. Elliott is a certified special education teacher. It is a non-categorical, self-contained program that offers opportunities for inclusion in lunch,

special programs, music, science, physical education, and library, when appropriate for the student. The program is for students aged three to five years old. The program capacity is eight children. The program uses the same curriculum as all DCPS programs, the Houghton-Mifflin for students on a preK level. Related services of Speech Language, Occupational Therapy, Physical Therapy and Social Work Counseling are provided consistent with the IEP. In addition, the classroom aide is fluent in sign language (trained at Gallaudet), which is a service specifically requested by the parent. Zondra Johnson, Early Childhood Coordinator, and Vicky Williams, Autism Coordinator, were also present and answered questions about the program.

4.　　　　With regard to TL, as directed by the Court's order of September 26, 2005, DCPS met with the parent and parent's counsel at the courthouse. DCPS proposed two programs. DCPS proposed DCALA a public/private partnership program located in the District of Columbia. Mr. Kevin Foreman, Executive Director of DCALA was present, described the program and answered questions from the parent and parent's counsel. DCALA has a 5:1 class room ratio (teacher and aide with 10 students). The program provides academic instruction and behavioral services for students who are ED, and also those who are also classified as LD or MR. The program provides Carnegie units for students on a diploma track, Occupational Therapy, Speech and Language and Psychological services, consistent with the student's IEP. The program utilizes the DCPS curriculum, using Houghton-Mifflin textbooks and NOVAnet. DCPS also proposed Woodson SHS, a public high school in the District of Columbia. Although Woodson was contacted by phone during the meeting, due to a poor telephone connection, most of the information was provided by phone from Katie Phillips, Special Education Coordinator at

Woodson SHS, through Tammye Martin, School Support Supervisor, SHS Division. The program at Woodson SHS is a full time program for LD students. The special education teachers (Odum and Freemen) are dually certified in special education and in content areas (Math, English), enabling the students to receive Carnegie units toward their diploma. Other coursework necessary for graduation, such as history and science, is provided by the special education teacher in a collaborative process with the general education teachers, which is consistent with accreditation and certification requirements. The program has approximately 16 students with a special education teacher and an aide at all times (8:1 ratio, which is consistent with TL's prior program at Kingsbury). There are two special education teachers. In addition, several of the 16 students participate in inclusion courses throughout the day, making the ratio in the self-contained program frequently even lower. The related services of Speech Language, Occupational Therapy, Physical Therapy and Counseling are available and part of the program, consistent with the student's IEP.

I declare under penalty of perjury that the foregoing is true and correct. Executed October 13, 2005.

_____
Judith Smith