IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No 5-CV-1875(RMU) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF RAMESH NAGARAJAN

I, Ramesh Nagarajan, a citizen of the United States over the age of eighteen years, declare as follows,

1. My business address is 1442 Foxhall Road, N.W., Washington, D.C. 2007.

2. On October 14, 2005, I served the Summons and Complaint in this action upon the registered agent for service of process for the Attorney General of the District of Columbia by delivering the Summons and Complaint, in person, to ____Darlene Fields____, at 441 Fourth Street, NW, Suite 600, Washington, D.C. 20001.

3. On October 14, 2005, I served the Summons and Complaint in this action upon the registered agent for service of process for the Mayor of the District of Columbia, by delivering the Summons and Complaint, in person, to

_____*Claudia Brath*_____, at Suite 419, 1350 Pennsylvania Avenue, N.W., Washington, D.C. 20004.

4. On October 14, 2005, I served the Summons and Complaint in this action upon the agent for service of process for Clifford Janey, Superintendent of the D.C. Public Schools, by delivering a copy of the Summons and Complaint, in person, to _____*Fran Mulry*_____, in the Office of the General Counsel, 9th Floor of 825 North Capitol Street, N.E., Washington, D.C. 20002.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

___*10/14/05*___           ___*Ram Nagarajan*___
October 14, 2005          Ramesh Nagarajan

# UNITED STATES DISTRICT COURT
## District of Columbia

Date-Stamp'd Copy

BETTY LASTER, ET AL

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, ET AL

CASE NUMBER: 05-CV-1875(RMU)

TO: (Name and address of Defendant)

CLIFFORD JANEY,
Superintendent,
District of Columbia Public Schools,
825 North Capitol St, NE,
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karen D. Alvarez,
1442 Foxhall Road, NW
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 13 2005

CLERK                                        DATE

_Jackie Frances_
(By) DEPUTY CLERK