IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al. | ) |
| | ) |
| Plaintiffs, | )Civil Action No. 5-CV-1875 (RMU) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants | ) |
| | ) |

_____

**PLAINTIFFS' CONSENT MOTION TO ENLARGE TIME WITHIN WHICH TO
RESPOND TO DEFENDANTS' MOTION TO ALTER JUDGMENT**

_____

Plaintiffs move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to

enlarge, until October 31, 2005, the time within which to respond to Defendants' Motion

to Alter Judgment.

Defendants have consented to Plaintiffs' Motion, the grounds for which are set

forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

Karen D. Alvarez
Attorney for Plaintiffs
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, DC 20007
(202) 333-8553

202-333-1546 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, et al.                    )
                                        )
        Plaintiffs,                     )Civil Action No. 5-CV-1875 (RMU)
                                        )
            v.                          )
                                        )
DISTRICT OF COLUMBIA, et al.            )
                                        )
        Defendants                      )
                                        )
_____

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION TO ALTER JUDGMENT**

_____

Plaintiffs have moved, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to enlarge the time within which to submit Plaintiffs' response to Defendants' Motion to Alter Judgment until October 31, 2005.  Plaintiffs' schedule does not permit counsel to respond to Defendants' Motion within the otherwise applicable time limits. Defendants, by telephone conversation of this afternoon, have consented to this Motion.

Respectfully submitted,

Karen D. Alvarez
Attorney for Plaintiffs
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, DC 20007
(202) 333-8553

202-333-1546 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, et al.                    )
                                        )
         Plaintiffs,                    )Civil Action No. 5-CV-1875 (RMU)
                                        )
              v.                        )
                                        )
DISTRICT OF COLUMBIA, et al.            )
                                        )
         Defendants                     )
                                        )
_____

**<u>ORDER</u>**

Plaintiffs having moved for an enlargement of time within which to respond to

Defendants' Motion to Alter Judgment, and Defendants having consented thereto, it is

hereby,

ORDERED, that Plaintiffs' motion to enlarge time to respond to Defendants' Motion to

Alter Judgment is granted;

FURTHER ORDERED, that Plaintiffs shall file their response to Defendants' Motion to

Alter Judgment on or before October 31, 2005.

SO ORDERED.


Date:                                   _____

                                        United States District Court Judge