UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al.,            : | |
|     Plaintiffs            : | |
|     v.                   : | Civ. Action No. 05-1875 (RMU) |
| DISTRICT OF COLUMBIA, et al.,    : | |
|     Defendants.          : | |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' ATTORNEYS' FEES MOTION**

Defendants, by counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time – to October 31, 2005 – within which to respond to the October 11, 2005, Plaintiffs' Motion for Award of Interim Attorneys's Fees and Costs. A supporting memorandum accompanies this motion, and an appropriate proposed order is attached hereto.

Counsel for Plaintiffs has consented to a grant of this motion.

                                                      Respectfully submitted,

                                                      ROBERT J. SPAGNOLETTI
                                                      Attorney General for the
                                                        District of Columbia

                                                      GEORGE C. VALENTINE
                                                      Deputy Attorney General
                                                      Civil Litigation Division

                                                      */s/ Edward P. Taptich*_____
                                                      EDWARD P. TAPTICH (012914)
                                                      Chief, Equity Section 2

VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651

**October 20, 2005**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BETTY LASTER, et al.,** : | |
| Plaintiffs : | |
| v. : | Civ. Action No. 05-1875 (RMU) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| Defendants. : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' ATTORNEY'S FEES MOTION

At present, the Defendants' response to the Plaintiffs' October 11, 2005, motion for interim attorney's fees and costs is due October 24, 2005.

Compounding the problem of an already-heavy workload, responsible Defendants' counsel, Ms. Porter, was admitted to the George Washington University Hospital yesterday morning, October 19, on an emergency basis. It is unclear at this time how long she may be required to remain at the Hospital. The Defendants will therefore be unable to meet the current deadline identified.

Accordingly, pursuant to Fed. R. Civ. P. 6(b)(1), and this Court's inherent authority in the conduct of its proceedings, it is respectfully requested that the deadline for the Defendants' response to the Plaintiffs' attorney's fees motion be enlarged to October 31, 2005.

As indicated in the motion above, this enlargement has been discussed with, and has been consented to by, Plaintiffs' counsel.

                        Respectfully submitted,

                        ROBERT J. SPAGNOLETTI
                        Attorney General for the
                         District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                         Civil Litigation Division

                        */s/ Edward P. Taptich*_____
                        EDWARD P. TAPTICH (012914)
                        Chief, Equity Section 2

                        VERONICA A. PORTER (412273)
                        Assistant Attorney General
                        441 4th St., N.W., Sixth Floor South
                        Washington, D.C. 20001
                        (202) 724-6651

**October 20, 2005**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY LASTER, et al.,** : | |
| Plaintiffs : | |
| v. : | Civ. Action No. 05-1875 (RMU) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| Defendants. : | |

## ORDER

Upon consideration of Defendants' Consent Motion for Enlargement of Time To Respond To Plaintiffs' Attorney's Fees Motion, and the record herein, it is this _____ day of October, 2005,

**ORDERED,** that the Defendants' motion is granted: and it is

**FURTHER ORDERED,** that the Defendants may file their response to the Plaintiffs' attorney's fees motion on or before October 31, 2005.

_____
UNITED STATES DISTRICT JUDGE

5