IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER , et al.                    )
                                         )
        Plaintiffs,                      )        Civil Action No.
                                         )
             v.                          )
                                         )
DISTRICT OF COLUMBIA, et al.             )
                                         )
        Defendants                       )
                                         )
_____ )

**Local Civil Rule  65.1 Certificate**

I certify that, at 12:37 p.m on September 21, 2005, I notified Edward Taptich, Esq. and Veronica

Porter, Esq., attorneys for Defendants,  by electronic mail, that Plaintiffs would seek a temporary

restraining order. At that same hour, I mailed electronically to both counsel, a copy of the

Complaint in this action. At 2:07 p.m. on September 21, 2005,  I mailed electronically to counsel

for Defendants copies of Plaintiffs' Motion for Temporary Restraining Order, Memorandum of

Points and Authorities and proposed order. At 2:35 p.m. on September 21, 2005,  I mailed

electronically to counsel for Defendants copies of Exhibits A, B, E, and  I . At 11:00 a.m.  and

12:31 p.m. on September 22, 2005, the remaining exhibits to Plaintiffs' Motion were telefaxed to

Mr. Taptich. At 12:00 I notified counsel for defendants that Plaintiffs expected to proceed at 2:00

p.m. Today, September 22, 2005.


------------------------
Karen D. Alvarez. Esq.
D.C. Bar No. 423186
1442 Foxhall Road, N.W.
Washington, D.C. 20007
(202) 333-8553

Exhibit A