IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, et al.,           )
                                )
    Plaintiffs,              )
                                )
       v.                   ) Civil Action No. 5-1875 (RMU)
                                )
DISTRICT OF COLUMBIA, et al.,)
                                )
    Defendants.              )
_____)

PLAINTIFFS' NOTICE OF FILING OF EXHIBIT C TO PLAINTIFFS' OPPOSITION TO DEFENDATNS' MOTION TO ALTER OR AMEND JUDGMENT

Plaintiffs file herewith Exhibit C to Plaintiffs' Opposition to Defendants' Motion to Alter or Amend Judgment.

Respectfully submitted,

_____
Karen D. Alvarez
Attorney for plaintiffs
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, DC 20007
(202) 333-8553