IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Betty Laster, et al, | ) <br> ) <br> ) <br> ) |
| Plaintiffs, | ) Civil Action No. 5-1875 (RMU) <br> ) <br> ) |
| v. | ) <br> ) |
| DISTRICT OF COLUMBIA, et al. | ) <br> ) <br> ) |
| Defendants. | ) |

**<u>PLAINTIFFS' MOTION FOR CONTEMPT ORDER</u>**

Plaintiffs Betty Laster, et al, move, pursuant to Rule 7 of the Federal Rules of Civil Procedure for an order holding Defendants in contempt of this Court's Orders of September 26, 2005 and September 30, 2005 and requiring Defendants to comply, forthwith, with those Orders. The grounds for Plaintiffs' Motion are set for the in the accompanying memorandum of points and authorities.

        Respectfully submitted,

        Karen D. Alvarez
        D.C.Bar No. 423186
        1442 Foxhall Rd, N.W.
        Washington, D.C. 20007
        (202) 333-8553

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Betty Laster, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 5-1875(RMU) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFFS' MOTION FOR CONTEMPT ORDER**

On August 12, 2005 Plaintiff Leslie Jackson informed Defendant DCPS that she disagreed with the IEP developed on that date and disagreed with DCPS' proposed placement for her son, A.J.P, at the Barnard Autism Program. Motion for Temporary Restraining Order at 10. On August 26, 2005, Mrs. Jackson asserted her son's Stay Put right to remain in his then current placement, an inclusion program at Stoddert ES. Id. On August 29, 2005 DCPS refused to admit A.J.P. to the Stoddert Program, and thereafter, refused to develop an interim Stay Put Program for A.J.P. Id. at 10, 16. Mrs. Jackson filed an administrative due process complaint on September 8, 2005, in which she again asserted her son's Stay Put right. Id. at Exhibit W. On September 22, 2005 Mrs. Jackson filed suit in this Court, seeking Stay Put injunctive relief.

2

This Court granted Mrs. Jackson's motion on September 26, 2005. On September 30, 2005, this Court ordered that Defendants fund services required by A.J.P.'s 2004 Transition Plan and August 2004 IEP. The Court's Order required Defendants to pay all invoices submitted by service providers within 15 days of submission.

Defendants have refused to process and pay invoices submitted by A.J.P.'s service providers. Exhibit A (Letter of Counsel for Defendants stating that Defendants will pay no invoices until further action by this Court).

Plaintiff Leslie Jackson accordingly asks the Court to hold Defendants in contempt of the Court's Orders and to order Defendants to pay, forthwith, all invoices submitted by A.J.P.'s service providers.

Respectfully submitted,

Karen D. Alvarez
D.C.Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, D.C. 20007
(202) 333-8553

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Betty Laster, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 5-1875(RMU) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Court has reviewed Plaintiffs' Motion for Contempt Order and Defendants' response thereto. It is this ____ day of November 2005 hereby

ORDERED, that Defendants shall pay all invoices submitted to date by service providers to A.J.P. by ___ November 2005.

FURTHER ORDERED, that a fine of $5000.00 per day shall be paid by Defendants for each and every day that Defendants have failed to pay invoices submitted by A.J.P.'s service providers.

SO ORDERED.

Dated _____                                     _____
                                                    U.S. District Court Judge