Subj: **RE: Laster v. DC, invoices for services rendered AJP**
Date: 11/22/2005 3:20:26 PM Eastern Standard Time
From: veronica2.porter@dc.gov
To: KDAlvarez@aol.com
*Sent from the Internet (Details)*

We have a motion to reconsider pending. Should the judge rule in our favor and alter his order, we will have paid money unnecessarily. Nothing will be paid until the resolution of that motion.

Veronica A. Porter
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email: veronica2.porter@dc.gov

**CONFIDENTIALITY NOTICE**

**This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this mesage in error, please notify the sender immediately by e-mail and delete all copies of the message.**

**From:** KDAlvarez@aol.com [mailto:KDAlvarez@aol.com]
**Sent:** Thursday, November 17, 2005 5:05 PM
**To:** veronica2.porter@dc.gov
**Subject:** Laster v. DC, invoices for services rendered AJP

Veronica:

I have received from Mrs. Jackson Invoice # 76854 from National Speech/Language Therpay Center, filed Oct. 17, 2005 with the Chief Financial Officer, per your instructions.

It has not been paid. Betty Soret of National Speech tells me that she has placed many calls requesting information concerning this to different offices at DCPS, from the office of the C FO to the Special Education Division. She has received no information and no payment.

As a result of this, her company is postponing provision of further Speech therapy.

Mrs. Jackson would like to see this invoice paid immediately: payment is now close to 3 weeks overdue. Please advise me when this will be paid.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007

(202) 333-8553
202-333-1546 (Fax)