IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al. | ) |
| | ) |
|    Plaintiffs, | ) Civil Action No. 5-CV-1875 (RMU) |
| | ) |
|    v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
|    Defendants | ) |
| | ) |

**PLAINTIFFS' CONSENT MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' OPPOSITION TO MOTION TO HOLD DEFENDANTS IN CONTEMPT**

_____

Plaintiffs move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to enlarge, until December 13, 2005, the time within which to respond to Defendants' Opposition to Plaintiffs' motion to hold Defendants in contempt of this Court's Orders of September 26, 2005 and September 30, 2005.

Defendants have consented to Plaintiffs' Motion, the grounds for which are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

Karen D. Alvarez
Attorney for Plaintiffs
D.C. Bar No. 423186

1442 Foxhall Rd, N.W.
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

Case 1:05-cv-01875-RMU    Document 27    Filed 12/02/2005    Page 2 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al. | ) |
| | ) |
|    Plaintiffs, | )Civil Action No. 5-CV-1875 (RMU) |
| | ) |
|       v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
|    Defendants | ) |
| _____ | ) |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO ENLARGE TIME WITHIN WHICH TO REPLY TO DEFENDANTS' OPPOSITION**

_____

Plaintiffs have moved, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to enlarge , until December 13, 2005, the time within which to submit Plaintiffs' reply to Defendants' Opposition to Plaintiffs' motion to hold Defendants in contempt of this Court's Orders of September 26, 2005 and September 30, 2005. Counsel for Plaintiffs will be travelling outside the country and will not return to her office until Thursday, December 8, 2005. Defendants have consented to this Motion.

                                                Respectfully submitted,

                                                Karen D. Alvarez
                                                Attorney for Plaintiffs
                                                D.C. Bar No. 423186
                                                1442 Foxhall Rd, N.W.

Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

Case 1:05-cv-01875-RMU   Document 27   Filed 12/02/2005   Page 4 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al. | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 5-CV-1875 (RMU) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants | ) |
| | ) |

**<u>ORDER</u>**

Plaintiffs having moved for an enlargement of time within which to reply to Defendants' Opposition to Plaintiffs' motion to hold Defendants in contempt, and Defendants having consented thereto, it is hereby,

ORDERED, that Plaintiffs' motion to enlarge time to reply to Defendants' Opposition is granted;

FURTHER ORDERED, that Plaintiffs shall file their reply to Defendants' Opposition on or before December 13, 2005.

SO ORDERED.

Date: _____

United States District Court Judge