**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553                                                                                                    (202) 333-1546
Telephone                                                                                                              Telefax

October 8, 2005

BY FAX
Ms. Hilda Ortiz
Chief Academic Officer
D.C.P.S.
202-442-5602

Ms. Mary Lee Phelps
Interim Director, Special Education Reform
D.C.P.S.
202-442-5517/18

                    Re: Tim Lewis/Betty Laster Dispute Resolution
                    Meeting (Sept. 8, 2005 Due Process Complaint)

Dear Ms. Ortiz and Ms. Phelps:

This is with reference to Mrs. Laster's letter of August, 26, 2005 and my letter of September 1, 2005. On September 8, 2005 Mrs. Laster filed a Due Process Complaint, stating events ---dating from December 2003 through August 2005---that constituted violations of the Individuals with Disabilities Education Act. On September 26, 2005 Ms. Breona Harrison, Dispute Resolution Coordinator, and Mrs. Laster agreed to convene a Dispute Resolution Meeting at Mrs. Laster's home on October 7, 2005.

On October 4, 2005, Ms. Harrison informed me that Judith Smith of the Special Education Division wished to cancel the scheduled Dispute Resolution Meeting, on the ground that Judge Urbina's Stay Put Order of September 30, 2005, "resolved" all the issues stated in Mrs. Laster's Due Process Complaint. Mrs. Laster requested that D.C.P.S. comply with IDEA and convene a statutory Dispute Resolution Meeting.

Yesterday, no member of the July 28, 2005 IEP Team ---whose decisions and actions are challenged in Mrs. Laster's Due Process Complaint---appeared for the meeting at Mrs. Laster's home. No staff from Kingsbury Day School—whose actions from December 2003 through August 2005 are challenged in the Complaint---appeared for the meeting. The only person to attend the meeting was Ms. Harrison, who knew nothing about the facts, issues, or events that are the subject of Mrs. Laster's Complaint.

Mrs. Laster requests that DCPS comply with the requirements of IDEA, 20 U.S.C. Section 1415(f) (1) (B) (i). Please advise me at your earliest convenience of the date on which DCPS might convene such a meeting.

Sincerely,

Karen D. Alvarez

cc: Ms. Breona Harrison, Due Process Complaint Dispute Resolution
    Coordinator, Non-Public Day Schools

```
TRANSMISSION VERIFICATION REPORT

                                          TIME  : 10/07/2005 10:52
                                          NAME  : K D ALVAREZ
                                          FAX   : 2023331546
                                          TEL   : 2023338553


DATE,TIME           10/07  10:51
FAX NO./NAME        4425602
DURATION            00:00:42
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553                                   (202) 333-1546
Telephone                                        Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Ms. Hilda Ortiz
    Chief Academic Officer
    D.C.P.S.
    202-442-5602

Ms. Mary Lee Phelps
Interim Director, Special Education Reform
D.C.P.S.
202-442-5517/5518

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Hilda Ortiz
     Chief Academic Officer
     D.C.P.S.
     202-442-5602

     Ms. Mary Lee Phelps
     Interim Director, Special Education Reform
     D.C.P.S.
     202-442-5517/5518

RE: Tim Lewis; Dispute Resolution Meeting

DATE: 10/08/ 2005

Number of Pages: 3, including coversheet

```
            TRANSMISSION VERIFICATION REPORT

                                          TIME  : 10/07/2005 10:49
                                          NAME  : K D ALVAREZ
                                          FAX   : 2023331546
                                          TEL   : 2023338553

 DATE,TIME              10/07 10:48
 FAX NO./NAME           4425518
 DURATION               00:00:42
 PAGE(S)                03
 RESULT                 OK
 MODE                   STANDARD
                        ECM
```

## Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553  
Telephone

(202) 333-1546  
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Ms. Hilda Ortiz  
Chief Academic Officer  
D.C.P.S.  
202-442-5602

Ms. Mary Lee Phelps  
Interim Director, Special Education Reform  
D.C.P.S.  
202-442-5517/5518

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553　　　　　　　　　　　　　　　　　　　　　(202) 333-1546
Telephone　　　　　　　　　　　　　　　　　　　　　　　　Telefax

## TELEFAX COVERSHEET
## NOTICE

---

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

---

TO:  Ms. Breona Harrison
　　　Dispute Resolution Specialist
　　　Special Education Division
　　　442-5517/18


RE: Tim Lewis; Courtesy Copy of Letter to Ms. Ortiz and Ms. Phelps

DATE: 10/08/ 2005

Number of Pages: 3, including coversheet

```
              TRANSMISSION VERIFICATION REPORT

                                       TIME  : 10/07/2005 10:46
                                       NAME  : K D ALVAREZ
                                       FAX   : 2023331546
                                       TEL   : 2023338553


   DATE,TIME              10/07  10:45
   FAX NO./NAME           4425518
   DURATION               00:00:59
   PAGE(S)                03
   RESULT                 OK
   MODE                   STANDARD
                          ECM
```

## Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553  
Telephone

(202) 333-1546  
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Breona Harrison  
     Dispute Resolution Specialist  
     Special Education Division  
     442-5517/18

RE: Tim Lewis; Courtesy Copy of Letter to Ms. Ortiz and Ms. Phelps

DATE: 10/08/ 2005