**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

October 14, 2005

BY FAX
Ms. Sharon Newsome,
Student Hearing Office
D.C.P.S.
202-442-5556

      Re:  Due Process Hearing Notices Transmitted 10/13/05

Dear Ms. Newsome:

I received yesterday afternoon telefax transmittals of hearing notices from your office for three students. Each hearing notice bore a date before yesterday's date:
    (1) Chanette Alston (stating that "date sent" was 10/12/05);
    (2) Ari Jackson-Pitts (stating that "date sent" was 10/11/05);
    (3) Timothy Lewis (stating that "date sent" was 10/12/05)(also bearing the hand-written notation "revised copy" and "rescheduled for 11/11/05").
Upon receipt of these three notices I called your office and asked to speak with you. A Mr. Williams of your office informed me that you were not in.

Please advise me, with respect to all three of these notices, what the reason is for the discrepancy between the stated "date sent" and for the actual date sent.

With respect to the notice concerning Timothy Lewis, please advise me when the original, or un-revised copy, was sent, and why I did not receive a copy of it.

                              Sincerely,

                              Karen D. Alvarez

cc: Sheila Hall, Director, Student Hearing Office

```
            TRANSMISSION VERIFICATION REPORT

                                          TIME  : 10/13/2005 07:32
                                          NAME  : K D ALVAREZ
                                          FAX   : 2023331546
                                          TEL   : 2023338553


DATE,TIME              10/13  07:31
FAX NO./NAME           4425556
DURATION               00:00:22
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553                                              (202) 333-1546
Telephone                                                   Telefax

October 14, 2005

BY FAX
Ms. Sharon Newsome,
Student Hearing Office
D.C.P.S.
202-442-5556

        Re:  Due Process Hearing Notices Transmitted 10/13/05

Dear Ms. Newsome:

I received yesterday afternoon telefax transmittals of hearing notices from your office for three students. Each hearing notice bore a date before yesterday's date:
      (1) Chanette Alston (stating that "date sent" was 10/12/05);
      (2) Ari Jackson-Pitts (stating that "date sent" was 10/11/05);
      (3) Timothy Lewis (stating that "date sent" was 10/12/05)(also bearing the hand-written notation "revised copy" and "rescheduled for 11/11/05").
Upon receipt of these three notices I called your office and asked to speak with you. A Mr. Williams of your office informed me that you were not in.

Please advise me, with respect to all three of these notices, what the reason is for the discrepancy between the stated "date sent" and for the actual date sent.