**Karen D. Alvarez**
Attorney at Law
**1442 Foxhall Road, N.W.
Washington, D.C. 20007**

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

October 28, 2005

BY FAX
Mr. Kelly Evans
Director,
State Enforcement & Investigation Division
D.C.P.S.
202-442-5556

Dear Mr. Evans:

I understand that, as Director of the State Enforcement and Investigation Division, you have supervisory responsibility over the D.C.P.S. Student Hearing Office. I am writing you in the expectation that you will direct the Student Hearing Office to withdraw, as premature, Hearing Notices issued in connection with Due Process Complaints filed by my clients, Mrs. Betty Laster and Mrs. Leslie Jackson. I have corresponded with Ms. Hall and Ms. Newsome of the Student Hearing Office in connection with the Notices issued. No resolution has been proffered.

In both these cases the Student Hearing Office issued notices of hearing where DCPS had failed to offer or provide my clients with Dispute Resolution Meetings under 20 U.S.C. Section 1415 (f)(1)(B). Section 1415(f)(1)(B) mandates that D.C.P.S. shall convene a Dispute Resolution with the child's IEP Team and the parent before a due process hearing may be convened.

When the Student Hearing Office issued the first of these Notices, on October 5, 2005, I advised the Student Hearing Office that Mrs. Jackson had requested and not received a Dispute Resolution Meeting, and that any Notice of hearing was, consequently, premature. I requested that the Student Hearing Office withdraw the Notice of hearing. I spoke with Ms. Newsome on October 6th, and in that conversation I informed her that Mrs. Laster also was awaiting a statutory Dispute Resolution Meeting and that, consequently, the scheduling of any hearing would be premature in that case as well. I told Ms. Newsome, in that conversation, that both Mrs. Laster and Mrs. Jackson would waive hearing timelines.

The Student Hearing Office, on October 7, withdrew the Jackson Notice of Hearing. Subsequently, without any change in circumstances, and without any discussion with me, the Student Hearing Office issued backdated Notices of Hearing in both the Laster and the Jackson cases. I most recently wrote the Student Hearing Office concerning those Notices, on October 14, 2005.

1

As you are aware, D.C.P.S. has taken the position that parents may not proceed to due process unless they have attended a Dispute Resolution Meeting. That same position has been taken in Due Process Hearings by D.C.P.S. staff attorneys.

Mrs. Laster and Mrs. Jackson request that the Student Hearing Office withdraw the Notices of Hearing issued on October 13, 2005, and the Student Hearing Office issue no such notices until Mrs. Laster and Mrs. Jackson confirm that D.C.P.S. has convened Dispute Resolution Meetings with their children's IEP Teams, as required by 20 U.S.C. Section 1415(f)(1)(B).

Mrs. Laster and Mrs. Jackson request the favor of a reply by close of business on Monday, October 31, 2005.

Sincerely,

Karen D. Alvarez

```
TRANSMISSION VERIFICATION REPORT

                                              TIME  : 10/27/2005 14:36
                                              NAME  : K D ALVAREZ
                                              FAX   : 2023331546
                                              TEL   : 2023338553

DATE,TIME              10/27  14:36
FAX NO./NAME           4425556
DURATION               00:00:46
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

## Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553  
Telephone

(202) 333-1546  
Telefax

## TELEFAX COVERSHEET
## NOTICE

---

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

---

TO:  Mr. Kelly Evans  
     Director,  
     State Enforcement & Investigation Division  
     D.C.P.S.  
     202-442-5556

RE: Notices of Hearing; In the Matters of Timothy Lewis and Ari Jackson Pitts

DATE: 10/28/005

```
           TRANSMISSION VERIFICATION REPORT

                                              TIME  : 10/27/2005 14:44
                                              NAME  : K D ALVAREZ
                                              FAX   : 2023331546
                                              TEL   : 2023338553


  DATE,TIME              10/27  14:43
  FAX NO./NAME           4425556
  DURATION               00:00:46
  PAGE(S)                03
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Mr. Kelly Evans
    Director,
    State Enforcement & Investigation Division
    D.C.P.S.
    202-442-5556

RE: Notices of Hearing; In the Matters of Timothy Lewis and Ari Jackson Pitts

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Mr. Kelly Evans
     Director,
     State Enforcement & Investigation Division
     D.C.P.S.
     202-442-5556

RE: Notices of Hearing; In the Matters of Timothy Lewis and Ari Jackson Pitts

DATE: 10/28/005

Number of Pages: 3 including coversheet