

# DISTRICT OF COLUMBIA
# PUBLIC SCHOOLS

**State Enforcement & Investigation Division**
**Special Education Programs**
825 North Capitol Street, N.E., 8th Floor
Washington, D.C. 20002-4232
202-442-5085, fax: 202-442-5432
www.k12.dc.us

October 31, 2005

Ms. Karen Alvarez
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

    **RE: Receipt of correspondence regarding hearings settings**

Dear Ms. Alvarez:

    Thank you for your letter dated October 28, 2005 regarding the notices of hearings issued by the Student Hearing Office in response to the due process complaints filed by your clients, Betty Laster and Leslie Jackson. I have informed the staff in the Student Hearing Office of my receipt of your correspondence and I I have asked the Director to review the circumstances surrounding the issuance of the hearing notices and report back to me. I will send you a follow-up letter after I have completed my inquiry.

    Thank you for your cooperation and for bringing this matter to my attention. If I can be of any further assistance on these or any other case, please do not hesitate to contact my office.

                                            Sincerely,

                                            Kelly Evans,
                                            Executive Director

Cc    Sheila Hall, Director
      Student Hearing Office

      Sharon Newsome, Hearings Coordinator
      Student Hearing Office

# District of Columbia Public Schools
## Office of Compliance
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



### FACSIMILE SHEET

Date: 10/31/05

TO: Karen Alvarez

FROM: STUDENT HEARING OFFICE

RE: Receipt of correspondence

TOTAL NUMBER OF PAGES, INCLUDING COVER: 2

COMMENTS:

**CONFIDENTIALITY NTOICE:** The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.