**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

November 1, 2005

BY FAX
Mr. Kelly Evans
Director,
State Enforcement & Investigation Division
D.C.P.S.
202-442-5556

Dear Mr. Evans:

Thank you for your letter of yesterday. Mrs. Laster and Mrs. Jackson look forward to receiving the results of your inquiry.

In the interim, my clients wish to know whether the Student Hearing Office will withdraw the Notices at issue, as requested in my letter of October 28, 2005. As I noted in my letter of October 28, 2005, DCPS publicly has taken the position that parents who have not participated in dispute resolution meetings are not entitled to a due process hearing. In this instance, it is the parents who wish to have a statutory dispute resolution meeting, and have not yet been given one.

Could you inform me whether it is, or is not, Student Hearing Office policy to issue notices of hearing when the parent has expressly requested that no hearing be scheduled until the parent has enjoyed her statutory right to a dispute resolution meeting. Thank you for your attention to this matter.

Sincerely,

Karen D. Alvarez

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Mr. Kelly Evans
   State Enforcement and Investigation Division
   202-442-5556

RE: Scheduling of hearings: Laster and Jackson cases.

DATE: 11/1/ 2005

Number of Pages: 2, including coversheet

```
TRANSMISSION VERIFICATION REPORT

                                          TIME : 10/31/2005 12:03
                                          NAME : K D ALVAREZ
                                          FAX  : 2023331546
                                          TEL  : 2023338553

DATE,TIME          10/31  12:02
FAX NO./NAME       4425556
DURATION           00:00:30
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Mr. Kelly Evans
    State Enforcement and Investigation Division
    202-442-5556

RE: Scheduling of hearings: Laster and Jackson cases.

DATE: 11/1/ 2005