**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553  　　　　　　　　　　　　　　　　　　　　　　　　(202) 333-1546
Telephone　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telefax

November 2, 2005

BY FAX
Mr. Kelly Evans
Director,
State Enforcement & Investigation Division
D.C.P.S.
202-442-5556

Dear Mr. Evans:

This is to memorialize our conversation of this morning. I understand that the Student Hearing Office will withdraw the notices of hearing issued in the cases of Timothy Lewis (grandmother, Mrs. Betty Laster) and of Ari Jackson-Pitts (mother, Mrs. Leslie Jackson). When DCPS has complied with its statutory obligation to provide a Dispute Resolution Meeting. Mrs. Laster and Mrs. Jackson will notify the Student Hearing Office so that, if necessary, a hearing can be scheduled.

In reliance on our conversation, Mrs. Jackson and Mrs. Laster will not file disclosure notices with the Student Hearing Office this week.

Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　Karen D. Alvarez

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME  : 11/01/2005 16:17
                                              NAME  : K D ALVAREZ
                                              FAX   : 2023331546
                                              TEL   : 2023338553

    DATE,TIME                  11/01  16:16
    FAX NO./NAME               4425556
    DURATION                   00:00:29
    PAGE(S)                    02
    RESULT                     OK
    MODE                       STANDARD
                               ECM
```

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

# TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Mr. Kelly Evans
   State Enforcement and Investigation Division
   202-442-5556

RE: Scheduling of hearings: Laster and Jackson cases.

DATE: 11/2/ 2005

```
           TRANSMISSION VERIFICATION REPORT

                                    TIME  : 11/02/2005 08:22
                                    NAME  : K D ALVAREZ
                                    FAX   : 2023331546
                                    TEL   : 2023338553


DATE,TIME              11/02 08:22
FAX NO./NAME           4425556
DURATION               00:00:40
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Ms. Sharon Newsome
   Student Hearing Office
   202-442-5556

RE: Scheduling of hearings: Laster and Jackson cases.

ENCLOSURE:
   Courtesy copy of letter to Mr. Evans of yesterday

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Ms. Sharon Newsome
    Student Hearing Office
    202-442-5556


RE: Scheduling of hearings: Laster and Jackson cases.

ENCLOSURE:
    Courtesy copy of letter to Mr. Evans of yesterday

DATE: 11/3/ 2005

Number of Pages: 3, including coversheet

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Mr. Kelly Evans
    State Enforcement and Investigation Division
    202-442-5556

RE: Scheduling of hearings: Laster and Jackson cases.

DATE: 11/2/ 2005

Number of Pages: 2, including coversheet