

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

www.k12.dc.us

Date: 8/19/05

**Parent's Name:**
Betty Laster

**Parent's Address:**
4524 6th Pl. NE
Washington, DC 20017

**Subject: Resolution Session for**
Timothy Lewis

**DOB:**
9/10/89

**Attending School:**
Kingsbury

## SETTLEMENT AGREEMENT

A resolution meeting was held on the above referenced date and an agreement between the parties to this action, District of Columbia Public Schools (hereinafter DCPS) and parent was reached. The parties agree to resolve this matter pursuant to the following terms and conditions (check the box / boxes that apply and initial on corresponding line):

☐ **Eligibility Determination**

____ DCPS agrees to issue a prior notice regarding eligibility/ineligibility.
____ If the student is found eligible, DCPS will develop an IEP and determine placement.
____ DCPS agrees to issue a prior notice of placement within 5 school days, if the placement is public and 30 calendar if the placement is non-public.

☐ **Conduct Evaluations & Hold MDT Meeting**

Within _____ school / calendar (*circle one*) days of execution of this agreement, DCPS agrees to conduct the following assessment(s)/evaluation(s):

- ☐ psycho-educational evaluation
- ☐ speech/language evaluation
- ☐ occupational therapy evaluation
- ☐ physical therapy evaluation
- ☐ clinical psychological

Re:                                                                        DCPS
     Timothy Lewis                                                   Page 2

- ☐ hearing screening
- ☐ vision screening
- ☐ audiological assessment
- ☐ classroom observation
- ☐ functional behavior assessment
- ☐ Vineland Adaptive Scales assessment
- ☐ vocational assessment (I, II, III) *(circle one)*
- ☐ social history evaluation
- ☐ assistive technology assessment
- ☐ psychiatric assessment
- ☐ neurological evaluation
- ☐ neuropsychological evaluation

If DCPS fails to complete the evaluation/evaluations within the above stated time frame, the parent can secure the above agreed evaluation(s) at the expense of DCPS, consistent with DCPS cost guidelines, not to exceed those specified in the *Superintendents Directive Number 530.6, dated March 20, 2002.*

___Within 15 school days of completion or receiving the last independent evaluation, DCPS will convene an MDT/IEP meeting to review the evaluation(s), amend the IEP, as appropriate, discuss placement and issue a prior notice, if necessary.

## Fund Independent Evaluations

___DCPS agrees to fund the following independent evaluation(s):

- ☐ psycho-educational evaluation
- ☐ speech/language evaluation
- ☐ occupational therapy evaluation
- ☐ physical therapy evaluation
- ☐ clinical psychological
- ☐ hearing screening
- ☐ vision screening
- ☐ audiological assessment
- ☐ classroom observation
- ☐ functional behavior assessment
- ☐ Vineland Adaptive Scales assessment
- ☐ vocational assessment (I, II, III) *(circle one)*
- ☐ social history evaluation
- ☐ assistive technology assessment
- ☐ psychiatric assessment
- ☐ neurological evaluation
- ☐ neuropsychological evaluation

The parent agrees that DCPS' cost liability shall not exceed those specified in the *Superintendents Directive Number 530.6, dated March 20, 2002.*

___Within 15 school days of completion or receiving the last independent evaluation, DCPS will convene an MDT/IEP meeting to review the evaluation(s), amend the IEP, as appropriate, discuss placement and issue a prior notice, if necessary.

Re:                                                                      DCPS
        Timothy Lewis                                                    Page 3

___ If the MDT/IEP team proposes a new placement, DCPS agrees to issue a *prior notice of placement* within 5 school days if the placement is public and within 30 calendar days if the placement is non-public.

☐ **Compensatory Education**

___ DCPS agrees to develop a compensatory education plan by <u>within 45 days of placement at Accotink (during the MDT to review placement).</u> 2005.
___ DCPS agrees to implement the attached compensatory education plan.
___ Other: _____

☐ **Tutoring**

___ DCPS agrees to provide _____ hours of one on one tutoring to compensate for missed specialized instruction.
___ Other: _____

☐ **MDT Meeting to Discuss Placement**

___ DCPS agrees to issue a *prior notice of placement* within 5 school days if the placement if public and within 30 calendar days if the placement is non-public.

☐ **Referral for Residential Placement**

___ DCPS agrees to send a minimum of three referrals to residential placements within 15 school days of execution of this agreement.

**X**   **Other**

X    Document Request. DCPS agrees to obtain and deliver to the parent the student's educational records as defined in the complaint dated 8/4/05 from his non-public school no later than September 16, 2005. DCPS will require the non-public school to attest that the records it is providing to DCPS are ALL of the child's records in its possession or control. That includes, without limitation, ALL of the grade reports final, interim, and mid-term, copies of ALL tests, quizzes, essays, all progress reports, suspension records, disciplinary records, behavioral notes, notices of any kind, correspondences to the parent, related service logs/session notes, attendance records, and any document that reflects academic

Re:                                                                    DCPS
    Timothy Lewis                                                      Page 4

performance, any notes letters or memoranda containing the students name or Student ID number, including writings to third parties. The parent has consented to the release of these documents by Kingsbury Day School to DCPS for this purpose.

Parent agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the student, parent, or their representative as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing Complaint, ~~including all claims that the parent now asserts or could have asserted as of the date of this agreement~~. [handwritten: RSH for Betty La...]  GHL

Both parties agree that they have 3 days to withdraw the settlement agreement. If either party decides to withdraw the settlement agreement said withdrawal must be in writing and provided the other party.

Jurisdiction for this agreement lies within the District of Columbia. This agreement is a legally binding agreement that is enforceable in the U.S. District Court for the District of Columbia or the D.C. Superior Court.

Agreed to: _Brenna T. Harmon_                    _8/19/05_
            Principal or designee                  Date

Agreed to: _Betty Lash_                           _8/19/05_
            Parent                                 Date