**Karen D. Alvarez**
Attorney at Law
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553             (202) 333-1546
Telephone                    Telefax

October 18, 2005

BY FAX
Ms. Hilda Ortiz
Chief Academic Officer
D.C.P.S.
202-442-5602

Ms. Mary Lee Phelps
Interim Director, Special Education Reform
D.C.P.S.
202-442-5517/18

                  Re: Tim Lewis; Kingsbury Day School Monitoring
                  & Provision of Records

Dear Ms. Ortiz and Ms. Phelps:

This is with reference to my letter to you of October 11, 2005 concerning Ms. Phelps' letter dated September 7, 2005 (postmarked 9-16-05) in response to Mrs. Laster's letter of August, 26, 2005 and to Mrs. Laster's meeting with Ms. Breona Harrison of your staff on October 7, 2005. Mrs. Laster has received no response to her inquiries concerning the status of DCPS' investigation of Kingsbury Day School, or to her inquiries concerning the steps that DCPS may be taking to obtain Tim's Kingsbury educational records. Mrs. Laster would greatly appreciate it if you might let me know where these matters stand.

                  Sincerely,

                  Karen D. Alvarez

cc: Mrs. Betty Laster

```
            TRANSMISSION VERIFICATION REPORT

                                          TIME  : 10/17/2005 06:39
                                          NAME  : K D ALVAREZ
                                          FAX   : 2023331546
                                          TEL   : 2023338553


DATE,TIME                10/17  06:38
FAX NO./NAME             4425518
DURATION                 00:00:20
PAGE(S)                  01
RESULT                   OK
MODE                     STANDARD
                         ECM
```

## Karen D. Alvarez
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553                                              (202) 333-1546
Telephone                                                   Telefax

October 18, 2005

BY FAX
Ms. Hilda Ortiz
Chief Academic Officer
D.C.P.S.
202-442-5602

Ms. Mary Lee Phelps
Interim Director, Special Education Reform
D.C.P.S.
202-442-5517/18

      Re: Tim Lewis; Kingsbury Day School Monitoring
      & Provision of Records

Dear Ms. Ortiz and Ms. Phelps:

This is with reference to my letter to you of October 11, 2005 concerning Ms. Phelps' letter dated September 7, 2005 (postmarked 9-16-05) in response to Mrs. Laster's letter of August, 26, 2005 and to Mrs. Laster's meeting with Ms. Breona Harrison of your staff on October 7, 2005. Mrs. Laster has received no response to her inquiries concerning the

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 10/17/2005 06:40
                                    NAME  : K D ALVAREZ
                                    FAX   : 2023331546
                                    TEL   : 2023338553


DATE,TIME            10/17  06:40
FAX NO./NAME         4425602
DURATION             00:00:20
PAGE(S)              01
RESULT               OK
MODE                 STANDARD
                     ECM
```

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553  
Telephone

(202) 333-1546  
Telefax

October 18, 2005

BY FAX  
Ms. Hilda Ortiz  
Chief Academic Officer  
D.C.P.S.  
202-442-5602

Ms. Mary Lee Phelps  
Interim Director, Special Education Reform  
D.C.P.S.  
202-442-5517/18

      Re: Tim Lewis; Kingsbury Day School Monitoring  
      & Provision of Records

Dear Ms. Ortiz and Ms. Phelps:

This is with reference to my letter to you of October 11, 2005 concerning Ms. Phelps' letter dated September 7, 2005 (postmarked 9-16-05) in response to Mrs. Laster's letter of August, 26, 2005 and to Mrs. Laster's meeting with Ms. Breona Harrison of your staff on October 7, 2005. Mrs. Laster has received no response to her inquiries concerning the