# STATE EDUCATION AGENCY
# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of: *Ari Jackson-P.* )   BEFORE A SPECIAL EDUCATION
        Petitioner )
        Vs. )   HEARING OFFICER
*DCPS-Stoddert ES* )
        Respondent )   DISTRICT OF COLUMBIA
         )   PUBLIC SCHOOLS

## SCHEDULING MEMORANDUM

1. A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **The Student Hearing Office does not schedule or participate in resolution meetings.**

2. The complaint notice was filed on *September 8, 2005*

3. The deadline for the resolution meeting is *September 23, 2005* unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

### RESPONSE TO THE COMPLAINT

A. *Prior Written Notice Not Issued by the Local Educational Agency.* If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

    1. An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;
    2. A description of other options that the IEP Team considered and the reasons why those options were rejected;
    3. A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and
    4. A description of the factors that are relevant to the agency's proposal or refusal.

Rev'd 7/6/05

B. Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than _September 18, 2005_

C. **Deficiency Notice.** A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, within 15 days of receiving the notice of the complaint, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D. The deadline for filing a deficiency notice is _September 23, 2005_

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence. A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice. The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law. Information about the time, date, and location of the resolution meeting will be provided by the school or the Local Education Agency responsible for scheduling the meeting.

Rev'd. 7/6/05

**Complaint Intake Unit**
825 North Capitol Street, NE – 8th Floor
Washington, D.C. 20002

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
State Enforcement & Investigation Division
for Special Education Programs

# Fax

| Name: Karen D. Alvarez | Pages: 3 |
| Fax Number: 333-1546 | Date: September 9, 2005 |
| Telephone No: 333-8553 | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

**Comments:**

1) Scheduling Memorandum for Avi Jackson-Pitts

The document(s) accompanying this telecopy transmission contains confidential information that is legally privileged. The information is intended only for use of the individual or entity named Above. If you are not the intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in reliance of the contents of this copied information is Strictly prohibited. If you receive this telecopy in error, please immediately notify us by telephone For return of the original document to us.