IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 5-1875 (RMU) |

## ERRATA

Counsel inadvertently omitted Exhibit J to the parties' Joint Report. Exhibit J is attached hereto.

                                                Respectfully submitted,

                                                Karen D. Alvarez
                                                D.C. Bar No. 423186
                                                1442 Foxhall Road, N.W.
                                                Washington, D.C. 20007
                                                (202) 333-8553
                                                Attorney for Plaintiffs