## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

# ABSTRACT OF CORRESPONDENCE

**TO:** Dr. Clifford Janey
Superintendent

**FROM:** Erika Pierson
Deputy General Counsel

**DATE:** September 9, 2005

**SUBJECT:** Response to Letter from Parent

*EXHIBIT J*

*FILE COPY*

1. **Summary of Key Points: (Brief):** Attached, please find a letter for the Superintendent's signature in response to a letter received from a parent regarding her grandson who is privately placed, but funded by DCPS, being required to perform janitorial services in exchange for his attendance at the private school.

2. **Special Concerns:**

3. **Action Required:** APPROVAL & SIGNATURE

4. **Contact Person:** Erika Pierson      **Phone:** (202) 442-5604

5. **SUPERINTENDENT'S ACTION:**

   Approve [✓]    Disapprove [ ]    Modify [ ]    Discuss [ ]

   **REMARKS:**

   _____        9/9
   Superintendent of Schools        Date

**CLEARANCE**

| Signature & Date (typed) | Cleared By | Cleared By | Cleared By | Cleared By |
|---|---|---|---|---|
| | Erika Pierson<br>OGC<br>[initials] 9/9/05 | Peter Parham<br>Chief of Staff<br>[initials] 9/9 | | |
| | | | | |
| | | | | |

RECEIVED
SEP 9 2005
# 1797



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
825 North Capitol Street, N. E., 9th Floor
Washington, D.C. 20002-4232
202-442-5885, fax: 202-442-5026
www.k12.dc.us

September 9, 2005

Mrs. Betty Laster
4524 Sixth Place, NE
Washington, DC 20017

Dear Mrs. Laster:

I am writing in response to your letter dated August 19, 2005 wherein you inquired whether a private school that is being funded by DCPS can require a student to perform janitorial or other tasks in exchange for attendance at the school. Because your letter did not provide any specific information regarding the school in attendance or the student's IEP, DCPS can only provide you with the legal standard for privately placed students who are funded by the public school system.

Pursuant to the Individuals with Disabilities Education Improvement Act (IDEIA), a *free* appropriate public education (FAPE) is available to all children with disabilities with certain limited exceptions. Under IDEA 2004 Sec. 602(9), a free appropriate public education is defined as special education and related services that (a) have been provided at public expense, under public supervision and direction, and without charge; (b) meet the standards of the State Educational agency; (c) include an appropriate preschool, elementary school, or secondary school education in the state involved; and (d) are provided in conformity with the individualized education program [IEP] required."

Specifically, DCPS is required to provide your grandson with special education services at no expense to the parent or caretaker. If DCPS is not able to implement a student's IEP in one of our public schools, DCPS must then place and fund the student in a private school that can implement the student's IEP, at the expense of the public school system. If I understand your letter correctly, it appears that DCPS has placed your grandson at a private school for which DCPS pays the tuition. Without having more detailed information regarding your grandson's situation, I can only give you very general advice. Under the law, neither DCPS or the private school can charge you for your child's education, and there should not be any unreasonable conditions imposed on your grandson that are not outlined in DCPS school regulations, his IEP or in the specific school's rules and regulations.

*Children First*

If you believe that your grandson's rights have been violated, there are multiple avenues for you to file a complaint for investigation, which are listed at the end of this letter. I hope this information is helpful to you, and if you have any further questions please feel free to contact DCPS in the future.

Sincerely,

Clifford B. Janey, Ed.D
Superintendent

CJ/ep

Cc:  Marylee Phelps, Director, Office of Special Education

To File a Complaint:

James Fisher
Director, State Complaint Office
State Education Agency
District of Columbia Public Schools
825 North Capitol St., N.E.
Washington, D.C. 20002

U.S. Department of Education
Office of Civil Rights
400 Maryland Ave., S.W.
Washington, D.C. 20202-1100

721-3625

## ATTACHMENT 2



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Division of Special Education
325 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

September 7, 2005

Ms. Betty Laster
4524 Sixth Place, N.E.
Washington, DC 20017

Re: Timothy Lewis

Dear Ms. Laster:

The District of Columbia Public Schools, Office of Special Education (DCPS-OSE) is in receipt of your August 26th letter in which you expressed your concerns about your grandson's educational programming.

On July 28, 2005, you participated in a Multidisciplinary Team (MDT)/Individualized Educational Program (IEP) meeting for your grandson, Timothy. Some of the other members of the MDT team included a DCPS-OSE Placement Specialist, a DCPS Psychologist, a Kingsbury Day School Psychologist, the Kingsbury Upper School Director and Marlene Gustafson, Director of Kingsbury Day School. At the meeting, Kingsbury indicated that Timothy could not return to their school for the 2005-2006 school year. In your letter you expressed disagreement with the decisions made by the team and requested that Timothy remain at the Kingsbury Day School until you have completed all due process and appeal proceedings. At the same time, you expressed some concerns about the manner in which you feel that Kingsbury has treated Timothy.

As a part of the July 28th meeting, based upon Kingsbury's unwillingness to have Timothy remain in their program in addition to other considerations, DCPS issued a "Prior Notice" for Timothy to attend school at the District of Columbia Alternative Learning Academy-NE (DCALA-NE). Timothy's pick-up and drop-off information has also been entered into the transportation database for DCALA-NE. Therefore, it is DCPS's position that we have an appropriate program for Timothy at DCALA. I have also forwarded your letter to Mr. Rexie Yancey, Director of the Office of Monitoring and Program Certification at DCPS for follow-up regarding your concerns about Kingsbury Day School.

As you know, it is your right to request Mediation or a Due Process Hearing should you not agree with DCPS's position. In the meantime, it is our recommendation that you enroll Timothy at DCALA-NE. Should you have further questions, please feel free to contact Ms. Ruth Blake, Director of the Nonpublic Unit at (202) 442-5507.

Sincerely,

Marylee Phelps
Interim Executive Director

cc:     Karen D. Alvarez
        Attorney at Law

        Marlene Gustafson
        Director, Kingsbury Day School