## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| BETTY LASTER *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 05-1875 (RMU) |
| | : | | |
| v. | : | Document No.: | 14 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 17th day of July, 2006,

**ORDERED** that the defendants' motions to for relief from judgment is **DENIED.**

**SO ORDERED**.

RICARDO M. URBINA<br>
United States District Judge