UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| BETTY LASTER *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 05-1875 (RMU) |
| | : | | |
| v. | : | Document No.: | 13 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 25th day of July, 2006,

**ORDERED** that the plaintiffs' motion for attorney fees is hereby **GRANTED in part and denied in part**; and it is

**FURTHER ORDERED** that the defendants shall, within 15 days of this order, pay the plaintiffs' attorney that much of the $ 24,211.06 in attorneys' fees and costs awarded as is permitted under the District of Columbia Appropriations Act, 2005 Pub. L. No. 108-335, 118 Stat. 1322 (2005).

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge