EXHIBIT A

## Porter, Veronica (OAG)

**From:** Porter, Veronica (OAG)
**Sent:** Wednesday, July 26, 2006 9:37 AM
**To:** 'KDAlvarez@aol.com'
**Subject:** Laster case--AJP

In light of the Court's show cause order please provide an accounting of the amounts due for services provided to AJP pursuant to his Transitional Plan and 2004 IEP. At the time you filed the show cause motion the only invoice you informed us that had been submitted was invoice #76854 from the National Speech/Language Therapy Center filed on 10/17/05 with the CFO. If other invoices were submitted after that date, please let me know ASAP.

Meanwhile, I have also asked the CFO to search their records for submissions on behalf of AJP and to make payments ASAP. I intend to cross reference your list with the information the CFO finds, in order to make sure all payments are made.

Please provide info ASAP as I have been ordered to show cause by 7/31/06.

Thank you.

Veronica A. Porter
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email: veronica2.porter@dc.gov

### CONFIDENTIALITY NOTICE

**This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this mesage in error, please notify the sender immediately by e-mail and delete all copies of the message.**

7/27/2006