**EXHIBIT B**

## Provider Laurine Kennedy for A.J.P.

| Invoice Date | Invoice No. | Date Rec'd | Period | Voucher No. | Amt Invoiced | Amt Paid | Check Number | Check Date | Approval Status: |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/2005 | 101 | 11/15/2005 | NOV-05 | D6001342 | $426.00 | $ 426.00 | 6425094 | 12/1/05 | APPROVED-PAY IN FULL |
| 11/18/2005 | 102 | 11/17/2005 | NOV-05 | D6001343 | $450.00 | $ 450.00 | 6425094 | 12/1/05 | APPROVED-PAY IN FULL |
| 11/30/2005 | 103 | 12/2/2005 | NOV-05 | D6001815 | $280.00 | $ 280.00 | 6432217 | 12/16/05 | APPROVED-PAY IN FULL |
| 12/2/2005 | 104 | 12/2/2005 | NOV-05 | D6001814 | $520.00 | $ 520.00 | 6432217 | 12/16/05 | APPROVED-PAY IN FULL |
| 12/13/2005 | 105 | 12/13/2005 | DEC-05 | D6002582 | $285.00 | $ 285.00 | 6444642 | 1/10/06 | APPROVED-PAY IN FULL |
| 12/20/2005 | 107 | 1/5/2006 | DEC-05 | D6003394 | $590.00 | $ 590.00 | 6450569 | 1/23/06 | APPROVED-PAY IN FULL |
| 12/20/2005 | 108 | 1/5/2006 | DEC-05 | D6003395 | $316.00 | $ 316.00 | 6450569 | 1/23/06 | APPROVED-PAY IN FULL |
| 1/20/2006 | 109 | 1/20/2006 | JAN-06 | D6003786 | $1,280.00 | $ 1,280.00 | 6458501 | 2/2/06 | APPROVED-PAY IN FULL |
| 2/6/2006 | 110 | 2/6/2006 | JAN - FEB 06 | D6004445 | $1,105.00 | $ 1,105.00 | 6470526 | 2/27/06 | APPROVED-PAY IN FULL |
| 2/13/2006 | 111 | 2/13/2006 | FEB-06 | D6004576 | $500.00 | $ 500.00 | 6470526 | 2/27/06 | APPROVED-PAY IN FULL |
| 3/8/2006 | 113 | 3/8/2006 | FEB06-MAR06 | D6005501 | $1,475.00 | $ 1,475.00 | 6488653 | 3/23/06 | APPROVED-PAY IN FULL |
| 3/24/2006 | 114 | 3/24/2006 | MAR-06 | DE130295 | $1,045.00 | $ 1,045.00 | 6499441 | 4/10/06 | APPROVED-PAY IN FULL |
| 4/7/2006 | 115 | 4/14/2006 | MAR06-APR06 | DE133316 | $1,140.00 | $ 1,140.00 | 6513939 | 5/2/06 | APPROVED-PAY IN FULL |
| 5/1/2006 | 116 | 5/2/2006 | APR-06 | DE136336 | $1,145.00 | $ 1,145.00 | 6524513 | 5/22/06 | APPROVED-PAY IN FULL |
| 5/16/2006 | 117 | 5/16/2006 | MAY-06 | DE137945 | $1,160.00 | $ 1,160.00 | 6533685 | 6/5/06 | APPROVED-PAY IN FULL |
| 6/2/2006 | 118 | 6/2/2006 | MAY-06 | DE139582 | $1,505.00 | $ 1,505.00 | 6539216 | 6/14/06 | APPROVED-PAY IN FULL |
| 6/21/2006 | 119 | 6/21/2006 | JUN-06 | D6008229 | $1,540.00 | $ 1,540.00 | 6554983 | 7/10/06 | APPROVED-PAY IN FULL |
| 7/18/2006 | 120 | 7/18/2006 | JUN06-JUL-06 | DE146783 | $515.00 | | | | APPROVED-PAY IN FULL |