EXHIBIT C

## Porter, Veronica (OAG)

**From:** KDAlvarez@aol.com
**Sent:** Thursday, July 27, 2006 10:45 AM
**To:** veronica2.porter@dc.gov
**Subject:** Re: AJP reimbursements -- Laster case

Ms. Porter:

I am awaiting information from Ms. Jackson. As I recall from conversations with Ms. Jackson, the first classroom aide whom she found had informed her that she had submitted invoices to DCPS that never were paid. Reportedly, the second aide has been paid. I understand from Ms. Jackson that there were some services that she paid out of pocket. What the status of either of those is I do not know.

Karen D. Alvarez