UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, et al., :
:
    Plaintiffs :
:
    v. : Civ. Action No. 05-1875 (RMU)
:
DISTRICT OF COLUMBIA, et al., :
:
    Defendants. :

**DEFENDANTS' MOTION TO MODIFY
THE COURT'S SEPTEMBER 30, 2005 ORDER**

On September 30, 2005, with respect to Plaintiff A.J.P., this Court ordered Defendants to "pay the identified aides and service providers, within 15 days of receipt from each aide of his or her weekly invoice." Defendants, through counsel, respectfully request this Court to modify its September 30, 2005 Order and permit Defendants to pay service providers within 30 days from submission of invoices rather than 15 days. In support of this motion Defendants submit the following:

On November 8, 2004, United States District Court Judge Paul L. Friedman issued an "Order Regarding Payment for Services to Class Members" in Petties, et al., v. District of Columbia, et al., 95-148 (ECF Doc #1241), attached as *Exhibit A*. The Order applies to all vendors providing special education services, and specifies the terms and conditions for payment of special education services, including the address where invoices must be submitted, method of submission, information that must be contained on the invoices, and when Defendants must make payments. With respect to payments, the Order specifically states:

    c. Payments shall be made…***on or before the 30th day***, i.e., by the 5th or 15th of the following month (or, when the 5th or the 15th is not a business day, the first business day thereafter).

    d. Invoices not received by the 5th or 15th of the month will be processed as if received on the next invoice due date, be it the 5th or 15th. Providers have the sole discretion whether to submit any given invoice by the 5th or 15th of a month.
(Emphasis added.)

Id., p. 3. The District of Columbia Public Schools ("DCPS") provides copies of the Petties Order to all vendors doing business with DCPS.

In the instant case, services were to be provided "by service providers identified by plaintiff Leslie Jackson, provided to him [A.J.P.] at the pre-school of Mrs. Jackson's choice, and paid for by the defendant." *September 30, 2005 Order, p. 2.* Since Defendants did not know the identity of the vendors at the time the Order was issued, a copy of the Petties Order was provided to Plaintiffs' counsel, Karen Alvarez on October 3, 2005. *See Exhibit B.*

Mrs. Jackson identified Laurine Kennedy, as a service provider for A.J.P., who began submitting invoices on November 15, 2005. *See Defendants Response to Show Cause Order filed herein July 31, 2006, Exhibit B.* Ms. Kennedy's submission of her invoices appeared willy-nilly. At one point, DCPS received two invoices in one week (invoice #s 101 and 102), and two on the same day (invoice #s 103 and 104; 107 and 108). Each time, per Court order, payment was made within 15 days, rather than processing the invoices on the 5th and 15th of each month per the Petties Order. In essence, this Court's September 30, 2005 Order has singled out the service providers for A.J.P., treating them differently than all of the other vendors providing special education service to the students of the District of Columbia.

In the interest of fairness and equality, Defendants respectfully request that this Court modify its September 30, 2006 Court Order—regarding the submission of invoices and payments made—to conform with the procedures established in the November 8, 2004 Petties Order.

Plaintiffs were contacted regarding this motion and do not consent.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2


/s/  *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE COURT'S SEPTEMBER 30, 2005 ORDER**

1. Fed. R. Civ. P. 7(b).

2. <u>Petties, et al., v. District of Columbia, et al.</u>, 95-148 (ECF Doc #1241)

3. The inherent authority of this Court.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651

**July 31, 2006**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY LASTER, et al.,** : | |
| Plaintiffs : | |
| v. : | Civ. Action No. 05-1875 (RMU) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| Defendants. : | |

## ORDER

Upon consideration of Defendants' Motion to Modify the Court's September 30, 2005 Order, Plaintiffs' response, and the entire record in this proceeding, it is this

_____ day of _____, 2006:

**ORDERED**, That Defendants' Motion is GRANTED; and it is

**FURTHER ORDERED**, that service providers for A.J.P. submit invoices for services rendered by the 5th or the 15th of the month following the month in which services were provided;

**FURTHER ORDERED**, that payments of these invoices shall be made on or before the 30th day, i.e., by the 5th or 15th of the following month (or, when the 5th or the 15th is not a business day, the first business day thereafter).

_____
UNITED STATES DISTRICT JUDGE

5