EXHIBIT B

## Porter, Veronica (OAG)

**From:** Porter, Veronica (OAG)
**Sent:** Monday, October 03, 2005 10:23 AM
**To:** 'KDAlvarez@aol.com'
**Subject:** Laster-invoice payment information

Ms. Alvarez:

Attached is the address where invoices are to be sent (see p. 2), as well as other documents necessary to process invoices (new invoice form, W9, etc.).

Veronica A. Porter
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email: veronica2.porter@dc.gov

### CONFIDENTIALITY NOTICE

**This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.**

7/27/2006