IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al, )<br>)<br>)<br>)<br>    Plaintiffs, )<br>)<br>)<br>    v. )<br>)<br>DISTRICT OF COLUMBIA, et al, )<br>)<br>    Defendants. )<br>………………………………………….) | Civil Action No 5-1875(RMU) |

## DECLARATION OF KAREN D. ALVAREZ

I, Karen D. Alvarez, a citizen of the United States over the age of eighteen years, declare as follows,

1. I am counsel for the Plaintiffs in this matter and make this declaration in support of my motion for leave to withdraw my appearance as attorney for the Jackson Plaintiffs.

2. During the course of October and November 2005 the attorney-client relationship between Plaintiff Leslie T. Jackson and myself broke down. That was apparent by October 26, 2005, on which date I wrote Ms. Jackson, reviewing the issues that had by then arisen. I informed her on that date that there were few possible solutions to those issues. I advised her that she should consider retaining alternate counsel.

3. On January 16, 2006 Ms. Jackson discharged me as her attorney in the companion due process complaint, and on the following day Ms. Jackson revoked her consent to

the release of information regarding her son to me. Since that date I have been unable to conduct any independent inquiry into any matters regarding her son A. J.P.

4. I advised Ms. Jackson by letter transmitted on February 10, 2006, that I would move to withdraw as her attorney in the event that Defendants filed any motion with regard to A.J.P., in the event of any Show Cause hearing, or upon the Court's issuance of its decision on Defendants' motion to alter judgment.

5. Ms. Jackson is an attorney who was admitted to the D.C. Bar in 1994. Ms. Jackson has told me that she has represented clients in one or more trials in federal district court.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Aug. 3, 2006

(Signed electronically)
Karen D. Alvarez

2