Fax

To: Karen Alvarez
333-1546 Fax
From: Leslie Jackson

Re: Representation letter attached

Thanks —

Lee

Ex. B-1

(12)   Page 1 of 2

1/16/06

Dear Karen Alvarez, Esq.:

Thank you for your representation (brief) in/of my son's interest in the DC Public school Due Process matter.

Because of all of your emails, I was unsure about your representation of me (my son's interest) and have made other arrangements for the Due Process matter.

I am making other arrangements for the "Stay put" Federal Case. I still expect representation from you in the Federal Case (class case) in which I am a class plaintiff.

EX. B-2

Karen Alvarez - Representation Ltr.
Page 2

(13)

Thank you so much for all of your assistance in the Due Process matter before the DC Public School Student Hearing office. I look forward to your continued zealous representation in the class action lawsuit. Please keep me posted.

Sincerely,
Leslie Jackson
235 Oglethorpe St NW
Washington, DC 20011
(202) 882-5466

EX. B-3

Subj:     Re: Lawsuit and Due Process Hearing -- I need to know the status of cases an...
Date:     1/17/2006 1:30:05 PM Eastern Standard Time
From:     Ajackson235
To:       KDAlvarez

I will let you know when you can file your withdrawl notice.

I am withdrawing my disclosure of health information signed by me as of the date of my withdrawl.

Thank you in advance for all of your assistance.

-----Original Message-----
From: KDAlvarez
To: Ajackson235
Sent: Tue, 17 Jan 2006 12:35:21 PM Eastern Standard Time
Subject: Fwd: Lawsuit and Due Process Hearing -- I need to know the status of cases an...

Leslie:

I have received your letter of January 16, 2006 terminating my representation of you in the due process proceedings at the Student Hearing Office.

Please let me know whom you have retained, so that your new attorney and I can coordinate filing of notices of appearance and withdrawal at the Student Hearing Office.

Sincerely,

Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

Ex. C.

Wednesday, January 18, 2006 America Online: KDAlvarez