(5)     ' 7·06 (c)     Page 1 of 3

| | |
|---|---|
| Subj: | **Re: Lawsuit and Due Process Hearing -- I need to know the status of cases an...** |
| Date: | 1/17/2006 1:30:05 PM Eastern Standard Time |
| From: | Ajackson235 |
| To: | KDAlvarez |

I will let you know when you can file your withdrawl notice.

[ Redacted ]

I am withdrawing my disclosure of health information signed by me as of the date of my withdrawl.

Thank you in advance for all of your assistance.

-----Original Message-----
From: KDAlvarez
To: Ajackson235
Sent: Tue, 17 Jan 2006 12:35:21 PM Eastern Standard Time
Subject: Fwd: Lawsuit and Due Process Hearing -- I need to know the status of cases an...

Leslie:

I have received your letter of January 16, 2006 terminating my representation of you in the due process proceedings at the Student Hearing Office.

Please let me know whom you have retained, so that your new attorney and I can coordinate filing of notices of appearance and withdrawal at the Student Hearing Office.


Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

Wednesday, January 18, 2006 America Online: KDAlvarez     *Ex. C*