08/24/05  09:03 FAX 2027270440          SENIOR COUNSEL                            ☒001
09/23/2005  07:07   2023331546                   K D ALVAREZ                      PAGE  02/02

# Karen D. Alvarez
## Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553  
Telephone

(202) 333-1546  
Telefax

## AUTHORIZATION AND CONSENT TO RELEASE OF INFORMATION

To Whom It May Concern:

This is with regard to my son, Ari Jackson-Pitts, born August 12, 2001. I, Leslie Jackson, hereby authorize and direct you to release to my attorney, Karen D. Alvarez, or to her agent or delegate, any and all documents, reports, evaluations, assessments or other writings of any kind, including, without limitation, medical, mental health, general and special education records, however denominated, that you may have in your possession or control, relating to Ari, without regard to whether said writings were produced by you and persons under your control, or were produced by a third party. I hereby both authorize and direct you to release all such information to Ms. Alvarez, her agent or delegate, and to provide, at her request, any additional information you may have that is not reduced to writing.

With respect to any such information that may be deemed subject to the District of Columbia Mental Health Information Act, I hereby affirm that I understand that the District of Columbia Mental Health Information Act prohibits the release of mental health information without my written consent. I further understand that I may rescind this authorization for release of information at any time.

Date: 8/24/05

Leslie Jackson  
235 Oglethorpe St., N.W.  
Washington, D.C. 20011

Ex. D