IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No 5-1875(RMU) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion for leave to withdraw her appearance as attorney for plaintiffs Leslie Jackson and her son, A.J.P., the consent of Defendants thereto, and the response, if any, from plaintiff Leslie Jackson, it is hereby, this ___ day of August 2006,

**ORDERED** that the motion of Karen D. Alvarez for leave to withdraw as counsel for the Jackson plaintiffs is **GRANTED**;

**SO ORDERED**.

_____
United States District Judge