IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|         v. | ) Civ. Action No.05-1875(RMU) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## **NOTICE**

Filed herewith are confirmations and receipts of service of Counsel's motion for leave to withdraw as counsel for the Jackson Plaintiffs. They include the following: a fax transmittal confirmation, pp. 1-2; copies of e-mail transmissions, pp.3-7; and copies of a priority mail receipt for mailing, p.8.

                                      Respectfully submitted,

                                      Karen D. Alvarez
                                      D.C. Bar No. 423186
                                      1442 Foxhall Road, N.W.
                                      Washington, D.C. 20007
                                      202.333.8553
                                      202.333.1546 (Fax)