```
          TRANSMISSION VERIFICATION REPORT

                                   TIME  : 08/02/2006 12:54
                                   NAME  : K D ALVAREZ
                                   FAX   : 2023331546
                                   TEL   : 2023338553


DATE,TIME              08/02 12:49
FAX NO./NAME           7270440
DURATION               00:04:23
PAGE(S)                23
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

---

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

---

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC:  Motion for Leave to Withdraw

ENCLOSURE:

    Motion
    Memorandum
    Notice
    Certificate
    Text of Proposed Order
    Ex A through Ex. E

(1)

### Karen D. Alvarez
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC:  Motion for Leave to Withdraw

ENCLOSURE:

    Motion
    Memorandum
    Notice
    Certificate
    Text of Proposed Order
    Ex A through Ex. E

DATE: 8/3/ 2006

Number of Pages: 23, including coversheet

| | |
|---|---|
| Subj: | **Motion to Withdraw** |
| Date: | 8/3/2006 2:32:37 PM Eastern Standard Time |
| From: | KDAlvarez |
| To: | Ajackson235 |
| File: | **Jackson Motion Withdraw.pdf** (106487 bytes) DL Time (52000 bps): < 1 minute |

Ms. Jackson:

Attached is a PDF document containing my Motion, Memorandum, Notice, and certificate. The foregoing were telefaxed to you at your office at 1:49 this afternoon. These copies are provided to assure that you have immediate access to them.

Sincerely,

Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

| | |
|---|---|
| Subj: | **Motion to Withdraw Ex. A** |
| Date: | 8/3/2006 3:41:45 PM Eastern Standard Time |
| From: | KDAlvarez |
| To: | Ajackson235 |
| File: | **Jackson Ex A Declaration KDA.pdf** (83888 bytes) DL Time (52000 bps): < 1 minute |

Ms. Jackson:

Attached as a PDF document is Ex A to my motion to withdraw.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

| | |
|---|---|
| Subj: | **Motion to Withdraw Ex B** |
| Date: | 8/3/2006 3:43:37 PM Eastern Standard Time |
| From: | KDAlvarez |
| To: | Ajackson235 |
| File: | **Jackson Ex. B Jan 16 Termination Let.pdf** (128268 bytes) DL Time (52000 bps): < 1 minute |

Ms. Jackson:

Attached as a PDF document is Ex B to my motion to withdraw.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

⑤

| | |
|---|---|
| Subj: | **Motion to Withdraw Ex C** |
| Date: | 8/3/2006 3:44:58 PM Eastern Standard Time |
| From: | KDAlvarez |
| To: | Ajackson235 |
| File: | **Jackson Ex C Revocation Consent.pdf** (33228 bytes) DL Time (52000 bps): < 1 minute |

Ms. Jackson:

Attached as a PDF document is Ex C to my motion to withdraw.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)



| | |
|---|---|
| Subj: | **Motion to Withdraw Ex D** |
| Date: | 8/3/2006 3:46:31 PM Eastern Standard Time |
| From: | KDAlvarez |
| To: | Ajackson235 |
| File: | **Jackson Ex D 8-24 Consent.pdf** (43838 bytes) DL Time (52000 bps): < 1 minute |

Ms. Jackson:

Attached as a PDF document is Ex D to my motion to withdraw.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

(7)

**Karen D. Alvar**[cut off]
**Attorney at Law**
**1442 Foxhall Road,**
**Washington, D.C. 2**[cut off]

(202) 333-8553
Telephone

August 3[,] 2006

Ms. Leslie T. Jackson
235 Oglethorpe Street, N.W.
Washington, D.C. 20011

              Re: Laster et al v. D[cut off]
              Motion for Leave to [cut off]

Dear Ms. Jackson:

As you know from my telefax to you of 1:49 [cut off]
for leave to withdraw my appearance as you [cut off]
action, as I informed you that I would do in [cut off]
2006. I am enclosing here hard copies of the [cut off]
already by fax. They are the following docu[cut off]

        1-Motion;
        2-Memorandum[cut off]
        3-Notice;
        4-Certificate;
        5-Text of Proposed Ord[cut off]
        6-Ex A through Ex. E.

Please take note of the information contai[cut off]
the actions that you must take in respons[cut off]
withdraw. Also enclosed is a compact disc [cut off]
correspondence.

I anticipate filing with the Court a motion [cut off]
which to respond to Defendants' Respons[cut off]
show cause and to Defendants' motion to [cut off]
copies of which I faxed to you on June 1. [cut off]
allow you time to enter your appearance and respond on your own
behalf, or to make alternate arrangements. I will <u>not</u> be filing responses
on your behalf to Defendants' filings unless I am ordered to do so by
Judge Urbina.



                              Sincerely,

                              Karen D. Alvarez