IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|         v. | ) Civ. Action No.05-1875(RMU) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## **ERRATA**

Filed herewith is Exhibit E to Counsel's motion for leave to withdraw her appearance as counsel for the Jackson Plaintiffs, which was inadvertently omitted from her earlier posting on the ECF system.

                                  Respectfully submitted,

                                  Karen D. Alvarez
                                  D.C. Bar No. 423186
                                  1442 Foxhall Road, N.W.
                                  Washington, D.C. 20007
                                  202.333.8553
                                  202.333.1546 (Fax)