```
           TRANSMISSION VERIFICATION REPORT

                                          TIME : 02/09/2006 10:41
                                          NAME : K D ALVAREZ
                                          FAX  : 2023331546
                                          TEL  : 2023338553


 DATE,TIME          02/09  10:40
 FAX NO./NAME       7270440
 DURATION           00:01:33
 PAGE(S)            05
 RESULT             OK
 MODE               STANDARD
                    ECM
```

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553                                               (202) 333-1546
Telephone                                                    Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Leslie Jackson
    727-0440

RE: District Court Action

DATE: 2/10/ 2006

Number of Pages: 5, including coversheet

Ex E-1

E-2

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

February 9, 2006

BY FAX
Ms. Leslie Jackson
202-727-0440

Dear Leslie:

[ Redacted ]

E-2

[ Redacted ]

[ Redacted ]

can not continue to represent you in the action in federal district court. I can not function professionally in the circumstances delimited, among other factors, by your decisions to deprive me of any mechanism for obtaining the facts that I need in order to perform my responsibilities or to make decisions on a reasonably adequate factual basis.

I assume that the Court will soon issue its decisions on the pending motions. I will plan on withdrawing when the Court does so. In the event that there are intervening motions filed by Defendants, I may be forced to withdraw earlier. Similarly, if the Court were to order a hearing on the contempt motion, rather than issue a decision on that motion, I would have to withdraw before that hearing.

In one of your telephone messages of yesterday, you referred to the case before J. Urbina as a "class action." In considering matters of substitution of counsel you will wish to note that the case before J. Urbina is not a class action. Now that you have retained counsel to handle Ari's case before the Student Hearing Office, you have a

3

E-4

representative who could quickly step in to replace me as your counsel in the district court procceding. Alternatively, you could represent yourself in the district court proceeding. I hope that substitution of counsel can be handled as simply as possible.

[Redacted]

Sincerely,

*Karen D. Alvarez*

Karen D. Alvarez

4

E-5