**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | |
|---|---|
| **BETTY LASTER, et al,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>)<br>**v.** )<br>)<br>**DISTRICT OF COLUMBIA, et al,** )<br>)<br>**Defendants.** )<br>.....................................................) | **Civil Action No 5-1875(RMU)** |

**CONSENT MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND**
**TO DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE AND TO**
**RESPOND TO DEFENDANTS MOTION TO MODIFY**


The Jackson Plaintiffs move, pursuant to Rule 6(b) of the Federal Rules of Civil

Procedure. to enlarge the time within which to respond to Defendants' Response to this

Court's Order to Show Cause and to respond to Defendants' Motion to Modify this

Court's September 2005 Order. Defendants have consented to a three week in order to

permit the Jackson Plaintiffs time to seek alternate representation in the event that this

Court grants the motion of the attorney for the Jackson Plaintiffs for leave to withdraw

her appearance.

The grounds for this motion are set forth in the accompanying memorandum of

points and authorities.

Respectfully submitted,


Karen D. Alvarez

Attorney for Plaintiffs
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BETTY LASTER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )**Civil Action No. 05-1875 (RMU)** |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## MEMORANDUM OF POINTS AND AUTHORTIES IN SUPPORT OF CONSENT MOTION TO ENLARGE TIME

Plaintiffs have moved, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to enlarge, by three weeks, the time within which to respond to Defendants' filings of July 31, 2006.  On August 3, 2006 the attorney for the Jackson plaintiffs filed her motion for leave to withdraw her appearance as their attorney. The Court has not yet decided that motion. In order to permit the Jackson plaintiffs time within which to retain alternate counsel, in the event that the Court grants their attorney's motion, and for alternate counsel to respond, if desired, to Defendants' filings,   Defendants have consented to a three week extension of time for the Jackson plaintiffs to respond.

Respectfully submitted,


Karen D. Alvarez
Attorney for Plaintiffs
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)