IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY LASTER, et al,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA, et al,** )<br>)<br>**Defendants.** )<br>...................................................) | Civil Action No 5-1875(RMU) |

### ORDER

Plaintiffs and Defendants having agreed to a three week enlargement of time within which to respond to Defendants' Motion to Modify the Court's September 30, 2005 Order and to respond to Defendants' Response to this Court's Order to Show Cause, it is this ___ day of August , 2006, hereby

**ORDERED** that the Jackson plaintiffs shall respond to the above-referenced pleadings on or before August 31, 2006**.**

**SO ORDERED.**

United States District Judge