RECEIVED

AUG 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

BETTY LASTER, et al., :
:
Plaintiffs :
: Civil Action No. 05-1875 (RMU)
v. :
:
DISTRICT OF COLUMBIA, et. al. :
:
Defendants. :

## OPPOSITION TO KAREN ALVAREZ'S MOTION
## TO WITHDRAW AS COUNSEL

Plaintiff, Leslie Jackson for AJP, opposes counsel Karen Alvarez's motion for withdrawal as counsel. While it is true, Ms. Jackson sought other counsel for the Student Hearing component of AJP's claim for a variety of reasons, which resulted in Ms. Jackson withdrawing Ms. Alvarez's right to obtain health and information concerning AJP. Ms. Jackson is a member or the Bar and as a fellow attorney does not feel comfortable disclosing the reasons for the termination of Ms. Alvarez's status as attorney for the Student Hearing complaint.

Ms. Alvarez was not terminated as attorney in this case because the case is ongoing and AJP's rights may be prejudiced. Ms. Alvarez wanted to withdraw as counsel in this case after several issues arose which resulted in the termination of representation in the Student Hearing complaint. Ms. Alvarez was informed that Ms. Jackson would oppose the motion in this Court.

Recently, the Court ruled on Defendants motion to alter the judgment. Ms. Jackson received correspondence from Alvarez which did not indicate her desire to withdraw now. *See Exhibit 1.* In fact, Ms. Alvarez requested information from Ms.

Jackson to respond to current matters in Court. *See Exhibit 2.* Ms. Alvarez never mentioned she could not receive information necessary to satisfy Rule 11 for AJP. Ms. Jackson will permit Ms. Alvarez to verify any information that she deems necessary for her to feel comfortable with Rule 11. *See Exhibit 3.* That should satisfy any reservations or issues with representation.

To permit Ms. Alvarez to withdraw as counsel now would prejudice AJP and the case. While Ms. Jackson is an attorney who has trial experience, she is not an education attorney. It would not be prudent for Ms. Jackson to represent herself via her child in this case, as AJP is a special needs child and Ms. Jackson is his mother providing daily care and assistance. Ms. Alvarez indicated to Ms. Jackson Defendants request to file a motion to extend the time for payment under the Court Order. *See Exhibit 4.* AJP request the Court to deny Ms. Alvarez's Motion to Withdraw and order her to continue representation until the case is concluded or if not, to permit Ms. Jackson time to obtain substitute counsel.

Respectfully submitted,

Leslie Jackson, *pro se*
235 Oglethorpe Street, N.W.
Washington, D.C. 20011
(202) 882-5466

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing opposition to counsel's motion to withdraw was faxed on August 3, 2006 and mailed to Karen Alvarez on August 4, 2006.

Leslie Jackson

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

BETTY LASTER, et al.,          :
                               :
   Plaintiffs                  :
                               : Civil Action No. 05-1875 (RMU)
   v.                          :
                               :
DISTRICT OF COLUMBIA, et. al.  :
                               :
   Defendants.                 :

## ORDER

Upon consideration of the motion for leave to withdraw as counsel for AJP and Leslie Jackson and AJP's opposition there to, it is this _____ day of August 2006

**ORDERED** the motion is **DENIED.**

**SO ORDERED.**

_____
United States District Judge

**Copies to:**

Leslie Jackson
235 Oglethorpe Street, N.W.
Washington, D.C. 20011

Karen Alvarez, Esquire
1442 Foxhall Road, N.W.
Washington, D.C. 20007