EXHIBIT 1

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC: Order to Show Cause

MESSAGE: Thank you for your letter of yesterday. If you paid out of pocket for services for AJP (under the Stay Put Order) and you wish to be reimbursed, please provide a statement containing the following information:

1) amount paid
2) name of provider to whom payment made
3) type of service provided by that provider
4) number of sessions of service
5) dates or approximate dates that the services were provided.

If you know of service providers who submitted invoices to DCPS and who reported to you that they had not been paid (such as AJP's 1st classroom aide), please provide:

1) name
2) type of service performed
3) approximate dates of service

This information will be needed by 7/30, if you wish to proceed.

DATE: 7/27/ 2006

## Number of Pages: 1, including coversheet

EXHIBIT 2

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
### NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC: Order to Show Cause

MESSAGE:

Enclosure: Email from DC counsel of today. Please advise.

DATE: 7/27/ 2006

Number of Pages: 2, including coversheet

EXHIBIT 3

| | |
|---|---|
| Subj: | **AJP reimbursements -- Laster case** |
| Date: | Thursday, July 27, 2006 7:23:17 AM |
| From: | veronica2.porter@dc.gov |
| To: | KDAlvarez@aol.com |

Karen-OCFO has been unable to find records of invoices submitted on behalf of Ari Jackson Pitts re services provided as part of his Transitional Plan and the 2004 IEP. Were the invoices submitted under the mother's name, Leslie Jackson? Do you remember when they were submitted, to whom, and who the providers were? I will have OCFO conduct a second search for the records with any additional information you can provide.

Also, in case OCFO is still unable to find any records, please send copies (by email or fax) directly to me. I will promptly submit the invoices to the appropriate person at OCFO so the payments are expedited.

Thank you.

Veronica A. Porter
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email:  veronica2.porter@dc.gov

## CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.



```
                         ********************
                         ***   TX REPORT   ***
                         ********************


         TRANSMISSION OK

         TX/RX NO              1985
         CONNECTION TEL                   93331546
         SUBADDRESS
         CONNECTION ID
         ST. TIME             07/27 11:21
         USAGE T              00'42
         PGS. SENT              2
         RESULT               OK
```

EXHIBIT 4

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
**Telephone**

**(202) 333-1546**
**Telefax**

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC: Order to Show Cause

Enclosures:
1) Order Denying Reconsideration (7/17/06)
2) Memorandum Opinion

DATE: 7/26/ 2006

Number of Pages: ___, including coversheet

EXHIBIT 5

| | |
|---|---|
| Subj: | **Activity in Case 1:05-cv-01875-RMU LASTER et al v. DISTRICT OF COLUMBIA et al "Set Deadlines/Hearings"** |
| Date: | 7/26/2006 8:37:15 AM Eastern Standard Time |
| From: | DCD_ECFNotice@dcd.uscourts.gov |
| To: | DCD_ECFNotice@dcd.uscourts.gov |

Sent from the Internet (Details)

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from jwd, entered on 7/26/2006 at 8:35 AM and filed on 7/26/2006
**Case Name:**     LASTER et al v. DISTRICT OF COLUMBIA et al
**Case Number:**    1:05-cv-1875
**Filer:**
**Document Number:**

**Docket Text:**
Set Deadlines/Hearings: Defendants shall Show Cause due by 7/31/2006, as to why they should not be held in contempt.. (jwd)

The following document(s) are associated with this transaction:

**1:05-cv-1875 Notice will be electronically mailed to:**

Karen D. Alvarez    KDAlvarez@aol.com.

Veronica A. Porter    veronica2.porter@dc.gov, edward.taptich@dc.gov

Edward P. Taptich    edward.taptich@dc.gov

**1:05-cv-1875 Notice will be delivered by other means to:**

EXHIBIT 6

Subj:    **Laster case--AJP**
Date:    7/26/2006 9:37:24 AM Eastern Standard Time
From:    veronica2.porter@dc.gov
To:      KDAlvarez@aol.com
Sent from the Internet (Details)

In light of the Court's show cause order please provide an accounting of the amounts due for services provided to AJP pursuant to his Transitional Plan and 2004 IEP. At the time you filed the show cause motion the only invoice you informed us that had been submitted was invoice #76854 from the National Speech/Language Therapy Center filed on 10/17/05 with the CFO. If other invoices were submitted after that date, please let me know ASAP.

Meanwhile, I have also asked the CFO to search their records for submissions on behalf of AJP and to make payments ASAP. I intend to cross reference your list with the information the CFO finds, in order to make sure all payments are made.

Please provide info ASAP as I have been ordered to show cause by 7/31/06.

Thank you.

Veronica A. Porter
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email: veronica2.porter@dc.gov

## CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this mesage in error, please notify the sender immediately by e-mail and delete all copies of the message.

Wednesday, July 26, 2006 America Online: KDAlvarez

EXHIBIT 7

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553                                            (202) 333-1546
Telephone                                                Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC: Order to Show Cause

Enclosures:
    1) Order to Show Cause
    2) Porter Letter

MESSAGE:

If there are any other invoices submitted on AJP's behalf and not yet paid, please advise me.

DATE: 7/26/ 2006

Number of Pages: 3, including coversheet

EXHIBIT 8

8/2/06

To: Karen Alvarez, Esq.

From: Leslie Jackson

Re: Statement from Ari Jackson — Pitt's aide.

I just received this statement from Ari's aide concerning the payment history of DCPS. As you will see, DCPS has not paid on time.    Thanks —

Leslie

Laurine Kennedy
428 Ridge Rd. SE #206
Washington, DC 20019

To Whom It May Concern:

I currently work with Leslie Jackson's son at Bridges Public Charter School. I am paid by the District of Columbia Public Schools (DCPS). I submit invoices to Mr. Habib Samuels, Accounts Payable Technician for Special Education with DCPS that are to be paid within fifteen days of receiving the invoice. I would like it to be known that I would have great concerns about switching to being paid after thirty days. My concern stems from the fact that I have only been paid three times (out of twenty-one) on time. There have been two times that I was paid far after the fifteen-day window (twenty-three and thirty-days respectively).

Commonly, I am paid within seventeen to twenty days after submitting the invoice. I sincerely believe I am paid this consistently, because I take it upon myself to call Mr. Samuels (and Mr. Gregory Hall who is in the office that is responsible for verifying submitted invoices) a few days after I submit each invoice to see where it is in the process.

I have adopted this practice because the few times I have neglected to call, payment has taken longer. My experience has led me to believe that allowing DCPS to pay my invoices within a thirty-day window would simply mean that they have a longer period to allow my invoice to sit. From the similar explanation of the process by both Mr. Hall and Mr. Samuels, it is my opinion that my invoice simply sits on desks and that what each office is required to do is not excessively lengthy. I understand that I am part of a special case, but Mr. Samuels has stated that I am "the only one" that is part of a different court order. Therefore, I think it is not that difficult to make the exception for me.

To expedite the process or try to make it easier, I have even volunteered to use some type of specialty paper or a color that stands out to sort of flag my invoices for special attention. This received no response, so I have not done so. I further believe that given the history, they still would not comply with that deadline.

Sincerely,

Laurine Kennedy

TIME : 08/02/2006 15:47

```
DATE,TIME                08/02 15:46
FAX NO./NAME             3331546
DURATION                 00:01:00
PAGE(S)                  02
RESULT                   OK
MODE                     STANDARD
                         ECM
```

EXHIBIT 9

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC:  Motion for Leave to Withdraw

ENCLOSURE:

> Motion
> Memorandum
> Notice
> Certificate
> Text of Proposed Order
> Ex A through Ex. E

DATE: 8/3/ 2006

Number of Pages: 23, including coversheet

**LESLIE JACKSON**
235 Oglethorpe Street, N.W.
Washington, D.C. 20011
(202) 882-5466 (home)
(202) 727-2744 (work)
(202) 368-8608 (cell)

August 3, 2006

Karen Alvarez, Esquire
1442 Foxhall Road, N.W.
Washington, D.C. 20007

Re:    Ari Jackson-Pitts

Dear Karen:

Please accept this letter as authorization for release of information concerning Ari
Jackson-Pitts necessary for your representation.

Thank you.

Sincerely

Leslie Jackson