Subj: **Opposition to Porter Motion to Extend Payment Timelines, Cont'd**
Date: Friday, July 28, 2006 2:32:20 PM
From: KDAlvarez
To: Ajackson235

Ms. Jackson:

I will not make representations on your behalf without a supporting declaration from you or your vendors. I will need that in hand by COB on 8/3.

Sincerely,
Karen D. Alvarez