aolrich://2060691032/

Subj: **Re: Declaration, Invoices**
Date: Thursday, December 1, 2005 7:49:03 AM
From: Ajackson235
To: KDAlvarez

Hi Karen,

I sent you faxes which indicated that the statement from DCPS is enough for the judge to order payment of any invoice outstanding beyond 15 days, which will compensate for any in pipeline and not yet 15 days overdue.

I don't have invoices to submit. Please file the motion right away with statement from DCPS.

[ Redacted ]

-----Original Message-----
From: KDAlvarez
To: Ajackson235
Sent: Fri, 25 Nov 2005 3:28:54 PM Eastern Standard Time
Subject: Declaration, Invoices

Leslie,

Will you be faxing your declaration and the invoices today?

Karen

1 of 1

12/2/05 11:34 AM