Leslie Jackson
235 Oglethorpe Street, N.W.
Washington, D.C. 20011
(202) 368-8608

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | Karen Alvarez, Esquire | Fax: | (202) 333-1546 |
| From: | Leslie Jackson | Date: | 8/3/2006 |
| Re: | Ari Jackson-Pitts | Pages: | 13 |
| CC: | | | |

X Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Notes:

Opposition to your motion to
withdraw and Exhibit 7, release
of Information.