IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|        v. | ) Civ. Action No.05-1875(RMU) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## **NOTICE**

Filed herewith are receipts or confirmations of service upon Plaintiff Leslie T. Jackson, of Counsel's Reply to the Jackson Plaintiffs' Opposition to Counsel's Motion for Leave to Withdraw.

                          Respectfully submitted,

                          Karen D. Alvarez
                          D.C. Bar No. 423186
                          1442 Foxhall Road, N.W.
                          Washington, D.C. 20007
                          202.333.8553
                          202.333.1546 (Fax)