```
                  PALISADES
      WASHINGTON, District of Columbia
                  200163316
              1050050260 -0097
08/09/2006    (202)842-2291    04:52:49 PM

                  Sales Receipt
                    Sale  Unit        Final
Product             Qty   Price       Price
Description

WASHINGTON DC 20011                   $4.05
Priority Mail
  4.10 oz.
Delivery Confirmation                 $0.50
Label #:       03041560000239083710
                                      ========
Issue PVI:                            $4.55

Total:                                $4 55

Pai...
```

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER:
0300 1560 0000 2390 8371 0

(Please Print Clearly)
Leslie T. Jackson
235 Oglethorpe St. NW
Washington DC
20011

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[✓] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel
    (See Reverse)

PS Form 152, May 2002



| | |
|---|---|
| Subj: | **Reply to Opposition to Withdraw** |
| Date: | 8/9/2006 5:40:00 PM Eastern Standard Time |
| From: | KDAlvarez |
| To: | Ajackson235 |
| File: | **Jackson Reply to Opp to Withdraw 2.pdf** (138011 bytes) DL Time (50666 bps): < 1 minute |

Ms. Jackson:

Attached as a PDF document is a copy of my Reply to your Opposition.

Sincerely,

Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

Subj:     **Exhibits A, B & C to Reply to Opposition to Withdraw**
Date:     8/9/2006 5:48:48 PM Eastern Standard Time
From:     KDAlvarez
To:     Ajackson235
File:     **Ex.ZIP** (47467 bytes) DL Time (50666 bps): < 1 minute

Ms. Jackson:

Attached as PDF documents are Exhibits A, B & C.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

```
TRANSMISSION VERIFICATION REPORT
```

```
                                        TIME  : 08/08/2006 15:26
                                        NAME  : K D ALVAREZ
                                        FAX   : 2023331546
                                        TEL   : 2023338553
```

```
     DATE,TIME              08/08  15:23
     FAX NO./NAME           7270440
     DURATION               00:03:00
     PAGE(S)                14
     RESULT                 NG
     MODE                   STANDARD
                            ECM
```

NG: POOR LINE CONDITION

### Karen D. Alvarez
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553                                   (202) 333-1546
Telephone                                         Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC:  Motion to Withdraw; Counsel's Reply

ENCLOSURE:

    Reply
    Ex. A, B, C

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────┘
                                    TIME : 08/08/2006 16:27
                                    NAME : K D ALVAREZ
                                    FAX  : 2023331546
                                    TEL  : 2023338553
```

```
┌────────────────────────────────────────────────────────────────────┐
│  DATE,TIME             08/08  16:27                                   │
│  FAX NO./NAME          7270440                                        │
│  DURATION              00:00:00                                       │
│  PAGE(S)               00                                             │
│  RESULT                BUSY                                           │
│  MODE                  STANDARD                                       │
└────────────────────────────────────────────────────────────────────┘
```

BUSY: BUSY/NO RESPONSE

## Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC:  Motion to Withdraw; Counsel's Reply

ENCLOSURE:

    Reply
    Ex. A, B, C

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME  : 08/08/2006 16:56
NAME  : K D ALVAREZ
FAX   : 2023331546
TEL   : 2023338553
```

```
DATE,TIME          08/08  16:56
FAX NO./NAME        7270440
DURATION           00:00:00
PAGE(S)            00
RESULT             BUSY
MODE               STANDARD
```

BUSY: BUSY/NO RESPONSE

### Karen D. Alvarez
#### Attorney at Law
#### 1442 Foxhall Road, N.W.
#### Washington, D.C. 20007

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC:  Motion to Withdraw; Counsel's Reply

ENCLOSURE:

> Reply
> Ex. A, B, C

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 08/08/2006 20:55
                                    NAME : K D ALVAREZ
                                    FAX  : 2023331546
                                    TEL  : 2023338553
```

```
DATE,TIME              08/08  20:55
FAX NO./NAME           7270440
DURATION               00:00:00
PAGE(S)                00
RESULT                 BUSY
MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE

## Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

**(202) 333-8553**
**Telephone**

**(202) 333-1546**
**Telefax**

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC:  Motion to Withdraw; Counsel's Reply

ENCLOSURE:

    Reply
    Ex. A, B, C

(1)

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 08/09/2006 07:27
                                    NAME  : K D ALVAREZ
                                    FAX   : 2023331546
                                    TEL   : 2023338553
```

```
DATE,TIME          08/09  07:27
FAX NO./NAME       7270440
DURATION           00:00:00
PAGE(S)            00
RESULT             BUSY
MODE               STANDARD
```

BUSY: BUSY/NO RESPONSE


### Karen D. Alvarez
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553                                    (202) 333-1546
Telephone                                          Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson


RE:  Laster et al v. DC:  Motion to Withdraw; Counsel's Reply

ENCLOSURE:

    Reply
    Ex. A, B, C



```
          TRANSMISSION VERIFICATION REPORT

                                       TIME  : 08/09/2006 10:55
                                       NAME  : K D ALVAREZ
                                       FAX   : 2023331546
                                       TEL   : 2023338553


  DATE,TIME              08/09  10:52
  FAX NO./NAME           7270440
  DURATION               00:03:47
  PAGE(S)                16
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
**Telephone**

**(202) 333-1546**
**Telefax**

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Leslie Jackson

RE:  Laster et al v. DC:  Motion to Withdraw; Counsel's Reply

ENCLOSURE:

   Reply
   Ex. A, B, C

(9)