IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|         v. | ) Civ. Action No.05-1875(RMU) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## NOTICE

Filed herewith is the confirmation of mailing of the Motion of counsel for the Jackson Plaintiffs for leave to file documents under seal, which was filed today with the Clerk of the Court.

                          Respectfully submitted,

                          Karen D. Alvarez
                          D.C. Bar No. 423186
                          1442 Foxhall Road, N.W.
                          Washington, D.C. 20007
                          202.333.8553
                          202.333.1546 (Fax)