IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, et al,

Plaintiffs,

v.

DISTRICT OF COLUMBIA, et al,

Defendants.

Civil Action No 5-1875(RMU)

**MOTION OF ATTORNEY FOR THE JACKSON PLAINTIFFS FOR LEAVE TO FILE UNDER SEAL**

The Attorney for the Jackson Plaintiffs move

...l Rule 5.1 (j)

ising Appen

easons and

)ints and aut

Respect

Karen I
Attorne
D.C. Ba
1442 Fo
Washin
(202) 3
202-33

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

DELIVERY CONFIRMATION NUMBER: 0305 2710 0002 9740 0923

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly) Leslie T. Jackson
235 Oglethorpe St. NW
Washington DC 20011

Postmark Here

18

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

- [x] Priority Mail™ Service
- [ ] First-Class Mail® parcel
- [ ] Package Services parcel

PS Form 152, May 2002 (See Reverse)

CABIN JOHN POST OFFICE
CABIN JOHN, Maryland
208189998
1050050818 -0097
08/18/2006 (301)229-6977 01:58:14 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20011 Priority - Flat Rate Env 1 lb. 0.30 oz. | | | $4.05 |
| Delivery Confirmation Label #: 03052710000297400923 | | | $0.50 |
| Issue PVI: | | | $4.55 |
| Total: | | | $4.55 |

Paid by:
Visa $4.55
Account #: XXXXXXXXXXXX9350
Approval #: 767952
Transaction #: 991
23 902890284

Bill#: 1000301473004
Clerk: 10

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy