IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, et al, )
)
)
)
Plaintiffs, ) Civil Action No 5-1875(RMU)
)
)
v. )
)
DISTRICT OF COLUMBIA, et al, )
)
Defendants. )
..................................................)

**MOTION OF ATTORNEY FOR THE JACKSON PLAINTIFFS FOR
LEAVE TO FILE UNDER SEAL**

The Attorney for the Jackson Plaintiffs move

Rule 5.1 (j)

ising Appen

easons and

ints and aut

Respect

Karen I
Attorne
D.C. Ba
1442 Fc
Washin
(202) 3:
202-33:

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Leslie T. Jackson
235 Oglethorpe St. NW
Washington DC 20011

DELIVERY CONFIRMATION NUMBER: 0305 2730 0002 9740 0

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002 (See Reverse)

---

CABIN JOHN POST OFFICE
CABIN JOHN, Maryland
208189998
1050050818 -0097
08/18/2006    (301)229-6977    01:58:14 PM

-------- Sales Receipt --------
Product         Sale  Unit    Final
Description     Qty   Price   Price

WASHINGTON DC 20011                $4.05
Priority - Flat Rate
Env
1 lb. 0.30 oz.
Delivery Confirmation              $0.50
Label #:        03052710000297400923
                                ========
Issue PVI:                         $4.55

Total:                             $4.55

Paid by:
Visa                               $4.55
  Account #:     XXXXXXXXXXXX9350
  Approval #:    767952
  Transaction #: 991
  23 902890284

Bill#: 1000301473004
Clerk: 10

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.
              Customer Copy