UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| BETTY LASTER *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 05-1875 (RMU) |
| | : | | |
| v. | : | Document No.: | 36 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

**GRANTING THE DEFENDANTS' MOTION TO MODIFY THE COURT'S
SEPTEMBER 30, 2005 ORDER**

On September 30, 2005, the court ordered the defendants to pay plaintiff A.J.P.'s "identified aides and services providers within 15 days of receipt from each aide of his or her weekly invoice." Order (Sept. 30, 2005). The defendants now move the court for permission to pay the service providers within 30 days from the submission of invoices, in accordance with Judge Friedman's Order Regarding Payment for Services to Class Members in the case *Petties et al. v. District of Columbia et al.*[1] Defs.' Mot. at 1. Judge Friedman's order applies to all vendors providing special education services to students in the District of Columbia Public Schools ("DCPS"). *Id.* Indeed, DCPS "provides copies of the *Petties* Order to all vendors doing business with DCPS." *Id.* at 2.

Pursuant to the *Petties* order, special education service providers are to submit invoices by the 5th or 15th of the month following the month in which the services were provided.

---

[1] The court notes that Judge Friedman issued the *Petties* order on November 8, 2004 and that this court issued its order regarding payments for plaintiff A.J.P.'s service providers on September 30, 2005. That is, although the defendants were aware of the *Petties* order before this court issued its September 30, 2005 order, the defendants waited almost a year to move for modification of this court's order.

Further, Judge Friedman's order requires the defendants to make payments on the invoices on or before the 5th or 15th of the month following the month in which the service provider submits the invoice. *Id.* at 2.

According to the defendants, this court's September 30, 2005 order creates special procedures for A.J.P.'s service providers. Because the *Petties* Order has already established a procedure for paying special education service providers and because streamlining the payment procedures for DCPS is in the interest of efficiency, the court concludes that good cause exists to grant the defendants' motion. Accordingly, it is this 10th day of October 2006, hereby

**ORDERED** that the defendants' motion to modify the court's September 30, 2005 order is **GRANTED**, and it is

**FURTHER ORDERED** that service providers for A.J.P. submit invoices for services rendered by the 5th or 15th of the month following the month in which services were provided; and it is

**ORDERED** that the defendants pay the invoices on or before the 30th day, *i.e.*, by the 5th or 15th of the following month (or, when the 5th or 15th is not a business day, the first business day thereafter).

**SO ORDERED**.

RICARDO M. URBINA  
United States District Judge