UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., | : |
| Plaintiffs | : |
| v. | : Civ. Action No. 05-1875 (RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs T.L., his grandmother and next friend Betty Laster, C.A., her mother and next friend Chanda Alston, represented by Karen Alvarez, and Defendant District of Columbia, represented by Veronica Porter, respectfully file this Stipulation of Dismissal in the above-captioned case.

Respectfully submitted,

LINDA SINGER
Attorney General for the
 District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

2

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov
**ATTORNEYS FOR DEFENDANT**

/s/ *Karen D. Alvarez*_____
KAREN D. ALVAREZ (423186)
1442 Foxhall Road, N.W.
Washington, D.C.  20007
(202) 333-8553
(202) 333-1546
 kdalvarez@aol.com
 **ATTORNEY FOR PLAINTIFFS**

**April 23, 2007**