UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., | : |
| Plaintiffs | : |
| v. | : Civ. Action No. 05-1875 (RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's May 28, 2008 Minute Order, Defendant District of Columbia, through counsel, respectfully submits this Status Report. [1] [2]

## FACTUAL BACKGROUND

On September 30, 2005, this Court ordered Defendants to "fund all related services and supplemental aids on the plaintiff A.J.P's April 9, 2004 Transition Plan and August 12, 2004 IEP, including speech therapy, occupational therapy, assistive technology, sign language instruction, behavioral management services and a full-time, one-on-one dedicated aide, until the plaintiff's administrative due process complaint is decided and any appeal therefrom is concluded." Initially, providers were to be paid within 15 days of receipt of their invoice. However, the Court modified this Order on

---

[1] Plaintiffs Betty Laster, T.L., Chanda Alston, and C.A., together with Defendants filed a Stipulation of Dismissal on April 23, 2007.

[2] The Court ordered the parties to submit a Joint Status Report. Undersigned counsel spoke to Leslie Jackson, who is representing herself and her son, AJP, *pro se,* provided a copy of this report to Ms. Jackson, and asked Ms. Jackson to provide her input by 2:00 p.m. on June 9, 2008, so the Status Report could be timely filed. Ms. Jackson has not responded with her input.

October 10, 2006, allowing vendor payments to be made in accordance with the Petties Order; i.e., "service providers for A.J.P. submit invoices for services rendered by the 5th or 15th of the month following the month in which services were provided…defendants pay the invoices on or before the 30th day, *i.e.*, by the 5th or 15th of the following month."

## CURRENT STATUS

**Defendants' Position**

There were some problems with vendor payments prior to January, 2007, because DCPS was unable to link the services provided by those vendors to A.J.P. To correct the problem, the Office of the Chief Financial Officer ("OCFO") for DCPS was provided a copy of the Court's September 30, 2005 Order, as well as a list of the vendors submitted by Ms. Jackson. The vendors also received instructions, per the Petties Order, on how to properly submit their invoices.

DCPS' records show that AJP currently has two vendors who are providing services for him: Melanie Davis, who provides specialized instruction and acts as a dedicated aide, and Marcy Berger, who provides occupational therapy services. Both vendors are being timely paid. *See* Def. Exhibit I, Vendor Transaction Inquiry for Melanie Davis showing payments from November, 2007 through May, 2008, and Def. Exhibit II, Vendor Transaction Inquiry for Marcy Berger showing payments from October, 2007 through May, 2008. In addition, there are no pending administrative actions for A.J.P.

Since A.J.P.'s vendors are being paid, and Ms. Jackson reports that A.J.P. is being home schooled and is progressing academically, Defendants believe it is appropriate that this action be closed at this time.

        Respectfully submitted,

        PETER J. NICKELS
        Interim Attorney General for the
          District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov
        **ATTORNEYS FOR DEFENDANTS**

**June 9, 2008**