Def. Exhibit I

```
S085 V2.1    PRD    DISTRICT OF COLUMBIA R*STARS 2.1       06/04/08 09:39 AM
LINK TO:              VENDOR TRANSACTION INQUIRY              DSNF

VEND NO/MC: 1579081714   AGY: GA0  DOC TYPE: DE  INV#:
VEND NAME: MELANIE DAVIS
REC TYPE: A  APPR FUND:    FUND:     EFF DATE RANGE:    TO 060408

DOC NO / SFX  REF DOC/SFX  INVOICE #  TC PDT PMT-#   DATE   APPR DT
   AGY AP FUND  FUND  INDEX   PCA   AY  COBJ  AOBJ     TRANS AMT  R
DE228697 001 SPEC ED 1  12/24-12/28/07 222 00 006917975 020408 020108
   GA0 0100   0101  35511  7400L 08 0409 0409         670.00
DE222461 001 SPEC ED 1  10/1-10/5/07PI 222 50 006886553 121107 120707
   GA0 0700   0727  35173  3010I 08 0409 0409         950.00
DE222462 001 SPEC ED 1  10/8-10/12/07P 222 50 006886553 121107 120707
   GA0 0700   0727  35173  3010I 08 0409 0409         950.00
DE222463 001 SPEC ED 1  10/15-10/19/07 222 50 006886553 121107 120707
   GA0 0700   0727  35173  3010I 08 0409 0409         950.00
DE222464 001 SPEC ED 1  10/22-10/26/07 222 50 006886553 121107 120707
   GA0 0700   0727  35173  3010I 08 0409 0409         950.00
DE222465 001 SPEC ED 1  10/29-11/2/07P 222 50 006886553 121107 120707
   GA0 0700   0727  35173  3010I 08 0409 0409         950.00
```

Handwritten annotations:
- "Date Submitted" column header
- 1/2/08
- 11/5/08
- 11/5/08
- 11/5/08
- 11/5/08
- 11/5/08
- "Deposited & Paid" bracketing the five DE222461-DE222465 entries

```
S085 V2.1   PRD    DISTRICT OF COLUMBIA R*STARS 2.1     06/04/08 09:38
AM
LINK TO:             VENDOR TRANSACTION INQUIRY              DSNF

VEND NO/MC: 1579081714    AGY: GA0   DOC TYPE: DE  INV#:
VEND NAME: MELANIE DAVIS
REC TYPE: A  APPR FUND:      FUND:     EFF DATE RANGE:    TO 060408

DOC NO / SFX  REF DOC/SFX   INVOICE #  TC PDT PMT-#   DATE  APPR DT
    AGY AP FUND FUND INDEX  PCA  AY COBJ AOBJ     TRANS AMT R
DE228685 001 SPEC ED 1   11/13-11/16/07 222 00  006917975 020408  020108
    GA0 0100   0101  35511 7400L 08 0409 0409       720.00
DE228688 001 SPEC ED 1   11/20-11/23/07 222 00  006917975 020408  020108
    GA0 0100   0101  35511 7400L 08 0409 0409       570.00
DE228689 001 SPEC ED 1   11/26-11/30/07 222 00  006917975 020408  020108
    GA0 0100   0101  35511 7400L 08 0409 0409       720.00
DE228692 001 SPEC ED 1   12/3-12/7/07PI 222 00  006917975 020408  020108
    GA0 0100   0101  35511 7400L 08 0409 0409       950.00
DE228694 001 SPEC ED 1   12/10-12/14/07 222 00  006917975 020408  020108
    GA0 0100   0101  35511 7400L 08 0409 0409       950.00
DE228696 001 SPEC ED 1   12/17-12/21/07 222 00  006917975 020408  020108
    GA0 0100   0101  35511 7400L 08 0409 0409       720.00
```

Handwritten annotations:
- Header: "Date submitted"
- 1/2/08
- 1/2/08
- 1/2/08
- 1/2/08
- 1/2/08
- 1/2/08

```
S085 V2.1    PRD    DISTRICT OF COLUMBIA R*STARS 2.1    06/04/08 09:38 AM
LINK TO:           VENDOR TRANSACTION INQUIRY                          DSNF

VEND NO/MC: 1579081714   AGY: GA0   DOC TYPE: DE  INV#:
VEND NAME: MELANIE DAVIS
REC TYPE: A  APPR FUND:        FUND:       EFF DATE RANGE:        TO 060408

DOC NO / SFX  REF DOC/SFX  INVOICE #  TC PDT PMT-#   DATE   APPR DT
    AGY AP FUND  FUND INDEX  PCA  AY COBJ AOBJ    TRANS AMT  R
DE236405 001 SPEC ED 1  2/25-2/29/08 222 00 006956741 033108  032708
    GA0 0100   0101  35311  7400L  08 0409 0409       760.00
DE232683 001 SPEC ED 1  12/31/07-1/2/0 222 00 006936861 030408 022908
    GA0 0100   0101  35311  7400L  08 0409 0409       570.00
DE232684 001 SPEC ED 1  1/10-1/11/08PI 222 00 006936861 030408 022908
    GA0 0100   0101  35311  7400L  08 0409 0409       380.00
DE232685 001 SPEC ED 1  1/14-1/18/08PI 222 00 006936861 030408 022908
    GA0 0100   0101  35311  7400L  08 0409 0409       950.00
DE232687 001 SPEC ED 1  1/22-1/25/08PI 222 00 006936861 030408 022908
    GA0 0100   0101  35311  7400L  08 0409 0409       760.00
DE232688 001 SPEC ED 1  1/28-2/1/08PIT 222 00 006936861 030408 022908
    GA0 0100   0101  35311  7400L  08 0409 0409       950.00
```

Handwritten annotations:
- "Partially Disp" (left margin)
- Right column "Date Submitted":
  - 3/4/08
  - 2/5/08
  - 2/5/08
  - 2/5/08
  - 2/5/08
  - 2/5/08

```
S085 V2.1    PRD      DISTRICT OF COLUMBIA R*STARS 2.1      06/04/08 09:37
AM
LINK TO:              VENDOR TRANSACTION INQUIRY                 DSNF

  VEND NO/MC: 1579081714    AGY: GA0   DOC TYPE: DE  INV#:
  VEND NAME: MELANIE DAVIS
  REC TYPE: A  APPR FUND:      FUND:      EFF DATE RANGE:     TO 060408

  DOC NO / SFX  REF DOC/SFX   INVOICE #   TC PDT PMT- #    DATE   APPR DT
     AGY AP FUND  FUND  INDEX  PCA  AY COBJ AOBJ     TRANS AMT  R
  DE241376 001 SPEC ED  1   31408PITTS    222 50 006980976 050808  050608
     GA0 0100    0101  35311  7400L 08 0409 0409        950.00
  DE241378 001 SPEC ED  1   32108PITTS    222 50 006980976 050808  050608
     GA0 0100    0101  35311  7400L 08 0409 0409        950.00
  DE241379 001 SPEC ED  1   32808PITTS    222 50 006980976 050808  050608
     GA0 0100    0101  35311  7400L 08 0409 0409        950.00
  DE236401 001 SPEC ED  1   2/4-2/8/08PITT 222 00 006956741 033108  032708
     GA0 0100    0101  35311  7400L 08 0409 0409        760.00
  DE236402 001 SPEC ED  1   2/11-2/15/08PI 222 00 006956741 033108  032708
     GA0 0100    0101  35311  7400L 08 0409 0409        950.00
  DE236404 001 SPEC ED  1   2/18-2/22/08PI 222 00 006956741 033108  032708
     GA0 0100    0101  35311  7300L 08 0409 0409        760.00
```

Handwritten annotations (right margin): "Date Submitted"
- 4/4/08
- 4/4/08
- 4/4/08
- 3/4/08
- 3/4/08
- 3/4/08

*Specialized Instructor + dedicated aide*

```
S085 V2.1    PRD    DISTRICT OF COLUMBIA R*STARS 2.1    06/04/08 09:36 AM
LINK TO:            VENDOR TRANSACTION INQUIRY                    DSNF

VEND NO/MC: 1579081714    AGY: GA0   DOC TYPE: DE  INV#:
VEND NAME: MELANIE DAVIS
REC TYPE: A  APPR FUND:       FUND:      EFF DATE RANGE:       TO 060408

DOC NO / SFX  REF DOC/SFX  INVOICE #  TC PDT PMT- #   DATE   APPR DT
   AGY AP FUND  FUND INDEX  PCA  AY COBJ AOBJ    TRANS AMT R
DE244572 001 SPEC ED  1  40408PITTS   222 50  007002655 060208  052908
   GA0 0100   0101  35311  7400L 08 0409 0409        570.00
DE244590 001 SPEC ED  1  40808PITTS   222 50  007002655 060208  052908
   GA0 0100   0101  35311  7400L 08 0409 0409        570.00
DE244591 001 SPEC ED  1  41808PITTS   222 50  007002655 060208  052908
   GA0 0100   0101  35311  7400L 08 0409 0409        950.00
DE244593 001 SPEC ED  1  42508PITTS   222 50  007002655 060208  052908
   GA0 0100   0101  35311  7400L 08 0409 0409        950.00
DE244594 001 SPEC ED  1  50208PITTS   222 00  006999827 060208  052908
   GA0 0100   0101  35311  7400L 08 0409 0409        950.00
DE241375 001 SPEC ED  1  30708PITTS   222 50  006980976 050808  050608
   GA0 0100   0101  35311  7400L 08 0409 0409        950.00
```

Handwritten annotations (Date Submitted):
- 5/5/08
- 5/5/08
- 5/5/08
- 5/5/08
- 5/5/08
- 4/4/08