*Def. Exhibit II*

*OT services*

S085 V2.1     PRD     DISTRICT OF COLUMBIA R*STARS 2.1     06/04/08 10:48 AM
LINK TO:          VENDOR TRANSACTION INQUIRY          DSNF

VEND NO/MC: 1223987266     AGY: GA0   DOC TYPE: DE   INV#:
VEND NAME: MARCY BERGER
REC TYPE: A  APPR FUND:       FUND:       EFF DATE RANGE:       TO 060408

DOC NO / SFX  REF DOC/SFX   INVOICE #   TC PDT PMT- #   DATE   APPR DT   *Date*
   AGY AP FUND  FUND INDEX   PCA   AY COBJ AOBJ      TRANS AMT  R  *Submitted*
DE224690 001  SPEC ED 1   1246        222 00 006898095 010208  122707       *12/4/07*
   GA0 0700   0727  35173  3010I 08 0409 0409        960.00
DE218541 001  SPEC ED 1   1228        222 00 006867644 110807  110607       *10/1/07*
   GA0 0100   0101  35311  7400L 07 0501 0501        840.00

```
S085 V2.1    PRD     DISTRICT OF COLUMBIA R*STARS 2.1    06/04/08 10:47 AM
LINK TO:              VENDOR TRANSACTION INQUIRY                  DSNF

VEND NO/MC: 1223987266    AGY: GA0   DOC TYPE: DE  INV#:
VEND NAME: MARCY BERGER
REC TYPE: A  APPR FUND:      FUND:       EFF DATE RANGE:      TO 060408

DOC NO / SFX  REF DOC/SFX  INVOICE #  TC PDT PMT- #   DATE    APPR DT
     AGY AP FUND  FUND INDEX  PCA  AY COBJ AOBJ    TRANS AMT  R
DE244406 001 SPEC ED 1  1246APRIL    222 00 006999279 053008  052908
     GA0 0100   0101  35311  7400L 08 0409 0409       720.00
DE241391 001 SPEC ED 1  1246MARCH    222 00 006981124 050908  050608
     GA0 0100   0101  35311  7400L 08 0409 0409       840.00
DE236396 001 SPEC ED 1  1246FEBRUARY 222 00 006956746 033108  032708
     GA0 0100   0101  35311  7400L 08 0409 0409       720.00
DE232714 001 SPEC ED 1  1276         222 00 006938017 030508  030308
     GA0 0100   0101  35311  7400L 08 0409 0409       720.00
DE228510 001 SPEC ED 1  1257         222 00 006918749 020608  020108
     GA0 0100   0101  35511  7400L 08 0409 0409       720.00
DE224686 001 SPEC ED 1  1245         222 00 006898095 010208  122707
     GA0 0700   0727  35173  3010I 08 0409 0409       960.00


F1-HELP  F8-NEXT PAGE   F9-INTERRUPT    ENTER-INQUIRE    CLEAR-EXIT
```

Handwritten annotations (right margin):

Date Submitted
- 5/5/08
- 4/4/08
- 3/4/08
- 2/5/08
- 1/10/08
- 12/4/07