Def. Exhibit I

S085 V2.1 PRD DISTRICT OF COLUMBIA R*STARS 2.1 06/04/08 09:39 AM
LINK TO: VENDOR TRANSACTION INQUIRY DSNF

VEND NO/MC: 1579081714 AGY: GA0 DOC TYPE: DE INV#:
VEND NAME: MELANIE DAVIS
REC TYPE: A APPR FUND: FUND: EFF DATE RANGE: TO 060408

DOC NO / SFX REF DOC/SFX INVOICE # TC PDT PMT-# DATE APPR DT
AGY AP FUND FUND INDEX PCA AY COBJ AOBJ TRANS AMT R

Date Submitted

DE228697 001 SPEC ED 1 12/24-12/28/07 222 00 006917975 020408 020108 — 1/2/08
GA0 0100 0101 35511 7400L 08 0409 0409 670.00
DE222461 001 SPEC ED 1 10/1-10/5/07PI 222 50 006886553 121107 120707 — 11/5/07
GA0 0700 0727 35173 3010I 08 0409 0409 950.00
DE222462 001 SPEC ED 1 10/8-10/12/07P 222 50 006886553 121107 120707 — 11/5/07
GA0 0700 0727 35173 3010I 08 0409 0409 950.00
DE222463 001 SPEC ED 1 10/15-10/19/07 222 50 006886553 121107 120707 — 11/5/07
GA0 0700 0727 35173 3010I 08 0409 0409 950.00
DE222464 001 SPEC ED 1 10/22-10/26/07 222 50 006886553 121107 120707 — 11/5/07
GA0 0700 0727 35173 3010I 08 0409 0409 950.00
DE222465 001 SPEC ED 1 10/29-11/2/07P 222 50 006886553 121107 120707 — 11/5/07
GA0 0700 0727 35173 3010I 08 0409 0409 950.00

Disputed + Paid

S085 V2.1 PRD DISTRICT OF COLUMBIA R*STARS 2.1 06/04/08 09:38 AM
LINK TO: VENDOR TRANSACTION INQUIRY DSNF

VEND NO/MC: 1579081714 AGY: GA0 DOC TYPE: DE INV#:
VEND NAME: MELANIE DAVIS
REC TYPE: A APPR FUND: FUND: EFF DATE RANGE: TO 060408

| DOC NO / SFX | REF DOC/SFX | INVOICE # | TC | PDT | PMT-# | DATE | APPR DT | Date submitted |
|---|---|---|---|---|---|---|---|---|
| AGY | AP FUND | FUND | INDEX | PCA | AY | COBJ | AOBJ | TRANS AMT R |
| DE228685 001 | SPEC ED 1 | 11/13-11/16/07 | 222 | 00 | 006917975 | 020408 | 020108 | 1/2/08 |
| GA0 | 0100 | 0101 | 35511 | 7400L | 08 | 0409 | 0409 | 720.00 |
| DE228688 001 | SPEC ED 1 | 11/20-11/23/07 | 222 | 00 | 006917975 | 020408 | 020108 | 1/2/08 |
| GA0 | 0100 | 0101 | 35511 | 7400L | 08 | 0409 | 0409 | 570.00 |
| DE228689 001 | SPEC ED 1 | 11/26-11/30/07 | 222 | 00 | 006917975 | 020408 | 020108 | 1/2/08 |
| GA0 | 0100 | 0101 | 35511 | 7400L | 08 | 0409 | 0409 | 720.00 |
| DE228692 001 | SPEC ED 1 | 12/3-12/7/07PI | 222 | 00 | 006917975 | 020408 | 020108 | 1/2/08 |
| GA0 | 0100 | 0101 | 35511 | 7400L | 08 | 0409 | 0409 | 950.00 |
| DE228694 001 | SPEC ED 1 | 12/10-12/14/07 | 222 | 00 | 006917975 | 020408 | 020108 | 1/2/08 |
| GA0 | 0100 | 0101 | 35511 | 7400L | 08 | 0409 | 0409 | 950.00 |
| DE228696 001 | SPEC ED 1 | 12/17-12/21/07 | 222 | 00 | 006917975 | 020408 | 020108 | 1/2/08 |
| GA0 | 0100 | 0101 | 35511 | 7400L | 08 | 0409 | 0409 | 720.00 |

S085 V2.1 PRD DISTRICT OF COLUMBIA R*STARS 2.1 06/04/08 09:38 AM
LINK TO: VENDOR TRANSACTION INQUIRY DSNF

VEND NO/MC: 1579081714 AGY: GA0 DOC TYPE: DE INV#:
VEND NAME: MELANIE DAVIS
REC TYPE: A APPR FUND: FUND: EFF DATE RANGE: TO 060408

DOC NO / SFX REF DOC/SFX INVOICE # TC PDT PMT-# DATE APPR DT
AGY AP FUND FUND INDEX PCA AY COBJ AOBJ TRANS AMT R

Date Submitted

Partially Disp DE236405 001 SPEC ED 1 2/25-2/29/08 222 00 006956741 033108 032708
GA0 0100 0101 35311 7400L 08 0409 0409 760.00
3/4/08

DE232683 001 SPEC ED 1 12/31/07-1/2/0 222 00 006936861 030408 022908
GA0 0100 0101 35311 7400L 08 0409 0409 570.00
2/5/08

DE232684 001 SPEC ED 1 1/10-1/11/08PI 222 00 006936861 030408 022908
GA0 0100 0101 35311 7400L 08 0409 0409 380.00
2/5/08

DE232685 001 SPEC ED 1 1/14-1/18/08PI 222 00 006936861 030408 022908
GA0 0100 0101 35311 7400L 08 0409 0409 950.00
2/5/08

DE232687 001 SPEC ED 1 1/22-1/25/08PI 222 00 006936861 030408 022908
GA0 0100 0101 35311 7400L 08 0409 0409 760.00
2/5/08

DE232688 001 SPEC ED 1 1/28-2/1/08PIT 222 00 006936861 030408 022908
GA0 0100 0101 35311 7400L 08 0409 0409 950.00
2/5/08

S085 V2.1 PRD DISTRICT OF COLUMBIA R*STARS 2.1 06/04/08 09:37 AM
LINK TO: VENDOR TRANSACTION INQUIRY DSNF

VEND NO/MC: 1579081714 AGY: GA0 DOC TYPE: DE INV#:
VEND NAME: MELANIE DAVIS
REC TYPE: A APPR FUND: FUND: EFF DATE RANGE: TO 060408

DOC NO / SFX REF DOC/SFX INVOICE # TC PDT PMT- # DATE APPR DT Date Submitted
AGY AP FUND FUND INDEX PCA AY COBJ AOBJ TRANS AMT R
DE241376 001 SPEC ED 1 31408PITTS 222 50 006980976 050808 050608 4/4/08
GA0 0100 0101 35311 7400L 08 0409 0409 950.00
DE241378 001 SPEC ED 1 32108PITTS 222 50 006980976 050808 050608 4/4/08
GA0 0100 0101 35311 7400L 08 0409 0409 950.00
DE241379 001 SPEC ED 1 32808PITTS 222 50 006980976 050808 050608 4/4/08
GA0 0100 0101 35311 7400L 08 0409 0409 950.00
DE236401 001 SPEC ED 1 2/4-2/8/08PITT 222 00 006956741 033108 032708 3/4/08
GA0 0100 0101 35311 7400L 08 0409 0409 760.00
DE236402 001 SPEC ED 1 2/11-2/15/08PI 222 00 006956741 033108 032708 3/4/08
GA0 0100 0101 35311 7400L 08 0409 0409 950.00
DE236404 001 SPEC ED 1 2/18-2/22/08PI 222 00 006956741 033108 032708 3/4/08
GA0 0100 0101 35311 7300L 08 0409 0409 760.00

Specialized instructor + dedicated aide

S085 V2.1 PRD DISTRICT OF COLUMBIA R*STARS 2.1 06/04/08 09:36 AM
LINK TO: VENDOR TRANSACTION INQUIRY DSNF

VEND NO/MC: 1579081714 AGY: GA0 DOC TYPE: DE INV#:
VEND NAME: MELANIE DAVIS
REC TYPE: A APPR FUND: FUND: EFF DATE RANGE: TO 060408

| DOC NO / SFX | REF DOC/SFX | INVOICE # | TC PDT | PMT-# | DATE | APPR DT | Date Submitted |
|---|---|---|---|---|---|---|---|
| AGY AP FUND | FUND INDEX | PCA AY COBJ AOBJ | | | TRANS AMT | R | |
| DE244572 001 | SPEC ED 1 | 40408PITTS | 222 50 | 007002655 | 060208 | 052908 | 5/5/08 |
| GA0 0100 | 0101 35311 | 7400L 08 0409 0409 | | | 570.00 | | |
| DE244590 001 | SPEC ED 1 | 40808PITTS | 222 50 | 007002655 | 060208 | 052908 | 5/5/08 |
| GA0 0100 | 0101 35311 | 7400L 08 0409 0409 | | | 570.00 | | |
| DE244591 001 | SPEC ED 1 | 41808PITTS | 222 50 | 007002655 | 060208 | 052908 | 5/5/08 |
| GA0 0100 | 0101 35311 | 7400L 08 0409 0409 | | | 950.00 | | |
| DE244593 001 | SPEC ED 1 | 42508PITTS | 222 50 | 007002655 | 060208 | 052908 | 5/5/08 |
| GA0 0100 | 0101 35311 | 7400L 08 0409 0409 | | | 950.00 | | |
| DE244594 001 | SPEC ED 1 | 50208PITTS | 222 00 | 006999827 | 060208 | 052908 | 5/5/08 |
| GA0 0100 | 0101 35311 | 7400L 08 0409 0409 | | | 950.00 | | |
| DE241375 001 | SPEC ED 1 | 30708PITTS | 222 50 | 006980976 | 050808 | 050608 | 4/4/08 |
| GA0 0100 | 0101 35311 | 7400L 08 0409 0409 | | | 950.00 | | |