*Def. Exhibit II*

*OT Services*

S085 V2.1    PRD    DISTRICT OF COLUMBIA R*STARS 2.1    06/04/08 10:48 AM
LINK TO:         VENDOR TRANSACTION INQUIRY            DSNF

VEND NO/MC: 1223987266    AGY: GA0   DOC TYPE: DE  INV#:
VEND NAME: MARCY BERGER
REC TYPE: A  APPR FUND:      FUND:      EFF DATE RANGE:     TO 060408

DOC NO / SFX  REF DOC/SFX   INVOICE #  TC PDT PMT-#   DATE  APPR DT   *Date Submitted*
    AGY AP FUND  FUND  INDEX  PCA  AY COBJ AOBJ    TRANS AMT  R
DE224690 001 SPEC ED 1  1246         222 00 006898095 010208  122707      *12/4/07*
    GA0 0700    0727  35173  3010I  08 0409 0409        960.00
DE218541 001 SPEC ED 1  1228         222 00 006867644 110807  110607      *10/1/07*
    GA0 0100    0101  35311  7400L  07 0501 0501        840.00

```
S085 V2.1   PRD    DISTRICT OF COLUMBIA R*STARS 2.1   06/04/08 10:47 AM
LINK TO:            VENDOR TRANSACTION INQUIRY              DSNF

VEND NO/MC: 1223987266    AGY: GA0  DOC TYPE: DE  INV#:
VEND NAME: MARCY BERGER
REC TYPE: A  APPR FUND:      FUND:       EFF DATE RANGE:    TO 060408

DOC NO / SFX REF DOC/SFX  INVOICE #  TC PDT PMT- #   DATE    APPR DT
    AGY AP FUND FUND INDEX  PCA  AY COBJ AOBJ    TRANS AMT  R
DE244406 001 SPEC ED 1  1246APRIL     222 00 006999279 053008  052908
    GA0 0100   0101  35311  7400L  08  0409  0409      720.00
DE241391 001 SPEC ED 1  1246MARCH     222 00 006981124 050908  050608
    GA0 0100   0101  35311  7400L  08  0409  0409      840.00
DE236396 001 SPEC ED 1  1246FEBRUARY  222 00 006956746 033108  032708
    GA0 0100   0101  35311  7400L  08  0409  0409      720.00
DE232714 001 SPEC ED 1  1276          222 00 006938017 030508  030308
    GA0 0100   0101  35311  7400L  08  0409  0409      720.00
DE228510 001 SPEC ED 1  1257          222 00 006918749 020608  020108
    GA0 0100   0101  35511  7400L  08  0409  0409      720.00
DE224686 001 SPEC ED 1  1245          222 00 006898095 010208  122707
    GA0 0700   0727  35173  3010I  08  0409  0409      960.00


F1-HELP  F8-NEXT PAGE   F9-INTERRUPT    ENTER-INQUIRE    CLEAR-EXIT
```

Handwritten annotations (right margin):
- Date Submitted
- 5/5/08
- 4/4/08
- 3/4/08
- 2/5/08
- 1/10/08
- 12/4/07