UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY LASTER, et al.,** : | |
| Plaintiffs : | |
| v. : | Civ. Action No. 05-1875 (RMU) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| Defendants. : | |

## DEFENDANTS' MOTION TO DISMISS

Defendants, through counsel, and pursuant to Fed. R. Civ. P. 7(b), respectfully move to dismiss the Complaint of A.J.P. and Leslie Jackson for failure to obey a Court Order.

On June 10, 2008, this Court Ordered Plaintiffs to "file a status report on or before Friday, June 20, 2008, citing with specificity the portions of the complaint that have not been resolved by the court's earlier Memorandum Opinions; indicating the form of relief requested and the legal basis for requesting such relief." The Court warned that "failure to do so *will* result in closure of this case."

Plaintiffs did not file a status report on or before June 20, 2008 as ordered by this Court, nor did Plaintiffs request an extension of time to file their report. Accordingly, Defendant's Motion to Dismiss should be granted, and Plaintiffs' Complaint must be dismissed with prejudice.

        Respectfully submitted,

        PETER J. NICKELS
        Interim Attorney General for the
          District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two


        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**June 30, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., : | |
| Plaintiffs : | |
| v. : | Civ. Action No. 05-1875 (RMU) |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

1. Fed. R. Civ. P. 7(b).

2. This Court's June 10, 2008 Minute Order.

    Respectfully submitted,

    PETER J. NICKELS
    Interim Attorney General for the
      District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Section Chief
    Equity Section Two

              */s/ Veronica A. Porter*
              VERONICA A. PORTER (412273)
              Assistant Attorney General
              Civil Litigation Division
              Equity Section Two
              441 Fourth Street, N.W., Sixth Floor South
              Washington, D.C. 20001
              (202) 724-6651 (phone)
              (202) 727-3625 (facsimile)
              veronica2.porter@dc.gov

**June 30, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BETTY LASTER, et al.,** :  :  Plaintiffs :  :  v. :  :  **DISTRICT OF COLUMBIA, et al.,** :  :  Defendants. : | Civ. Action No. 05-1875 (RMU) |

### **ORDER**

Upon consideration of Defendants' Motion to Dismiss, it is this _____ day of _____, 2008:

**ORDERED**, That Defendants' Motion is GRANTED; and it is

**FURTHER ORDERED**, that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE