UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., | : |
| Plaintiffs | : |
| v. | : Civ. Action No. 05-1875 (RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Plaintiff Leslie Jackson, who is representing herself and A.J.P., pro se respectfully submit this Opposition to Defendant's Motion to Dismiss.

Plaintiff apologized for missing the June 20, 2008 deadline but does not recall receiving the Order requesting the Status by June 20, 2008. Plaintiff believed all that was required of her was the joint status report that was provided to Defendant.

Because Plaintiff is pro se, the Pacer system is not being utilized. Further, Plaintiff has been addressing a medical issue that requires surgery within the next week. Unfortunately, Plaintiff will be unavailable recovering for up to six weeks after the later part of next week (June 11, 2008) but will be available by phone during that time. Plaintiff is willing to share the medical issue with the Court in camera.

RECEIVED
JUL - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Wherefore**, Plaintiff respectfully requests that the Court not dismiss the case, as this case is important to the continued education of A.J.P. Further, Plaintiff requests that due to medical reasons any further deadlines and requirements of the Court have a deadline of the greater than six weeks from July 11, 2008.

Respectfully submitted,

LESLIE T. JACKSON
235 Oglethorpe Street, N.W.
Washington, D.C. 20011
(202) 368-8608
**PLAINTIFF PRO SE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., | : |
| Plaintiffs | : |
| v. | : Civ. Action No. 05-1875 (RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES**

1.  Fed. R. Civ. P. 7.

Respectfully submitted,

LESLIE T. JACKSON
235 Oglethorpe Street, N.W.
Washington, D.C. 20011
(202) 368-8608
**PLAINTIFF PRO SE**

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, et al., : | |
| Plaintiffs : | |
| v. : | Civ. Action No. 05-1875 (RMU) |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

### ORDER

Upon consideration of Defendant's Motion to Dismiss and Plaintiff's opposition thereto, it is this _____ day of _____, 2008

**ORDERED** that the Motion is **DENIED**.

_____
UNITED STATED DISTRICT JUDGE

Copies to:

Leslie Jackson
235 Oglethorpe Street, N.W.
Washington, D.C. 20011
Pro Se

Veronica Porter, Esquire
Office of the Attorney General
441 4th Street, N.W.
Sixth Floor
Washington, D.C. 20001
Counsel for Defendant