REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)  CATEGORY: "D"

| CAUSE OF ACTION: | CIVIL RIGHTS | | | |
|---|---|---|---|---|
| CASE NO:<br>C.A. 05-1875 | DATE REFERRED:<br>7/11/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT DISCUSSION | JUDGE:<br>RICARDO M. URBINA | MAG. JUDGE<br>JOHN M. FACCIOLA |
| PLAINTIFF(S):<br>BETTY LASTER, ET AL. | | DEFENDANT(S):<br>DISTRICT OF COLUMBIA. | | |
| ENTRIES:<br>Pursuant to Minute Order of 7/11/2008, case referred to Magistrate Judge John M. Facciola for Settlement Discussion | | | | |