UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, *et al.*,          :
                                 :
        *Plaintiffs*,            :    Civil Action No.: 05-1875 (RMU)
                                 :
        v.                      :    Document No.:      14
                                 :
DISTRICT OF COLUMBIA, *et al.*   :
                                 :
        *Defendants*.            :

### PLAINTIFF'S MOTION FOR CONTEMPT ORDER AND SANCTIONS

Plaintiff AJP move pursuant to Rule 7 of the Federal Rules of Civil Procedure for an order holding Defendants in contempt of this Court's Orders of September 26, 2005, September 30, 2005, and October 10, 2006 and requiring Defendants to comply, forthwith, with those Orders and to sanction Defendants conduct by:

1. Setting aside this Court's October 10, 2006 Order establishing payment of service provider invoices pursuant to the *Petties* Order;

2. Ordering Defendants to pay providers out of pocket costs and expenses associated with Defendant's disputes and untimely payments; and

3. Ordering any other relief appropriately determined by this Court.

The grounds for Plaintiff A.J.P.'s Motion are set forth in the accompanying memorandum of points and authorities.

                                                      Respectfully submitted,

                                                      Leslie T. Jackson, pro se
                                                      235 Oglethorpe Street, N.W.
                                                      Washington, D.C. 20011
                                                      (202) 368-8608

## Certificate of Service

I, Leslie T. Jackson, do hereby certify that a copy of the foregoing was sent by U.S. mail this 29th day of August 2008 to: Veronica Porter, 441 Fourth Street, N.W., Suite 630, Washington, D.C. 20001.

_____
Leslie T. Jackson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY LASTER, *et al.*, | : |
| *Plaintiffs,* | : Civil Action No.: 05-1875 (RMU) |
| v. | : Document No.:   14 |
| DISTRICT OF COLUMBIA, *et al.* | : |
| *Defendants.* | : |

**<u>MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT
ORDER AND SANCTIONS</u>**

On August 12, 2005 Plaintiff Leslie Jackson (hereinafter referred to as "Jackson") informed Defendant DCPS that she disagreed with the IEP developed on that date and disagreed with DCPS' proposed placement for her son, A.J.P. at Barnard. On August 26, 2005, Jackson asserted her son's Stay Put right to remain in his current placement, an inclusion program at Stoddert ES. On August 29, 2005, DCPS refused to admit A.J.P. to the Stoddert Program, and thereafter, refused to develop an interim Stay Put Program for A.J.P. Jackson filed an administrative due process complaint on September 8, 2005, in which she again asserted her son's Stay Put right. On September 22, 2005, Jackson filed suit in this Court seeking Stay Put injunctive relief.

This Court granted Jackson's motion on September 26, 2005. On September 30, 2005, this Court ordered that Defendants fund all services required by A.J.P.'s 2004 Transition Plan and August 2004 IEP. On November 25, 2005, Plaintiff A.J.P. moved the Court for Order of Contempt based on Defendants refusal to pay invoices pursuant to this Court's September 30, 2005 Order.

3

In early 2006, Defendants moved this Court for modification of the September 30, 2005 Order to permit payment of service provider invoices under the *Petties*[1] case and Order (unpublished opinion of this Court under civil action number 95-0148 (PLF)). On October 10, 2006, this Court granted the motion. The *Petties* Order required Defendant's to pay all invoices submitted by service providers under the following terms (compressed):

1. If provider submits invoice by 5th of the month, payment is received on the 5th of the next month;

2. If provider submits invoice by 15th of the month, payment is received on the 15th of the next month; and

3. Defendants may dispute invoices if the invoices are inconsistent with this Court's Order of September 30, 2005.

The *Petties* Order is not relevant to this case. The dispute mechanism under *Petties* did not contemplate an Order such as the Order fashioned by this Court on September 30, 2005. Disputes in the *Petties* Order are driven solely by service providers. This Court Ordered Jackson responsible for selection of service providers in accordance with this Court's September 30, 2005 Order. Defendants have refused to provide Jackson with copies of dispute letters to providers. Application of the *Petties* Order to this case is in conflict with the letter and spirit of this Court's September 30, 2005 Order. This case is not appropriate for governance under the *Petties* case.

Defendants have disputed and/or refused to pay invoices submitted by A.J.P.'s service providers without legal basis. Exhibits A through W (Defendants letters of dispute establishing a pattern, Letter of Counsel for Defendants acknowledging

nonpayment, letter from provider stating nonpayment, correspondence from Jackson to Defendants regarding refusals to pay invoices, IEP, Transition Plan, Extended School Year form accompanying 2004 IEP, Affidavit and Letter of Melanie Davis and provider invoices.

Plaintiff Jackson accordingly ask this Court to hold Defendants in contempt of the Court's Orders and order Defendants to pay, forthwith, all invoices submitted by A.J.P.'s service providers and to sanction Defendants conduct by:

1. Setting aside the October 10, 2006 Order establishing payment of invoices under the *Petties* Order;

2. Order Defendants to pay providers out of pocket costs and expenses associated with Defendant's untimely payments;

3. Ordering any other relief appropriately determined by this Court.

Respectfully submitted,

_____
Leslie T. Jackson, pro se
235 Oglethorpe Street, N.W.
Washington, D.C. 20011
(202) 368-8608

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, *et al.*,           :
                                  :
      *Plaintiffs*,        :  Civil Action No.: 05-1875 (RMU)
                                  :
      v.                   :  Document No.:      14
                                  :
DISTRICT OF COLUMBIA, *et al.*    :
                                  :
      *Defendants*.        :

## ORDER

Upon consideration of Plaintiff A.J.P.'s Motion for Contempt and for Sanctions and any opposition thereto, it is this _____ day of _____, 2008

**ORDERED** that the motion is **GRANTED**.

 

                                                                                  _____
                                                                                  RICARDO M. URBINA
                                                                                  United States District Judge