Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY LASTER, et al.,** | : |
| **Plaintiffs** | : |
| v. | : **Civ. Action No. 05-1875 (RMU)** |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| **Defendants.** | : |

## AFFIDAVIT

WASHINGTON, D.C.  SS:

I, Melanie Davis, being first duly sworn, depose and state to the best of my knowledge, information and belief as follows:

1.      Pursuant to the Court Order, I provide service to AJP.

2.      On the 5th of each and every month, I hand-deliver my invoice for service to the District of Columbia Public School's Office of Finance ("DCPS"), in accordance with the *Petties v. District of Columbia*, (D.D.C. No. 95-0148) case.

3.      I hand-deliver invoices because when I was mailing my invoices, Angie, with the DCPS, would routinely stated that she did not receive my invoices and I would not get paid on the date specified in the *Pettis* Order.

4.      Even though I hand-deliver invoices, I am not paid on the date specified in the *Pettis* Order. I routinely have to call several DCPS staffers inquiring about when I can expect payment.  I am sometimes told the check is in the mail.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY LASTER, et al.,** | : |
| **Plaintiffs** | : |
| v. | : **Civ. Action No. 05-1875 (RMU)** |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| **Defendants.** | : |

## AFFIDAVIT

WASHINGTON, D.C.  SS:

I, Melanie Davis, being first duly sworn, depose and state to the best of my

knowledge, information and belief as follows:

1.    Pursuant to the Court Order, I provide service to AJP.

2.    On the 5th of each and every month, I hand-deliver my invoice for service

to the District of Columbia Public School's Office of Finance ("DCPS"), in accordance

with the *Petties v. District of Columbia*, (D.D.C. No. 95-0148) case.

3.    I hand-deliver invoices because when I was mailing my invoices, Angie,

with the DCPS, would routinely stated that she did not receive my invoices and I would

not get paid on the date specified in the *Pettis* Order.

4.    Even though I hand-deliver invoices, I am not paid on the date specified in

the *Pettis* Order. I routinely have to call several DCPS staffers inquiring about when I can

expect payment.  I am sometimes told the check is in the mail.

Melanie Davis

Affidavit Page 3

Subscribed and sworn to me this _____ day of June, 2008 under penalty of

perjury:

Melanie Davis

LEROY BERKLEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My commission expires: My Commission Expires February 14, 2010

Notary Public

EXhibit B

Exhibit C

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
*Office of Special Education*
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002
202-442-4800, fax: 202-442-5518
www.k12.dc.us

August 4, 2008

<u>Via U.S. Mail</u>

**Melanie Davis**
**5203 Kansas Ave. NW**
**Washington, D.C. 20011**

**Invoice #: 62808Pitts, 61308Pitts, and 62008Pitts**
**Disputed Amount: $1,938.00**

Dear Provider:

The Office of Special Education, District of Columbia Public Schools has reviewed your invoice for services provided to Ari Jackson-Pitts.  Please be advised that the District of Columbia Public Schools is disputing $1,938.00 of your invoice #s 62808Pitts, 61308Pitts, and 62008Pitts for Dedicated Aide and Specialized Instruction Services provided due to the following reasons:

The disputed charges on the subject invoice are inappropriate and cannot be approved for payment. Documentation has not been provided that obligates The Office of Special Education, District of Columbia Public Schools to make payment for Extended School Year (ESY) services that are not included in the students Individual Education Program, a Court Order, a Hearing Officer Determination, Tuition Contract, or Settlement Agreement.[1]

If you wish to challenge this determination, you must submit a written explanation, including supporting documentation, for the unapproved charges no later than August 21, 2008.  Please reference the DCPS Invoice Number (noted above) in your response.  If your challenge relates to charges for related services incurred during a student's absence, you must include verification of costs incurred by you for those services.

Your written response must be provided to the **OFFICE OF SPECIAL EDUCATION** via United States mail or hand-delivery.  Responses should be mailed or delivered to THE OFFICE OF SPECIAL EDUCATION, ATTENTION: MR. GREGORY HALL, 825 NORTH CAPITOL STREET, N.E., 6TH FLOOR, WASHINGTON, D.C. 20002.

Please **DO NOT** transmit your response to this request via facsimile. If you have any questions or require additional information, please contact **MR. GREGORY HALL** at (202) 442-5490.

Thank you in advance for your attention to this matter.

Very truly yours,

Gregory W. Hall
Office of Special Education

---

[1]     A special dispute resolution process exists for invoices subject to Judge Friedman's November 8, 2004 Order in *Petties v. District of Columbia* (D.D.C. No. 95-0148).  DCPS takes the position that certain invoices, including invoices relating to unilateral placements, as well as invoices submitted before required federal tax forms are submitted by the vendor, are not subject to the November 8, 2004 Order or its special dispute resolution process.  Nothing in this letter impacts DCPS's position, and DCPS reserves the right to challenge any requested dispute resolution proceeding relating to invoices not expressly subject to the Court's November 8, 2004 Order.

cc:  Dr. Phyllis B. Harris, Deputy Chancellor for Special Education
Christal Mims-Williams, Office of General Counsel
University Legal Services

Case 1:05-cv-01437-RMU   Document ??-?   Filed 05/??/2008   Page 9 of 65

District of Columbia Public Schools
Office of Special Education

## Billing Summary Cover Sheet

School/Vendor: _____ Pney McLean

Invoice No.: 4,900.00   Period Of Service: 12-9-02

Amount Cancelled: _____

| Student's Name | Payment Amount | Student's Name | Payment Amount |
|---|---|---|---|
| Renevenes | 4,250.00 | | |
| Billy Jele | | | |

Note: charge the Total payment amount from one student to the

Is this a _____ Bill? Yes __ No __

Is this a _____ Bill? Yes __ No __   Bill (Both)

Original Invoice Amount: 4,350.00

Past Due Invoice Amount: 1,550.00

Pay This Amount: _____

Reviewed By: _____   Date: _____

Approved By: _____   Date: _____

Processed By: _____   Title: _____

Approved By: _____   Date: _____



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**Office of Special Education**

## Billing Dispute Form
**(Individual Student Form)**

School/Vendor: Melanie Davis                     Date: 7/24/08
Student:      Ari Jackson-Pitts
Period of Service:  6/16-20/08                    Invoice No:  62008Pitts

### Reason For Dispute

| | | | |
|---|---|---|---|
| | Student's name and/or date of birth not included | | Student's DCPS ID not included |
| | Number of days billed not included | | Tuition rate & time period (semester, month, etc) not included |
| | Dates of attendance not included for each student | | Student's Medicaid number not included |
| | Related service(s) are not approved based on the IEP | | No itemization of related services, including unit of service, frequency of service and rate per hour (if charges are not bundled) |
| | There is no documentation available to support the student's placement | | Student was unilaterally placed |
| | 1:1 service (dedicated aide) is not on the IEP/not approved by DCPS | | Service(s) not related to education |
| | Student is no longer a DC resident | | Transportation is provided by DCPS/outside transportation is not approved |
| | Student not identified as eligible for special education services (regular education) | | Student has been given another school placement (date and name of location) |
| | No documentation of educational testing provided to student | | There were no other evaluation/reports reviewed by DCPS |
| | Billing exceeds contracted amount for service(s) | | Service(s) not authorized by existing contract |
| | Student did not attend for the stated period Give period | X | Other (explain below) |

<u>The disputed charges on the subject invoice are inappropriate and cannot be approved for payment based on current documentation.  You have not provided documentation that the services invoiced have been substantiated by an Individual Education Program, Court Order, or Settlement Agreement that obligates DCPS to fund the services provided.</u>

Original Amount: $950.00

Disputed Amount: $950.00

Pay This Amount: $0

Reviewed by:  Shauntell Harley  7/24/08

Supervisor Signature:

Case 1:06-cr-01675-RB... Document 17-2 Filed 03/09/... Page 1 of 65

Office of Special Collection

## Billing Summary Cover Sheet

Provider Number _____

Invoice No. _____  Period of Service _____

☐ Approved for Full Payment

| Statement Name | Statement Amount | Statement Name | Disputed Amount |
|---|---|---|---|

Please charge this invoice payment to project allocations as listed below:

Original Invoice Amount _____

Total Dispute Amount _____

Pay This Amount _____

Reviewed By _____  Date _____

Approved By _____  Date _____

Approved By _____  Date _____

Processed By _____  Date _____



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**Office of Special Education**

## Billing Dispute Form
### (Individual Student Form)

School/Vendor: Melanie Davis                    Date: 7/24/08
Student:        Ari Jackson-Pitts
Period of Service: 6/23-28/08                   Invoice No: 62808Pitts

### Reason For Dispute

| | | |
|---|---|---|
| | Student's name and/or date of birth not included | Student's DCPS ID not included |
| | Number of days billed not included | Tuition rate & time period (semester, month, etc) not included |
| | Dates of attendance not included for each student | Student's Medicaid number not included |
| | Related service(s) are not approved based on the IEP | No itemization of related services, including unit of service, frequency of service and rate per hour (if charges are not bundled) |
| | There is no documentation available to support the student's placement | Student was unilaterally placed |
| | 1:1 service (dedicated aide) is not on the IEP/not approved by DCPS | Service(s) not related to education |
| | Student is no longer a DC resident | Transportation is provided by DCPS/outside transportation is not approved |
| | Student not identified as eligible for special education services (regular education) | Student has been given another school placement (date and name of location) |
| | No documentation of educational testing provided to student | There were no other evaluation/reports reviewed by DCPS |
| | Billing exceeds contracted amount for service(s) | Service(s) not authorized by existing contract |
| | Student did not attend for the stated period Give period | X Other (explain below) |

<u>The disputed charges on the subject invoice are inappropriate and cannot be approved for payment based on current documentation. You have not provided documentation that the services invoiced have been substantiated by an Individual Education Program, Court Order, or Settlement Agreement that obligates DCPS to fund the services provided.</u>

Original Amount: $950.00

Disputed Amount: $950.00

Pay This Amount: $0

Reviewed by: Shauntell Harley  7/24/08

Supervisor Signature:

Case 1:05-cr-01972-Ran    Document 575    Filed 06/22/06    Page 13 of 65

District of Columbia Public Schools
Office of Special Education

Billing Summary Cover Sheet

School/Vendor _____

Invoice No. _____ Period of Service _____

On behalf of for Full Payment

| Student Name | Disputed Amount | Signature Name | Disputed Amount |
|---|---|---|---|
|  | $ |  |  |
|  |  |  |  |

| | | |
|---|---|---|
|  |  |  |
|  |  |  |

Original Invoice Amount: $_____

Total Dispute Amount: $_____

Pay This Amount: $_____

Received By: _____ Date: _____

Approved By: _____ Date: _____

Approved By: _____ Date: _____

Approved By: _____ Date: _____



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**Office of Special Education**

## Billing Dispute Form
### (Individual Student Form)

School/Vendor: Melanie Davis                  Date: 7/24/08
Student:      Ari Jackson-Pitts
Period of Service: 6/9-13/08                   Invoice No: 61308Pitts

### Reason For Dispute

| | | | |
|---|---|---|---|
| | Student's name and/or date of birth not included | | Student's DCPS ID not included |
| | Number of days billed not included | | Tuition rate & time period (semester, month, etc) not included |
| | Dates of attendance not included for each student | | Student's Medicaid number not included |
| | Related service(s) are not approved based on the IEP | | No itemization of related services, including unit of service, frequency of service and rate per hour (if charges are not bundled) |
| | There is no documentation available to support the student's placement | | Student was unilaterally placed |
| | 1:1 service (dedicated aide) is not on the IEP/not approved by DCPS | | Service(s) not related to education |
| | Student is no longer a DC resident | | Transportation is provided by DCPS/outside transportation is not approved |
| | Student not identified as eligible for special education services (regular education) | | Student has been given another school placement (date and name of location) |
| | No documentation of educational testing provided to student | | There were no other evaluation/reports reviewed by DCPS |
| | Billing exceeds contracted amount for service(s) | | Service(s) not authorized by existing contract |
| | Student did not attend for the stated period Give period | X | Other (explain below) |

<u>The disputed charges on the subject invoice are inappropriate and cannot be approved for payment based on current documentation.  You have not provided documentation that the services invoiced have been substantiated by an Individual Education Program, Court Order, or Settlement Agreement that obligates DCPS to fund the services provided.</u>

Original Amount: $950.00

Disputed Amount: $380.00

Pay This Amount: $570.00

Reviewed by:  Shauntell Harley  7/24/08

Supervisor Signature:

Exhibit D

Subj:     **AJP invoices**
Date:     8/18/2008 4:53:23 PM Eastern Daylight Time
From:     aleone@lovaas.com
To:       ajackson235@aol.com

Hi Leslie,
Here is the invoice that is past due since 2/8/07. Please let me know
if you have any more questions. I did find some of the communications
that you have had with Becky when she was here. I will also resubmit
the invoice to DC public schools. Please let me know if you have any
more questions or need any more assistance in this matter.

Amoni Leone
Human Resources Manager
Lovaas Institute
57 Haddonfield Road
Suite 110
Cherry Hill, NJ 08034
Phone: 856-616-9442 x112
aleone@lovaas.com
http://www.lovaas.com

*******************************************
Lovaas Institute Internet Resources:
Web: www.lovaas.com
Free Newsletter: www.lovaas.com/meetingpoint-register.php
*******************************************

# Invoice

# Lovaas Institute

Remittance

Lovaas Institute
57 Haddonfield Road, Suite 110
Cherry Hill, NJ 08002
Attn: Cyndi McEwan
Direct your payments and questions
Suite McEwan
856-616-9442 x110
smilewian@lovaas.com

Invoice #

Service Date

Invoice Date
Issue Date
216-2007

Consultant/Supervisor

## Service Fees

| Start Date | End Date | Bill To | Units/Miles | Billable Expense Total | Unit Rate | Unit Measure | | Service Total |
|---|---|---|---|---|---|---|---|---|
| 216-2007 | 216-2007 | DC Public Schools | | | | 1 Hour Instruction | Service Instruction | $251.85 |

Anticipated Service Pmts. Billed To

## Related Expenses

| Start Date | End Date | Expense Type | Units/Miles | Billable Expense Total | | Start Date | End Date | Expense Type | Units/Miles | Unit Rate | Expense Total |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Current Invoice Description

## Account Summary

Current Unallocated

Current Unallocated

Current Balance

PAST DUE

Total Due    $251.85

Exhibit E

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, *et al.*,                     :

        *Plaintiffs,*                 :    Civil Action No.: 05-1875 (RMU)

        v.                            :    Document No.:    14

DISTRICT OF COLUMBIA, *et al.*              :

        *Defendants.*                 :

### PLAINTIFF'S MOTION FOR CONTEMPT ORDER
### AND SANCTIONS

Plaintiff AJP move pursuant to Rule 7 of the Federal Rules of Civil Procedure for an order holding Defendants in contempt of this Court's Orders of September 26, 2005, September 30, 2005, and October 10, 2006 and requiring Defendants to comply, forthwith, with those Orders and to sanction Defendants conduct by:

1.    Setting aside this Court's October 10, 2006 Order establishing payment of service provider invoices pursuant to the *Petties* Order;

2.    Ordering Defendants to pay providers out of pocket costs and expenses associated with Defendant's disputes and untimely payments; and

3.    Ordering any other relief appropriately determined by this Court.

The grounds for Plaintiff A.J.P.'s Motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

Leslie T. Jackson, pro se
235 Oglethorpe Street, N.W.
Washington, D.C. 20011
(202) 368-8608

## Certificate of Service

I, Leslie T. Jackson, do hereby certify that a copy of the foregoing was sent by U.S. mail this 29th day of August 2008 to: Veronica Porter, 441 Fourth Street, N.W., Suite 630, Washington, D.C. 20001.

Leslie T. Jackson

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BETTY LASTER, *et al.*,                                    :
                                                          :
                    *Plaintiffs,*                         :          Civil Action No.: 05-1875 (RMU)
                                                          :
          v.                                              :          Document No.:        14
                                                          :
DISTRICT OF COLUMBIA, *et al.*                            :
                                                          :
                    *Defendants.*                         :

<u>**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT
ORDER AND SANCTIONS**</u>

On August 12, 2005 Plaintiff Leslie Jackson (hereinafter referred to as "Jackson") informed Defendant DCPS that she disagreed with the IEP developed on that date and disagreed with DCPS' proposed placement for her son, A.J.P. at Barnard. On August 26, 2005, Jackson asserted her son's Stay Put right to remain in his current placement, an inclusion program at Stoddert ES. On August 29, 2005, DCPS refused to admit A.J.P. to the Stoddert Program, and thereafter, refused to develop an interim Stay Put Program for A.J.P. Jackson filed an administrative due process complaint on September 8, 2005, in which she again asserted her son's Stay Put right. On September 22, 2005, Jackson filed suit in this Court seeking Stay Put injunctive relief.

This Court granted Jackson's motion on September 26, 2005. On September 30, 2005, this Court ordered that Defendants fund all services required by A.J.P.'s 2004 Transition Plan and August 2004 IEP. On November 25, 2005, Plaintiff A.J.P. moved the Court for Order of Contempt based on Defendants refusal to pay invoices pursuant to this Court's September 30, 2005 Order.

3

In early 2006, Defendants moved this Court for modification of the September 30, 2005 Order to permit payment of service provider invoices under the *Petties[1]* case and Order (unpublished opinion of this Court under civil action number 95-0148 (PLF)). On October 10, 2006, this Court granted the motion. The *Petties* Order required Defendant's to pay all invoices submitted by service providers under the following terms (compressed):

1.    If provider submits invoice by 5th of the month, payment is received on the 5th of the next month;

2.    If provider submits invoice by15th of the month, payment is received on the 15th of the next month; and

3.    Defendants may dispute invoices if the invoices are inconsistent with this Court's Order of September 30, 2005.

The *Petties* Order is not relevant to this case. The dispute mechanism under *Petties* did not contemplate an Order such as the Order fashioned by this Court on September 30, 2005. Disputes in the *Petties* Order are driven solely by service providers. This Court Ordered Jackson responsible for selection of service providers in accordance with this Court's September 30, 2005 Order. Defendants have refused to provide Jackson with copies of dispute letters to providers. Application of the *Petties* Order to this case is in conflict with the letter and spirit of this Court's September 30, 2005 Order. This case is not appropriate for governance under the *Petties* case.

Defendants have disputed and/or refused to pay invoices submitted by A.J.P.'s service providers without legal basis. Exhibits A through W (Defendants letters of dispute establishing a pattern, Letter of Counsel for Defendants acknowledging

4

nonpayment, letter from provider stating nonpayment, correspondence from Jackson to Defendants regarding refusals to pay invoices, IEP, Transition Plan, Extended School Year form accompanying 2004 IEP, Affidavit and Letter of Melanie Davis and provider invoices.

Plaintiff Jackson accordingly ask this Court to hold Defendants in contempt of the Court's Orders and order Defendants to pay, forthwith, all invoices submitted by A.J.P.'s service providers and to sanction Defendants conduct by:

1.    Setting aside the October 10, 2006 Order establishing payment of invoices under the *Petties* Order;

2.    Order Defendants to pay providers out of pocket costs and expenses associated with Defendant's untimely payments;

3.    Ordering any other relief appropriately determined by this Court.

Respectfully submitted,

Leslie T. Jackson, pro se
235 Oglethorpe Street, N.W.
Washington, D.C. 20011
(202) 368-8608

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY LASTER, *et al.*,                    :
                                           :
                    *Plaintiffs,*          :        Civil Action No.: 05-1875 (RMU)
                                           :
            v.                             :        Document No.:       14
                                           :
DISTRICT OF COLUMBIA, *et al.*             :
                                           :
                    *Defendants.*          :

## ORDER

Upon consideration of Plaintiff A.J.P.'s Motion for Contempt and for Sanctions

and any opposition thereto, it is this _____ day of _____, 2008

**ORDERED** that the motion is **GRANTED**.


                                           _____
                                           RICARDO M. URBINA
                                           United States District Judge



MARTIN LUTHER KING JR PO
WASHINGTON, District of Colu
200439998
1050050238 -0095
08/14/2007    (202)523-2001    0

Sales Receipt
Product                    Sale  Unit
escription                 Qty  Price

ASHINGTON DC 20002
one-1 First-Class
etter
2.30 oz.
Return Rcpt (Green Card)
ertified
abel #:        7007022000025

Issue PVI:

tal:                            $5.55

id by:
sh
ange Due:                       $5.75
                                -$0.20

der stamps at USPS.com/shop or call
300-Stamp24.  Go to USPS.com/clicknship
print shipping labels with postage.
other information call 1-800-ASK-USPS

l#: 1000502938601  YOUR RECENT
      TELL US ABOUT POSTAL EXPERIENCE

ts Invoice to DCPS for **Pages:**      2
tion

☐ Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Notes:** See signed bill. Thank you.

# Invoice

Federal Tax ID:        95-4548729

| | | | | |
|---|---|---|---|---|
| Invoice # | 59610/1 | Child | Ari Jackson-Pitts | Billed To |
| Service Date | 2/8/2007 - 2/8/2007 | External ID | | |
| Invoice Date | 8/14/2007 | Diagnosis 1 | | |
| Due Date | 10/13/2007 | Diagnosis 2 | | |
| Consultant/Supervisor | | | Soni Hess | |

**Remittance**

Ken Butler c/o LIFE
52 Haddonfield-Berlin Road, Suite 1000
Cherry Hill, NJ 08034
*Credit card payments and questions*
Ken Butler
856-616-9442 x118
kenbutler@lovaas.com

## Service Fees

| Start Date | End Date | Bill To | Units | Unit Rate | Unit Measure | Service Type | Service Total |
|---|---|---|---|---|---|---|---|
| 2/8/2007 | 2/8/2007 | DC Public Schools | 1.5 | $167.90 | 1-Hour Increments | Special Instruction | $251.85 |

## Related Expenses

| Start Date | End Date | Expense Type | Units/Miles | Unit Rate | Expense Total | Start Date | End Date | Expense Type | Units/Miles | Unit Rate | Expense Total |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Current Invoice Description

Service total includes $3.10 for mileage expenses incurred.

## Account Summary

| Current Units/Hours | Current Service | Current Expense | Total Due |
|---|---|---|---|
| 1.5 | $251.85 | $0.00 | $251.85 |

EXhibit F

## EXTENDED SCHOOL YEAR SERVICE FORM

| | |
|---|---|
| **Student Name:** Ari Jackson - Pitts | **DOB:** 8/12/01   **Grade:** 32 |
| **ID:** 9120266 | **Disability:** Developmentally delayed |

**Home Address:** 235 Oglethorpe St. NW, Washington DC 20011

**Parent/Guardian:** Leslie Jackson + Darryl Pitts     **Telephone (w/h/c)**

**Winter School:** Stoddert ES     **Principal:** Sheena Tuckson     **Telephone #:** (202) 282 0143

**Special Education Teacher:** Irene Taguian

---

**Special Education Goals and Objectives for ESY**

**Goals and objectives from the IEP which are to be specifically addressed during ESY are:**

| Annual Goals (s) and Objective (s) | Activity (ies) |
|---|---|
| Write a complete objective from the IEP that meets the area checked. | Describe the **activities** in which the student did not make critical life skills progress in the areas below. |
| 1. Goal Area: __ Reading __ Math __ Written Expression ✓cognitive<br>Annual Goal: Ari will demonstrate measurable growth in cognitive skills with 80% accuracy.<br>Objective: Ari will be able to find matching toy from group of 3 toys upon request | 24.25 hrs/week |
| 2. Goal Area: __ Reading __ Math __ Written Expression ✓cognitive<br>Annual Goal:<br><br>Objective: Ari will be able to identify basic shapes by giving or touching with 80% accuracy | 24.25 hrs/week |
| 3. Goal Area: __ Reading __ Math __ Written Expression ✓cognitive<br>Annual Goal:<br><br>Objective: Ari will be able to match 2-3 animals to their corresponding sounds or noises with 80% accuracy | 24.5 hrs/week |

**Specialized Instruction Total Hours:**
____ Reading   ____ Math   ____ Written Expression

| Related Service Providers Only | Skills Area (s) (Specify and indicate hours per service) |
|---|---|
| 4. Goal Area: ✓ Sp/Lang __OT __PT __APE __ Coun. __O/M<br>Annual Goal: Ari will increase his receptive and expressive language skills.<br>Objective: Ari will attend to an activity for 5 minutes | 2.25 Hours/week |
| 5. Goal Area: ✓ Sp/Lang __OT __PT __APE __ Coun. __O/M<br>Annual Goal:<br><br>Objective: Ari will execute oral motor activities | ____ Hours |
| 6. Goal Area: __ Sp/Lang ✓OT __PT __APE __ Coun. __O/M<br>Annual Goal: Ari will improve fine/sensory motor skills and self-help skills to enhance school performance<br>Objective: as evidenced by successful completion of the below stated objectives with 80% accuracy | Objective (1) Trace and form letters in various textures and mediums with minimum assistance and redirection<br>1 Hours/week |

**Transportation:** __ No     ✓ Yes: __ Bus __ Token __ Fare Card
**(Must attach Summer Transportation Form.)**

**Health/Medical Concerns:** (List, unless specified on the attached transportation form.)

**Principal:** Sheena Tuckson     **Date:** 5/26/05

## EXTENDED SCHOOL YEAR SERVICE FORM

| | |
|---|---|
| **Student Name:** Ari Jackson-Pitts | **DOB:** 8/12/01  **Grade:** 3? |
| **ID:** 9120266 | **Disability:** Developmentally Delayed |
| **Home Address:** 235 Oglethorpe St. NW Washington DC 20011 | |
| **Parent/Guardian:** Leslie Jackson and Darryl Pitts  **Telephone (w/h/c)** | |
| **Winter School:** Stoddert ES  **Principal:** Sheena Tuckson  **Telephone #:** (202) 282043 | |
| **Special Education Teacher:** Irene E. Taguian | |

**Special Education Goals and Objectives for ESY**

**Goals and objectives from the IEP which are to be specifically addressed during ESY are:**

| Annual Goals (s) and Objective (s) | Activity (ies) |
|---|---|
| Write a complete objective from the IEP that meets the area checked. | Describe the **activities** in which the student did not make critical life skills progress in the areas below. |
| 1. Goal Area: __ Reading __ Math __ Written Expression<br>Annual Goal:<br><br>Objective: | |
| 2. Goal Area: __ Reading __ Math __ Written Expression<br>Annual Goal:<br><br>Objective: | |
| 3. Goal Area: __ Reading __ Math __ Written Expression<br>Annual Goal:<br><br>Objective: | |

**Specialized Instruction Total Hours:**
_____ Reading _____ Math _____ Written Expression

| Related Service Providers Only | Skills Area (s) (Specify and indicate hours per service) |
|---|---|
| 4. Goal Area: __ Sp/Lang __OT __PT __APE __ Coun. __O/M<br>Annual Goal:<br><br>Objective: | _____ Hours |
| 5. Goal Area: __ Sp/Lang __OT __PT __APE __ Coun. __O/M<br>Annual Goal:<br><br>Objective: | _____ Hours |
| 6. Goal Area: __ Sp/Lang ✓OT __PT __APE __ Coun. __O/M<br>Annual Goal:<br><br>Objective: (C2) Perform coloring/writing tasks while laying prone on his elbows with minimum assistance | 1 Hours |

**Transportation:** __ No *and up to 5 minutes.*  ✓ Yes: __ Bus __ Token __Fare Card
**(Must attach Summer Transportation Form.)**

Health/Medical Concerns: (List, unless specified on the attached transportation form.)

**Principal:** Sheena Tuckson          **Date:** 5/26/05

Exhibt 6

# VERIFICATION OF SERVICES

### Due July 20, 2006 (ESY)
### Due July 24, 2006 (Comp. Ed)

| | | |
|---|---|---|
| Student _An Jackson - Pitts_ | DOB _8/2/01_ | |
| Summer School _Bridges PCS_ | Home School _Bridges PCS_ | Grade _PK_ |
| Check one only: _✓_ Compensatory Education | _✓_ Extended School Year | |

Please attached the below listed items to this form.

_____ Compensatory Education Plan  and/or  _____ Extended School Year Addendum

_____ Final Report Card

## COMPLETE FOR RENDERED SERVICES

All special education teachers and related service providers are to use the same VOS form per student.  Attach additional pages if necessary.  Use a separate form if a student is receiving both compensatory services and extended school year services.

| PROVIDER | SERVICE | TOTAL HOURS | DATE |
|---|---|---|---|
| Occupational Therapist | OT | 1 hour/week | 7/27/06 |
| Speech - Language Pathologist | Speech/Language | 2.25 hours/week | 7/27/06 |
| Special Education Teacher | Specialized Instruction | 24.5 hours/week | 7/27/06 |
| | | | |
| | | | |
| | | | |

Verification by Summer School Administrators

_____          _____
Signature                                              Date

**Documentation to Verify Services**
·Attach the regular report card for students with a disability (SWAD) acquiring Carnegie Units behind the VOS and in front of the ESY or Comp. Ed. form and special education summer report card.

Attach the summer school report card behind the VOS in front of the ESY or Comp. Ed. form.

Prepare two sets per student for distribution to the following:

~ One set for the parent taken home by the student or mailed.
~ One set sent to the home school addressed to the principal.

A copy of the verification of services (VOS) form for each student is to be submitted to the Office of Special Education by noon on July 20, 2006 (ESY) and July 24, 2006 (Comp. Ed).

Exhibit H



DISTRICT OF COLUMBIA

**Division of Special Education**
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
(202) 442-4800, fax: (202) 442-5518
www.k12.dc.us

July 22, 2005

Dear Parent/Guardian,

This letter is to inform you that your child Ari Julian Jackson-Pitts is entitled to receive one additional week of summer services at Tubman Elementary School. **These services will take place from August 1, 2005 through August 5, 2005.** _**The last day of the summer program is August 5, 2005.**_

Please note, that if your child is currently being transported, he/she will continue to be transported throughout the final week of the summer program. If your child is currently walking to school, then he/she will continue to do so. In the event that you may have a concern regarding transportation, please direct all calls to Maureen Anderson and/or Amy Barrow in the Office of Transportation at 202-576-6228.

If you should have any questions, please do not hesitate to contact the summer school principal, special education coordinator or teacher at your child's school. If unable to reach the school, call central office at 202-442-4800 and the receptionist will direct your call to the appropriate staff member.

Respectfully,

Bridgett Morse

Summer School Principal

EXhibit J



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
*Office of Special Education*
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002
202-442-4800, fax: 202-442-5518
www.k12.dc.us

March 25, 2008

Via U.S. Mail

Melanie Davis
5203 Kansas Ave. NW
Washington, D.C. 20011

Invoice #: 02/08Pitts
Disputed Amount: $190.00

Dear Provider:

The Office of Special Education, District of Columbia Public Schools has reviewed your invoice for services provided to Ari Jackson-Pitts. Please be advised that the District of Columbia Public Schools is disputing $190.00 of your invoice # 02/08Pitts for Dedicated Aide and Specialized Instruction Services provided due to the following reasons:

The disputed charges on the subject invoice are inappropriate and cannot be approved for payment. The documentation provided miscalculated the total dollar amount for services provided.[1]

If you wish to challenge this determination, you must submit a written explanation, including supporting documentation, for the unapproved charges no later than April 11, 2008. Please reference the DCPS Invoice Number (noted above) in your response. If your challenge relates to charges for related services incurred during a student's absence, you must include verification of costs incurred by you for those services.

Your written response must be provided to the OFFICE OF SPECIAL EDUCATION via United States mail or hand-delivery. Responses should be mailed or delivered to THE OFFICE OF SPECIAL EDUCATION, ATTENTION: MR. GREGORY HALL, 825 NORTH CAPITOL STREET, N.E., 6TH FLOOR, WASHINGTON, D.C. 20002.

Please DO NOT transmit your response to this request via facsimile. If you have any questions or require additional information, please contact MR. GREGORY HALL at (202) 442-5490.

Thank you in advance for your attention to this matter.

Very truly yours,

Gregory W. Hall
Office of Special Education

---

[1]    A special dispute resolution process exists for invoices subject to Judge Friedman's November 8, 2004 Order in *Petties v. District of Columbia* (D.D.C. No. 95-0148). DCPS takes the position that certain invoices, including invoices relating to unilateral placements, as well as invoices submitted before required federal tax forms are submitted by the vendor, are not subject to the November 8, 2004 Order or its special dispute resolution process. Nothing in this letter impacts DCPS's position, and DCPS reserves the right to challenge any requested dispute resolution proceeding relating to invoices not expressly subject to the Court's November 8, 2004 Order.

*Children First*

Dr. Phyllis B. Harris, Deputy Chancellor for Special Education
Christal Mims-Williams, Office of General Counsel
University Legal Services



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Billing Dispute Form
### (Individual Student Form)

School/Vendor: Melanie Davis          Date: 3/19/08
Student:     Ari Jackson-Pitts
Period of Service:  2/2629/08          Invoice No:  02/08Pitts

### Reason For Dispute

| | | | |
|---|---|---|---|
| | Student's name and/or date of birth not included | | Student's DCPS ID not included |
| | Number of days billed not included | | Tuition rate & time period (semester, month, etc) not included |
| | Dates of attendance not included for each student | | Student's Medicaid number not included |
| | Related service(s) are not approved based on the IEP | | No itemization of related services, including unit of service, frequency of service and rate per hour (if charges are not bundled) |
| | There is no documentation available to support the student's placement | | Student was unilaterally placed |
| | 1:1 service (dedicated aide) is not on the IEP/not approved by DCPS | | Service(s) not related to education |
| | Student is no longer a DC resident | | Transportation is provided by DCPS/outside transportation is not approved |
| | Student not identified as eligible for special education services (regular education) | | Student has been given another school placement (date and name of location) |
| | No documentation of educational testing provided to student | | There were no other evaluation/reports reviewed by DCPS |
| | Billing exceeds contracted amount for service(s) | | Service(s) not authorized by existing contract |
| | Student did not attend for the stated period Give period | X | Other (explain below) |

The disputed charges on the subject invoice are inappropriate and cannot be approved for payment based on current documentation.  Invoice was partially disputed due to a miscalculation of the number of hours vendor provided service.

Original Amount: $950.00

Disputed Amount: $190.00

Pay This Amount: $760.00

Reviewed by:  Shauntell Harley  3/19/08

Supervisor Signature:

Downloaded from... ... ... ...

District of Columbia Public Schools
Office of Special Education

## Billing Summary Cover Sheet

School/Vendor: _____

Invoice No. _____ Period of Service: _____

☐ Approved for Full Payment

| | Students Name | Disputed Amount | | Students Name | Disputed Amount |
|---|---|---|---|---|---|
| | N. Patterson | $180.00 | 5 | | |
| | | | 6 | | |
| | | | 7 | | |

Please make this invoice payment to organization source as listed below

Original Invoice Amount: $150.00

Total Dispute Amount: $180.00

Pay This Amount: $150.00

Reviewed By: _____ Date: _____

Approved By: _____ Date: _____

Approved By: _____ Date: 3/05/03

Approved By: _____ Date: _____

## INVOICE

**BILL TO:** District of Columbia Public Schools
Office of Chief Financial Officer
Special Education Invoices
P. O. Box 75047
Washington, D. C.  20002

**ATTN:** Accounts Payable Supervisor or Angie

Phone:  202-442-5333 or 202-442-5240

**STUDENT:**  Ari Jackson-Pitts
**STUDENT ID#:** 9120266
**DATES OF SERVICE:**  Feb.25 2008 thru Feb. 29, 2008
**FROM:**  Melanie Davis  SS#    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
5203 Kansas Ave. N. W.
Washington, D. C.  20011

**SERVICE& TIME** Aide 9:00-3:00
Special Instructor 3:00-6:00
**RATE:**      $20.00 per hour
**COST:** $950.00

950.00

Any questions, I can be reached on 202-291-3417.

RECEIVED

OFFICE OF

# TIME SHEET

**STUDENT NAME:** Ari Jackson-Pitts

**STUDENT NUMBER:** 9120266

**NAME OF SPECIAL INSTRUCTOR and AIDE:** Melanie Davis  SS# 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

| DATES | TIME IN | TIME OUT | HOURS |
|-------|---------|----------|-------|
| Feb.25,2008 | 8:30am | 3:00pm | 0  Aide |
| Feb.25 2008 | 3:00pm | 6:00pm | 0   Special Instructor |
| Feb.26,2008 | 8:30am | 3:00pm | 6.5 Aide |
| Feb.26,2008 | 3:00pm | 6:00pm | 3.0 Special Instructor |
| Feb.27,2008 | 8:30am | 3:00pm | 6.5 Aide |
| Feb.27,2008 | 3:00pm | 6:00pm | 3.0 Special Instructor |
| Feb.28,2008 | 8:30am | 3:00pm | 6.5 Aide |
| Feb.28,2008 | 3:00pm | 6:00pm | 3.0 Special Instructor |
| Feb 29,2008 | 8:30 am | 3:00pm | 6.5 Aide |
| Feb 29,2008 | 3:00pm | 6:00pm | 3.0 Special Instructor |

TOTAL HOURS    47.5  HOURS
41.5

Leslie Jackson, Parent

3/3/08

Date

Exhibit K

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last  Jackson-Pitts  First  Ari  MI  J

Student ID  912026  Soc. Sec. No. _____  Age: 3.11  Grade  Pre K

Gender ☒ M ☐ F  Date of Birth  8/12/2001  Ethnic Group  African American

Address  235  Oglethorpe St  NW
House No.     Street Name          Quadrant

Washington  DC  20011
City  State  Zip Code

☐ Non-attending

Attending School  Barnard  Home School  Whittier Elementary

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /
Parent

Address of (if different from student):  ☐ Parent ☐ Guardian ☐ Surrogate

House No.  Street Name
Telephone: Home  202-782-5466  Work  202-727-2744
Quad  Apt. No.  City  State  Zip Code

## II. CURRENT INFORMATION

Date of IEP Meeting:  8/10/2005
Date of Last IEP Meeting:  8/12/2004
Date of Most Recent Eligibility Decision:  8/12/2004

Purpose of IEP Conference:
☐ Initial IEP  ☒ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:  NA

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | | ☒ | TRANSPORTATION |
| ESY | | | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | | | Oral _____ |
| Parent | English | English | English | | Rdg./ Written _____ |
| Home | English | English | English | | Instrument: _____<br>Date: _____ |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | 24.5 | SETTING Gen Ed / SpEd Total | FREQUENCY Hr / Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|---|---|
| Specialized Instru | 00 | 24.00 24.00 Hrs | WK | Special Educator | 8/24/05 | 10 mos |
| Occupational Therapy | | 1.00 1.00 Hrs | WK | Occupational Th | 8/24/05 | 10 mos |
| Speech Language | | 3.05 3.00 Hrs | WK | S and L Therapist | 8/24/05 | 10 mos |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL | | 27.5 27.5 | Hours Per Week | | | | |

## V. Disability(ies)

PDD/Autism

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20% ☐ 21-60% ☒ 61-100%
Percent of time NOT in a Regular Education Setting

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Leslie Jackson

Zondra Johnson

Kellie M. McCants, Ph. D.

Monica Harris, USACSLP  Monica Harris

Richelle Wilson Harvey  Richelle Wilson Harvey, OTR Occup Therap.

(by phone)

_I AGREE_ with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature

Exhibit L

| Student Name | Ari Jackson-Pitts | | Managing School | Whittier | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 912 0266 | DOB 8/12/01 | Attending School | | | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☐ Yes ☑ No

Explanation for removal out of regular education classroom.

Ari requires intensive specialized/individualized instruction

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SETTING SpEd | Total | FREQUENCY Hr./Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| Dedicated Aide | 22.5 | | | HR | W | Aide | 9/1/04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☑ None needed

Timing/Scheduling: _____
Setting: _____
Presentation: _____
Response: _____
Equipment: _____

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☑ Level V  Portfolio: N/A

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☑ Reading
☑ Mathematics
☐ Written Expression
☑ Other: _____
☐ None

☐ Physical/Sensory
☑ Social Emotional
☐ Physical Development

☐ Transition
☐ Vocational
☐ Independent Living
☑ Speech/Language

**Modifications:**
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education | Rejected | Continued School Failure |
| Combined General Ed/Special Ed | Reject | Time away from non disabled peers |
| Out of General Education | Accepted | Impact on self esteem |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Specialized Instruction

Location for Services  Stoddard Inclusion Class

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

Exhibit K



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
*Office of Special Education*
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002
202-442-4800, fax: 202-442-5518
www.k12.dc.us

November 26, 2007

<u>Via U.S. Mail</u>

**Melanie Davis**
**5203 Kansas Ave. NW**
**Washington, D.C. 20011**

**Invoice #s: 10/1-5/07, 10/8-10/07, 10/15-19/07, 10/22-26/07, 10/29/07-11/2/07**
**Disputed Amount: $4,750.00**

Dear Provider:

The Office of Special Education, District of Columbia Public Schools has reviewed your invoice for services provided to Ari Jackson-Pitts. Please be advised that the District of Columbia Public Schools is disputing $4,750.00 of your invoice #s 10/1-5/07, 10/8-10/07, 10/15-19/07, 10/22-26/07, 10/29/07-11/2/07 for Dedicated Aide and Specialized Instruction Services due to the following reasons:

The disputed charges on the subject invoice are inappropriate and cannot be approved for payment. The student is of compulsory school age and is not enrolled in a DCPS approved facility.[1]

If you wish to challenge this determination, you must submit a written explanation, including supporting documentation, for the unapproved charges no later than December 13, 2007. Please reference the DCPS Invoice Number (noted above) in your response. If your challenge relates to charges for related services incurred during a student's absence, you must include verification of costs incurred by you for those services.

Your written response must be provided to the **OFFICE OF SPECIAL EDUCATION** via United States mail or hand-delivery. Responses should be mailed or delivered to **THE OFFICE OF SPECIAL EDUCATION, ATTENTION: MR. GREGORY HALL, 825 NORTH CAPITOL STREET, N.E., 6TH FLOOR, WASHINGTON, D.C. 20002.**

Please **DO NOT** transmit your response to this request via facsimile. If you have any questions or require additional information, please contact **MR. GREGORY HALL** at (202) 442-5069.

Thank you in advance for your attention to this matter.

Very truly yours,

Gregory W. Hall
Office of Special Education

---

[1]    A special dispute resolution process exists for invoices subject to Judge Friedman's November 8, 2004 Order in *Petties v. District of Columbia* (D.D.C. No. 95-0148). DCPS takes the position that certain invoices, including invoices relating to unilateral placements, as well as invoices submitted before required federal tax forms are submitted by the vendor, are not subject to the November 8, 2004 Order or its special dispute resolution process. Nothing in this letter impacts DCPS's position, and DCPS reserves the right to challenge any requested dispute resolution proceeding relating to invoices not expressly subject to the Court's November 8, 2004 Order.

*Children First*

cc: Dr. Marla C. Oakes, Executive Director, Office of Special Education
Stephanie Ramjohn Moore, Office of General Counsel
University Legal Services

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Billing Dispute Form
### (Individual Student Form)

School/Vendor: Melanie Davis                 Date: 11/26/07
Student:   Ari Jackson-Pitts
Period of Service:  10/1-5/07                 Invoice No:  10/07Pitts

### Reason For Dispute

| | | |
|---|---|---|
| | Student's name and/or date of birth not included | Student's DCPS ID not included |
| | Number of days billed not included | Tuition rate & time period (semester, month, etc) not included |
| | Dates of attendance not included for each student | Student's Medicaid number not included |
| | Related service(s) are not approved based on the IEP | No itemization of related services, including unit of service, frequency of service and rate per hour (if charges are not bundled) |
| | There is no documentation available to support the student's placement | Student was unilaterally placed |
| | 1:1 service (dedicated aide) is not on the IEP/not approved by DCPS | Service(s) not related to education |
| | Student is no longer a DC resident | Transportation is provided by DCPS/outside transportation is not approved |
| | Student not identified as eligible for special education services (regular education) | Student has been given another school placement (date and name of location) |
| | No documentation of educational testing provided to student | There were no other evaluation/reports reviewed by DCPS |
| | Billing exceeds contracted amount for service(s) | Service(s) not authorized by existing contract |
| | Student did not attend for the stated period Give period | X   Other (explain below) |

**The disputed charges on the subject invoice are inappropriate and cannot be approved for payment based on current documentation.  According to District of Columbia Public School records, the student is of compulsory school age and is not enrolled in a District of Columbia Public School approved facility.**

Original Amount: $950.00

Disputed Amount: $950.00

Pay This Amount: $0

Reviewed by:  Shauntell Harley  11/26/07

Supervisor Signature:

**District of Columbia Public Schools**
**Office of Special Education**

**Billing Summary Cover Sheet**

School/Vendor: _Dazy, Malone_

Invoice No: _1671 10/5/07 Date_ Period of Service: _October 2007_

Approved for Full Payment

| # | Students Name | Disputed Amount | | Students Name | Disputed Amount |
|---|---------------|-----------------|---|---------------|-----------------|
| 1 | Ana Pita | 8350.00 | 5 | | |
| 2 | | | 6 | | |
| 3 | | | 7 | | |
| 4 | | | 8 | | |

Please charge this invoice payment to organization code as listed below.

3515(a) _____ 352141

3513(bmh) _____ 3541(QFSA)S _____ 3551(DMH)

Original Invoice Amount: _$350.00_

Total Dispute Amount: _$_

Pay This Amount: _$_

Reviewed By: _____ Date: _11/20/07_

Approved By: _____ Date: _11/20/07_

Approved By: _____ Date: _____

Approved By: _____ Date: _____

# INVOICE

**BILL TO:** District of Columbia Public Schools
Office of Chief Financial Officer
Special Education Invoices
P. O. Box 75047
Washington, D. C. 20002

**ATTN:** Accounts Payable Supervisor or Angie

Phone: 202-442-5333 or 202-442-5240

**STUDENT:** Ari Jackson-Pitts
**STUDENT ID#:** 9120266
**DATES OF SERVICE:** Oct 01 thru Oct 05, 2007
**FROM:** Melanie Davis SS# 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
5203 Kansas Ave. N. W.
Washington, D. C. 20011

**SERVICE& TIME** Aide 9:00-3:00
Special Instructor 3:00-6:00
**RATE:**      $20.00 per hour
**COST:** $950.00

Any questions, I can be reached on 202-291-3417.

RECEIVED
2007 NOV -5 PM 4: 0
OFFICE OF THE
CHIEF FINANCIAL
OFFICER

# TIME SHEET

**STUDENT NAME**: Ari Jackson-Pitts

**STUDENT NUMBER: 9120266**

**NAME OF SPECIAL INSTRUCTOR and AIDE:** Melanie Davis  SS# 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

| DATES | TIME IN | | TIME OUT | HOURS |
|---|---|---|---|---|
| Oct 01, 2007 | 8:30am | 3:00pm | | 6.5 Aide |
| Oct 01,2007 | 3:00pm | 6:00pm | | 3.0 Special Instructor |
| Oct 02, 2007 | 8:30am | 3:00pm | | 6.5 Aide |
| Oct 02,2007 | 3:00pm | 6:00pm | | 3.0 Special Instructor |
| Oct.03,2007 | 8:30am | 3:00pm | | 6.5 Aide |
| Oct 03,2007 | 3:00pm | 6:00pm | | 3.0 Special Instructor |
| Oct 04,2007 | 8:30am | 3:00pm | | 6.5 Aide |
| Oct 04,2007 | 3:00pm | 6:00pm | | 3.0 Special Instructor |
| Oct 05, 2007 | 8:30 am | 3:00pm | | 6.5 Aide |
| Oct 05,2007 | 3:00pm | 6:00pm | | 3.0 Special Instructor |

TOTAL HOURS     47.5   HOURS

Leslie Jackson, Parent

Date  10/5/07

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**Office of Special Education**

## Billing Dispute Form
**(Individual Student Form)**

School/Vendor: Melanie Davis                    Date: 11/26/07
Student:   Ari Jackson-Pitts
Period of Service:  10/8-10/07                   Invoice No:  10/07Pitts

### Reason For Dispute

| | | | |
|---|---|---|---|
| | Student's name and/or date of birth not included | | Student's DCPS ID not included |
| | Number of days billed not included | | Tuition rate & time period (semester, month, etc) not included |
| | Dates of attendance not included for each student | | Student's Medicaid number not included |
| | Related service(s) are not approved based on the IEP | | No itemization of related services, including unit of service, frequency of service and rate per hour (if charges are not bundled) |
| | There is no documentation available to support the student's placement | | Student was unilaterally placed |
| | 1:1 service (dedicated aide) is not on the IEP/not approved by DCPS | | Service(s) not related to education |
| | Student is no longer a DC resident | | Transportation is provided by DCPS/outside transportation is not approved |
| | Student not identified as eligible for special education services (regular education) | | Student has been given another school placement (date and name of location) |
| | No documentation of educational testing provided to student | | There were no other evaluation/reports reviewed by DCPS |
| | Billing exceeds contracted amount for service(s) | | Service(s) not authorized by existing contract |
| | Student did not attend for the stated period Give period | X | Other (explain below) |

**The disputed charges on the subject invoice are inappropriate and cannot be approved for payment based on current documentation.  According to District of Columbia Public School records, the student is of compulsory school age and is not enrolled in a District of Columbia Public School approved facility.**

Original Amount: $950.00

Disputed Amount: $950.00

Pay This Amount: $0

Reviewed by:  Shauntell Harley , 11/26/07

Supervisor Signature:



**District of Columbia Public Schools**
**Office of Special Education**

**Billing Summary Cover Sheet**

School/Vendor: _Davis, Melanie_

Invoice No: _10/8 10/2/01 Both_   Period of Service: _October 2007_

( ) Approved for Full Payment

|  | Students Name | Disputed Amount |  | Students Name | Disputed Amount |
|---|---|---|---|---|---|
| 1 | D. Williams-Roth | $750.00 | 5. | | |
| 2 | | | 6. | | |
| 3 | | | 7. | | |
| 4 | | | 8. | | |

Please charge this invoice payment to organization code as listed below:

3511/13      3511/418  $      3521/41

3531 (NonPS)      3541 (CFSA)S      3551 (DMH)

Original Invoice Amount   $750.00

Total Dispute Amount   $750.00

Pay this Amount   $

Reviewed By: _____   Date: 11/5/07

Approved By: _____   Date: 11/5/07

Approved By: _____   Date: _____

Approved By: _____   Date: _____

# INVOICE

**BILL TO:** District of Columbia Public Schools
Office of Chief Financial Officer
Special Education Invoices
P. O. Box 75047
Washington, D. C. 20002

**ATTN:** Accounts Payable Supervisor or Angie

Phone: 202-442-5333 or 202-442-5240

**STUDENT:** Ari Jackson-Pitts
**STUDENT ID#:** 9120266
**DATES OF SERVICE:** Oct 08 thru Oct 12, 2007
**FROM:** Melanie Davis  SS#   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
5203 Kansas Ave. N. W.
Washington, D. C. 20011

**SERVICE& TIME** Aide 9:00-3:00
Special Instructor 3:00-6:00
**RATE:**        $20.00 per hour
**COST:** $950.00

Any questions, I can be reached on 202-291-3417.

RECEIVED
2007 NOV -5 PM 4: 01
OFFICE OF THE
CHIEF FINANCIAL
OFFICER

# TIME SHEET

**STUDENT NAME**: Ari Jackson-Pitts

**STUDENT NUMBER**: 9120266

**NAME OF SPECIAL INSTRUCTOR and AIDE**: Melanie Davis  SS# 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

| DATES | TIME IN | | TIME OUT | HOURS |
|---|---|---|---|---|
| Oct 08, 2007 | 8:30am | 3:00pm | 6.5 Aide | |
| Oct 08,2007 | 3:00pm | 6:00pm | 3.0 Special Instructor | |
| Oct 09, 2007 | 8:30am | 3:00pm | 6.5 Aide | |
| Oct 09,2007 | 3:00pm | 6:00pm | 3.0 Special Instructor | |
| Oct.10,2007 | 8:30am | 3:00pm | 6.5 Aide | |
| Oct 10,2007 | 3:00pm | 6:00pm | 3.0 Special Instructor | |
| Oct 11,2007 | 8:30am | 3:00pm | 6.5 Aide | |
| Oct 11,2007 | 3:00pm | 6:00pm | 3.0 Special Instructor | |
| Oct 12, 2007 | 8:30 am | 3:00pm | 6.5 Aide | |
| Oct 12,2007 | 3:00pm | 6:00pm | 3.0 Special Instructor | |

TOTAL HOURS      47.5   HOURS

Leslie Jackson, Parent

11/5/07
Date

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Billing Dispute Form
(Individual Student Form)

School/Vendor: Melanie Davis

Student:   Ari Jackson-Pitts

Period of Service:  10/15-19/07

Date: 11/26/07

Invoice No:  10/07Pitts

### Reason For Dispute

| | | | |
|---|---|---|---|
| | Student's name and/or date of birth not included | | Student's DCPS ID not included |
| | Number of days billed not included | | Tuition rate & time period (semester, month, etc) not included |
| | Dates of attendance not included for each student | | Student's Medicaid number not included |
| | Related service(s) are not approved based on the IEP | | No itemization of related services, including unit of service, frequency of service and rate per hour (if charges are not bundled) |
| | There is no documentation available to support the student's placement | | Student was unilaterally placed |
| | 1:1 service (dedicated aide) is not on the IEP/not approved by DCPS | | Service(s) not related to education |
| | Student is no longer a DC resident | | Transportation is provided by DCPS/outside transportation is not approved |
| | Student not identified as eligible for special education services (regular education) | | Student has been given another school placement (date and name of location) |
| | No documentation of educational testing provided to student | | There were no other evaluation/reports reviewed by DCPS |
| | Billing exceeds contracted amount for service(s) | | Service(s) not authorized by existing contract |
| | Student did not attend for the stated period Give period | X | Other (explain below) |

The disputed charges on the subject invoice are inappropriate and cannot be approved for payment based on current documentation.  According to District of Columbia Public School records, the student is of compulsory school age and is not enrolled in a District of Columbia Public School approved facility.

Original Amount: $950.00

Disputed Amount:  $950.00

Pay This Amount: $0

Reviewed by:  Shauntell Harley, 11/26/07

Supervisor Signature:

**District of Columbia Public Schools**
**Office of Special Education**

**Billing Summary Cover Sheet**

School/Vendor: _Davis, Melanie_

Invoice No: _10/15, 10/19/07 Pitts_    Period of Service: _October 2007_

☐ Approved for Full Payment

| | Students Name | Disputed Amount | | Students Name | Disputed Amount |
|---|---|---|---|---|---|
| 1. | A. Jackson Pitts | $950.00 | 5. | | |
| 2. | | | 6. | | |
| 3. | | | 7. | | |
| 4. | | | 8. | | |

Please charge this invoice payment to organization code as listed below.

3511/13 _____    3511-415 $ _φ_    3521/41 _____

3531(NonP)$ _____    3541(CFSA)$ _____    3551 (DMH) _____

Original Invoice Amount: _$950.00_

Total Dispute Amount: $ _950.00_

Pay This Amount: $ _φ_

Reviewed By _[signature]_    Date _[illegible]_

Approved By _[signature]_    Date _11/6/07_

Approved By: _____    Date _____

Approved By: _____    Date _____

## INVOICE

**BILL TO:** District of Columbia Public Schools
Office of Chief Financial Officer
Special Education Invoices
P. O. Box 75047
Washington, D. C.  20002

**ATTN:** Accounts Payable Supervisor or Angie

Phone:  202-442-5333 or 202-442-5240

**STUDENT:**  Ari Jackson-Pitts
**STUDENT ID#:** 9120266
**DATES OF SERVICE:**  Oct 15 thru Oct 19, 2007
**FROM:**  Melanie Davis  SS#   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
5203 Kansas Ave. N. W.
Washington, D. C.  20011

**SERVICE& TIME** Aide 9:00-3:00
Special Instructor 3:00-6:00
**RATE:**        $20.00 per hour
**COST:** $950.00

Any questions, I can be reached on 202-291-3417.

RECEIVED
2007 NOV -5  PM 4: 01
OFFICE OF THE
CHIEF FINANCIAL
OFFICER

## Billing Dispute Form
### (Individual Student Form)

School/Vendor: Melanie Davis          Date: 11/26/07
Student:     Ari Jackson-Pitts
Period of Service:  10/22-26/07       Invoice No:  10/07Pitts

### Reason For Dispute

|  |  |  |  |
|---|---|---|---|
|  | Student's name and/or date of birth not included |  | Student's DCPS ID not included |
|  | Number of days billed not included |  | Tuition rate & time period (semester, month, etc) not included |
|  | Dates of attendance not included for each student |  | Student's Medicaid number not included |
|  | Related service(s) are not approved based on the IEP |  | No itemization of related services, including unit of service, frequency of service and rate per hour (if charges are not bundled) |
|  | There is no documentation available to support the student's placement |  | Student was unilaterally placed |
|  | 1:1 service (dedicated aide) is not on the IEP/not approved by DCPS |  | Service(s) not related to education |
|  | Student is no longer a DC resident |  | Transportation is provided by DCPS/outside transportation is not approved |
|  | Student not identified as eligible for special education services (regular education) |  | Student has been given another school placement (date and name of location) |
|  | No documentation of educational testing provided to student |  | There were no other evaluation/reports reviewed by DCPS |
|  | Billing exceeds contracted amount for service(s) |  | Service(s) not authorized by existing contract |
|  | Student did not attend for the stated period Give period | X | Other (explain below) |

<u>The disputed charges on the subject invoice are inappropriate and cannot be approved for payment based on current documentation.  According to District of Columbia Public School records, the student is of compulsory school age and is not enrolled in a District of Columbia Public School approved facility.</u>

Original Amount: $950.00

Disputed Amount: $950.00

Pay This Amount: $0

Reviewed by:  Shauntell Harley  11/26/07

Supervisor Signature:



**District of Columbia Public Schools**
**Office of Special Education**

**Billing Summary Cover Sheet**

School/Vendor: _Davis, Nolan_

Invoice No: _10/22-10/26/Platt_   Period of Service: _October 2007_

( ) Approved for Full Payment

| | Students Name | Disputed Amount | | Students Name | Disputed Amount |
|---|---|---|---|---|---|
| 1. | Anderson Peter | $ 950.00 | 5. | | |
| 2. | | | 6. | | |
| 3. | | | 7. | | |
| 4. | | | 8. | | |

Please charge this invoice payment to organization code as listed below.

3511/41          3511-41S    ( )        3521/41

3511 (NonPS)          3511 (CRSA)          3551 (DMH)

Original Invoice Amount   $ 950.00

Total Dispute Amount    $ 950.00

Pay This Amount    $

Reviewed By: _____   Date _11/5/07_

Approved By: _____   Date _11/2/07_

Approved By: _____   Date _____

Approved By: _____   Date _____

# INVOICE

**BILL TO:** District of Columbia Public Schools
Office of Chief Financial Officer
Special Education Invoices
P. O. Box 75047
Washington, D. C. 20002

**ATTN:** Accounts Payable Supervisor or Angie

Phone: 202-442-5333 or 202-442-5240

**STUDENT:** Ari Jackson-Pitts
**STUDENT ID#:** 9120266
**DATES OF SERVICE:** Oct 22 thru Oct 26, 2007
**FROM:** Melanie Davis SS# 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
5203 Kansas Ave. N. W.
Washington, D. C. 20011

**SERVICE& TIME** Aide 9:00-3:00
Special Instructor 3:00-6:00
**RATE:**     $20.00 per hour
**COST:** $950.00

Any questions, I can be reached on 202-291-3417.

RECEIVED

2007 NOV -5 PM 4: 01

OFFICE OF THE
CHIEF FINANCIAL
OFFICER

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
Office of Special Education

## Billing Dispute Form
### (Individual Student Form)

School/Vendor: Melanie Davis                    Date: 11/26/07

Student:     Ari Jackson-Pitts

Period of Service:  10/29-11/2/07               Invoice No:  10+11/07Pitts

### Reason For Dispute

| | | | |
|---|---|---|---|
| | Student's name and/or date of birth not included | | Student's DCPS ID not included |
| | Number of days billed not included | | Tuition rate & time period (semester, month, etc) not included |
| | Dates of attendance not included for each student | | Student's Medicaid number not included |
| | Related service(s) are not approved based on the IEP | | No itemization of related services, including unit of service, frequency of service and rate per hour (if charges are not bundled) |
| | There is no documentation available to support the student's placement | | Student was unilaterally placed |
| | 1:1 service (dedicated aide) is not on the IEP/not approved by DCPS | | Service(s) not related to education |
| | Student is no longer a DC resident | | Transportation is provided by DCPS/outside transportation is not approved |
| | Student not identified as eligible for special education services (regular education) | | Student has been given another school placement (date and name of location) |
| | No documentation of educational testing provided to student | | There were no other evaluation/reports reviewed by DCPS |
| | Billing exceeds contracted amount for service(s) | | Service(s) not authorized by existing contract |
| | Student did not attend for the stated period Give period | X | Other (explain below) |

<u>The disputed charges on the subject invoice are inappropriate and cannot be approved for payment based on current documentation.  According to District of Columbia Public School records, the student is of compulsory school age and is not enrolled in a District of Columbia Public School approved facility.</u>

Original Amount: $950.00

Disputed Amount: $950.00

Pay This Amount: $0

Reviewed by:  Shauntell Harley, 11/26/07

Supervisor Signature:



**District of Columbia Public Schools**
**Office of Special Education**

**Billing Summary Cover Sheet**

School/Vendor: _Davis McLane_

Invoice No: _10/29-11/2/07 Pitts_   Period of Service: _Oct./Nov. 2007_

( ) Approved for Full Payment

|   | Students Name | Disputed Amount |   | Students Name | Disputed Amount |
|---|---------------|-----------------|---|---------------|-----------------|
| 1. | A. Johnson-Pitts | $950.00 | 5. | | |
| 2. | | | 6. | | |
| 3. | | | 7. | | |
| 4. | | | 8. | | |

Please charge this invoice payment to organization code as listed below.

3511/13 _____   3511/41$ _____   3521/41 _____

3531 (NonP)$ _____   3541 (CFSA)$ _____   3551 (DMH) _____

Original Invoice Amount: _950.00_

Total Dispute Amount: $ _950_

Pay This Amount: _0_

Reviewed By: _____   Date: _11/5/07_

Approved By: _____   Date: _11/5/07_

Approved By: _____   Date: _____

Approved By: _____   Date: _____

# INVOICE

**BILL TO:** District of Columbia Public Schools
Office of Chief Financial Officer
Special Education Invoices
P. O. Box 75047
Washington, D. C.  20002

**ATTN:** Accounts Payable Supervisor or Angie

Phone:  202-442-5333 or 202-442-5240

**STUDENT:** Ari Jackson-Pitts
**STUDENT ID#:** 9120266
**DATES OF SERVICE:**  Oct 29 thru Nov 2, 2007
**FROM:**  Melanie Davis  SS#   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
5203 Kansas Ave. N. W.
Washington, D. C.  20011

**SERVICE& TIME** Aide 9:00-3:00
Special Instructor 3:00-6:00
**RATE:**      $20.00 per hour
**COST:** $950.00

Any questions, I can be reached on 202-291-3417.



# TIME SHEET

**STUDENT NAME**: Ari Jackson-Pitts

**STUDENT NUMBER**: 9120266

**NAME OF SPECIAL INSTRUCTOR and AIDE**: Melanie Davis  SS# 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

| DATES | TIME IN | | TIME OUT | HOURS |
|---|---|---|---|---|
| Oct 29, 2007 | 8:30am | 3:00pm | | 6.5 Aide |
| Oct 29,2007 | 3:00pm | 6:00pm | | 3.0 Special Instructor |
| Oct 30, 2007 | 8:30am | 3:00pm | | 6.5Aide |
| Oct 30,2007 | 3:00pm | 6:00pm | | 3.0 Special Instructor |
| Oct.31,2007 | 8:30am | 3:00pm | | 6.5 Aide |
| Oct 31,2007 | 3:00pm | 6:00pm | | 3.0 Special Instructor |
| Nov 01,2007 | 8:30am | 3:00pm | | 6.5 Aide |
| Nov 01,2007 | 3:00pm | 6:00pm | | 3.0 Special Instructor |
| Nov 02, 2007 | 8:30 am | 3:00pm | | 6.5 Aide |
| Nov 02,2007 | 3:00pm | 6:00pm | | 3.0 Special Instructor |

**TOTAL HOURS**     47.5   HOURS

Leslie Jackson, Parent

11/5/07
Date