Exhibit L

**LESLIE JACKSON**
235 Oglethorpe Street, N.W.
Washington, D.C. 20011

January 12, 2007

Gregory W. Hall
Office of the Chief Academic Officer
District of Columbia Public Schools
825 North Capitol Street, N.E.,
6th Floor
Washington, D.C. 20002

Re: Invoice #: 11/06 Pitts – Amount: $510.00 (Melanie Davis)
Re: Invoice #:206 Pitts – Amount:#1,490.00 (Laurine Kennedy)

Dear Mr. Hall:

This letter is in response to your letters to Laurine Kennedy and Melanie Davis
concerning services provided to my son under his IEP, ISFP and Federal Court Order.
Laurine and Melanie have asked me to respond to your letters as follows.

As you know, Ari Jackson-Pitts has 27.5 hours for dedicated aide services under his IEP
each week without regard to holidays and days off from school. If you re-review the
invoices you will determine that all of the invoices are within the hours on the IEP taking
into account the holidays and school closing.

Laurine Kennedy submitted invoices for approximately 31.5 hours for most weeks and
her invoices combine and overlap weeks. 31.5 is 4 hours over the time on the IEP or 16
hours over each month. During the month of November school was closed due to
Veterans Day and for the Thanksgiving holiday on two days which meant Ari did not
receive 16.5 hours of dedicated aide services during the month of November 2006 and
did not receive approximately 14.7 hours of special instruction hours during that month.

Laurine Kennedy had to go out of town from November 3 though November 13, 2006.
Laurine returned to work on November 14, 2006. Melanie Davis provided dedicated aide
services and special instruction services during the time period when Laurine was not at
work. Melanie's time was split between 8:30 a.m. to 3:00 p.m. as an aide and from 3:00
p.m. to 6:00 p.m. as a special instructor. Notwithstanding, the 16.5 hours of aide services
covered a majority of that period without regard to the missed special instruction hours.

In the month of December 2006, Laurine was sick and not at work on December 4 and 5
and took off from work on December 26 and December 27, 2006. Melanie Davis and
Mercelle Davis provided the same services as stated above. Additionally, school was

closed on December 25 for the Christmas holiday. Due to the holiday, Ari did not receive dedicated aide service hours and did not receive special instruction service hours.

To recap, due to school closings and holidays, Laurine did not exceed the IEP hours as a dedicated aide and Melanie's hours were adequately covers in those unused special instruction hours and missed as either an aide or special instruction from the November and December 2006 holidays and school closings. The same will hold true in January 2007. I don't believe any of the invoices exceeded the IEP hours under the circumstances. Perhaps your confusion may have come from the coding of Melanie's invoices which inadvertently captioned services as an "aide" instead of special instruction. Kindly treat the invoices as coded special instruction and resubmitted hereto.

With respect to Melanie Davis and Mercelle Davis, they both provide special instruction hours of a combination of 16 hours each week, unless Laurine is absent which is far less than Ari's special instruction hours each week without taking into account holidays and school closings. Ari has not received all of the hours that he is entitled to receive under his Court Ordered IEP, ISFP. I can provide a running tally of the hours not yet provided if that would help but I think you will find if you simply calculate holiday hours missed and school closings the math is in Ari's favor.

Please put all invoices in line for payment promptly. If you have any questions, kindly give me a call on (202) 368-8608 or email at ajackson235@aol.com.

Sincerely,

Leslie Jackson
Parent

Laurine Kennedy

Melanie Davis

Copies to: (blind copies)

EXhibit M



AOL | myAOL | Make AOL My Home Page

# AOL ☻ mail

Hi, ajackson235@aol.com   Sign Out



**Check Mail**    **Write Mail**          Search The Web                    Search  enhanced by Go gle    Settings | Help

**Reply**   **Reply All**   **Forward**   **Keep as New**

Actions ▼  Go    **Delete**   **Spam**

Search Mail
Mail All ▼ 🔍

Check Your
3 Credit Scores!

☀ Today on AOL
✉ New Mail (198)
📁 Old Mail
📁 Sent
📁 IMs
📁 Spam
📁 Recently Deleted
👥 Contacts

▷ My Folders     Manage Folders

AOL  A new home on the
      Web - oh my!

### RE: Ari Jackson Pitts - Laster v. DC, 05-1875

From:  Porter, Veronica (OAG) <veronica2.porter@dc.gov>
To:    ajackson235@aol.com; Harris-Lindsey, Quinne (DCPS-OGC)
       <quinne.harris-lindsey@dc.gov>
Cc:    Taptich, Edward (OAG) <edward.taptich@dc.gov>
Date:  Wed, 5 Dec 2007 12:01 pm

From what I was told, there is no objection to the substance of the vendor's
invoice. As long as DCPS has the appropriate home schooling registration
forms, there should be no problem with your vendor receiving payment.
DCPS will check to make sure they have a copy of the registration papers on
file. It's possible your form was misdirected and the appropriate office may
not have a copy of the form. Ms. Harris-Lindsey is checking on that now.

Veronica A. Porter
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Civil Litigation Division, Equity Section Two
441 Fourth Street, NW, Suite 630
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email:  veronica2.porter@dc.gov

#### CONFIDENTIALITY NOTICE

**This message is being sent by or on behalf of a lawyer. It is intended
exclusively for the individual or entity to which it is addressed. This
communication may contain information that is proprietary, privileged
or confidential or otherwise legally exempt from disclosure. If you are
not the named addressee, you are not authorized to read, print, retain,
copy or disseminate this message or any part of it. If you have
received this mesage in error, please notify the sender immediately by
e-mail and delete all copies of the message.**

**From:** ajackson235@aol.com [mailto:ajackson235@aol.com]
**Sent:** Wednesday, December 05, 2007 11:54 AM
**To:** Porter, Veronica (OAG); Harris-Lindsey, Quinne (DCPS-OGC)
**Subject:** RE: Ari Jackson Pitts - Laster v. DC, 05-1875

I understand from our call today, a registration form was required. I

received the form via fax. The form is the same form I sent to the Superintendent/Chancellor's office in late August. I mailed the form. I have a copy. When I get home I will pull out the copy form. Everyone knew I was home schooling because of the invoices you have paid and I assumed it was because of the notice. Do we need to go into court to address the home school issue?


-----Original Message-----
From: Porter, Veronica (OAG) <veronica2.porter@dc.gov>
To: ajackson235@aol.com
Sent: Tue, 4 Dec 2007 10:41 am
Subject: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

Ms. Jackson:

Per the voice message I just left for you, I'm sending this email to let you know I forwarded your email to the DCPS finance office to expedite payment.

Veronica A. Porter
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Civil Litigation Division, Equity Section Two
441 Fourth Street, NW, Suite 630
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email: veronica2.porter@dc.gov

### CONFIDENTIALITY NOTICE

**This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.**

**From:** ajackson235@aol.com [mailto:ajackson235@aol.com]
**Sent:** Friday, November 30, 2007 2:45 PM
**To:** Porter, Veronica (OAG)
**Subject:** RE: Ari Jackson Pitts - Laster v. DC, 05-1875

See copy of July detailed Order denying DCPS's motion for reconsideration of the judgment. A detailed analysis was set forth in that Order which brought clarification of some relevant points here.

Melanie Davis's invoice submitted via hand delivery to
DCPS on November 5, 2007 for October and the beginning of
November 2007 was disputed and held by Angie of DCPS
Finance (442-5245). Can you please have them put this in line for
payment on time by the court imposed deadline of December 5,
2007. Angie in DCPS Finance is waiting to here she can pay the
invoice from Greg Hall's dispute that my son "is not in DC Public
School". The basis of dispute and withholding of payment in the
letter sent to Ms. Davis.

As you know it is extremely critical that Ms. Davis be paid on time
for continuity of service and school for my son. Withholding
payment impacts my son's education, I just want everyone to know
upfront. Thank you.

Leslie Jackson

Thank you.

-----Original Message-----
From: Porter, Veronica (OAG) <veronica2.porter@dc.gov>
To: ajackson235@aol.com
Cc: Harris-Lindsey, Quinne (DCPS-OGC) <quinne.harris-lindsey@dc.gov>
Sent: Thu, 29 Nov 2007 12:04 pm
Subject: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

I agree that the September 30, 2005, order permits you to select the school
of your choice. The problem is, you refused to inform DCPS where AJP
was being schooled. We had know way of knowing whether AJP was
actually in school, or whether the invoices submitted were for legitimate
services provided "at a school." If he is being home school, why didn't you
just let us know? Your penchant for secrecy has created a problem
unnecessarily.

I'm not familiar with the July, 2006 Court Order that "sets forth in more detail
your choices." Please provide a copy of that Order.

You recently informed me that AJP's vendors were not being paid. I asked
you to provide the name(s) of the vendors, date(s) of service, types of
services provided, and dates when the invoices were submitted to DCPS,
and told you I would look into the matter for you. You never provided that
information to me. If non-payment is still a problem, please comply with my
request. I will be happy to try and resolve this matter for you.

Veronica A. Porter
Assistant Attorney General
Office of the Attorney General for the District of Columbia



AOL | myAOL | Make AOL My Home Page



**AOL ✉ mail**

Hi, ajackson235@aol.com  Sign Out



| Refinance | • Pay Off Debt | Current Offers fr |
| • Cash Out Refinance | • 15-Year Fixed Rates | Refinance $400,0( |
| • Compare Low Rates | • Home Improvement | Refinance $300,0( |
| *Terms & Conditions Apply | | Refinance $200,0( |

Search The Web    Search  |enhanced by Google|    Settings | Help



Search Mail
Mail All

Reply | Reply All | Forward | Keep as New | Actions
Go | Delete | Spam



See Your 2007 CREDIT
SCORE - Free!

☀ Today on AOL
✉ New Mail (198)
📁 Old Mail
📁 Sent
📁 IMs
📁 Spam
📁 Recently Deleted

👥 Contacts

▷ My Folders    Manage Folders


Weight Watchers
Get Started Today!

### RE: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

From: Porter, Veronica (OAG) <veronica2.porter@dc.gov>
To: ajackson235 <ajackson235@aol.com>
Cc: Harris-Lindsey, Quinne (DCPS-OGC) <quinne.harris-lindsey@dc.go
Date: Wed, 5 Dec 2007 3:52 pm

Ms. Jackson:

Unfortunately, Ms. Harris-Lindsey is in an administrative hearir
have been unable to speak to her directly regarding a timeline i
vendor payment. I am cc'ing her on this email. I don't have an
for you at this very moment.

Veronica A. Porter
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Civil Litigation Division, Equity Section Two
441 Fourth Street, NW, Suite 630
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email: veronica2.porter@dc.gov

CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer. It is j
exclusively for the individual or entity to which it is addresse
communication may contain information that is proprietary, privi
confidential or otherwise legally exempt from disclosure. If yo
not the named addressee, you are not authorized to read, print,
copy or disseminate this message or any part of it. If you have
received this mesage in error, please notify the sender immediat
e-mail and delete all copies of the message.
-----Original Message-----
From: ajackson235 [mailto:ajackson235@aol.com]
Sent: Wednesday, December 05, 2007 1:27 PM
To: Porter, Veronica (OAG)
Subject: Re:RE: Ari Jackson Pitts - Laster v. DC, 05-1875

MS PORTER PLEASE LET ME KNOW WHEN PAYMENT PER COURT ORDER WILL I
THERE IS NO LEGAL BASIS FOR NOT PAYING ON TIME?IT MAY BE TIME B/
THIS INCIDENT TO ASK JUDGE TO CHANGE PAYMENT ORDER
THESE EVENTS IMPACT MY SON EDUCATION
 EMAILING FROM PHONE CANNOT CONTROL TYPOS THAT FOLLOWRP AA  NNN

------Original Message------
From: Porter, Veronica (OAG) <veronica2.porter@dc.gov>
To: <ajackson235@aol.com>,"Harris-Lindsey, Quinne (DCPS-OGC)"
<quinne.harris-lindsey@dc.gov>
Cc: "Taptich, Edward  (OAG)" <edward.taptich@dc.gov>
Date: Wed, Dec 5, 2007 12:00 PM
Subject: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

From what I was told, there is no objection to the substance of
vendor's invoice.  As long as DCPS has the appropriate home sch
registration forms, there should be no problem with your vendor
receiving payment.  DCPS will check to make sure they have a cop
registration papers on file.  It's possible your form was misdi
and the appropriate office may not have a copy of the form.  Ms.
Harris-Lindsey is checking on that now.


Veronica A. Porter

Assistant Attorney General

Office of the Attorney General for the District of Columbia

Civil Litigation Division, Equity Section Two

441 Fourth Street, NW, Suite 630

Washington, DC 20001

(202) 724-6651

fax - (202) 727-3625

email:  veronica2.porter@dc.gov


CONFIDENTIALITY NOTICE


This message is being sent by or on behalf of a lawyer.  It is i
exclusively for the individual or entity to which it is addresse
communication may contain information that is proprietary, privi
confidential or otherwise legally exempt from disclosure.  If yo
not the named addressee, you are not authorized to read, print,
copy or disseminate this message or any part of it.  If you have
received this mesage in error, please notify the sender immediat
e-mail and delete all copies of the message.

_____

From: ajackson235@aol.com [mailto:ajackson235@aol.com]
Sent: Wednesday, December 05, 2007 11:54 AM
To: Porter, Veronica (OAG); Harris-Lindsey, Quinne (DCPS-OGC)
Subject: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

I understand from our call today, a registration form was requi
received the form via fax. The form is the same form I sent to
Superintendent/Chancellor's office in late August. I mailed the
have a copy. When I get home I will pull out the copy form. Ev
knew I was home schooling because of the invoices you have paid
assumed it was because of the notice. Do we need to go into cou
address the home school issue?

-----Original Message-----
From: Porter, Veronica (OAG) <veronica2.porter@dc.gov>
To: ajackson235@aol.com
Sent: Tue, 4 Dec 2007 10:41 am
Subject: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

Ms. Jackson:

Per the voice message I just left for you, I'm sending this emai
you know I forwarded your email to the DCPS finance office to ex
payment.

Veronica A. Porter

Assistant Attorney General

Office of the Attorney General for the District of Columbia

Civil Litigation Division, Equity Section Two

441 Fourth Street, NW, Suite 630

Washington, DC 20001

(202) 724-6651

fax - (202) 727-3625

email:  veronica2.porter@dc.gov

CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer. It is i
exclusively for the individual or entity to which it is addresse
communication may contain information that is proprietary, privi
confidential or otherwise legally exempt from disclosure. If yo
not the named addressee, you are not authorized to read, print,
copy or disseminate this message or any part of it. If you have
received this mesage in error, please notify the sender immediat
e-mail and delete all copies of the message.

From: ajackson235@aol.com [mailto:ajackson235@aol.com
<mailto:ajackson235@aol.com>> ]
Sent: Friday, November 30, 2007 2:45 PM
To: Porter, Veronica (OAG)
Subject: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

See copy of July detailed Order denying DCPS's motion for
reconsideration of the judgment.  A detailed analysis was set f[...]
that Order which brought clarification of some relevant points [...]

Melanie Davis's invoice submitted via hand delivery to DCPS on [...]
5, 2007 for October and the beginning of November 2007 was disp[...]
held by Angie of DCPS Finance (442-5245).  Can you please have [...]
this in line for payment on time by the court imposed deadline [...]
December 5, 2007. Angie in DCPS Finance is waiting to here she [...]
the invoice from Greg Hall's dispute that my son "is not in DC [...]
School".  The basis of dispute and withholding of payment in th[...]
sent to Ms. Davis.

As you know it is extremely critical that Ms. Davis be paid on [...]
continuity of service and school for my son.  Withholding paymer[...]
impacts my son's education, I just want everyone to know upfront[...]
you.

Leslie Jackson

Thank you.

-----Original Message-----
From: Porter, Veronica (OAG) <veronica2.porter@dc.gov>
To: ajackson235@aol.com
Cc: Harris-Lindsey, Quinne (DCPS-OGC) <quinne.harris-lindsey@dc.[...]
Sent: Thu, 29 Nov 2007 12:04 pm
Subject: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

I agree that the September 30, 2005, order permits you to selec[...]
school of your choice.  The problem is, you refused to inform D[...]
AJP was being schooled.  We had know way of knowing whether AJP
actually in school, or whether the invoices submitted were for
legitimate services provided "at a school."  If he is being hom[...]
why didn't you just let us know?  Your penchant for secrecy has
a problem unnecessarily.

I'm not familiar with the July, 2006 Court Order that "sets fort
more detail your choices."  Please provide a copy of that Order.


You recently informed me that AJP's  vendors were not being paic
asked you to provide the name(s) of the vendors, date(s) of serv
types of services provided, and dates when the invoices were sub
to DCPS, and told you I would look into the matter for you.  You
provided that information to me.  If non-payment is still a prob
please comply with my request.  I will be happy to try and resol
matter for you.


Veronica A. Porter

Assistant Attorney General

Office of the Attorney General for the District of Columbia

Civil Litigation Division, Equity Section Two

441 Fourth Street, NW, Suite 630

Washington, DC 20001

(202) 724-6651

fax - (202) 727-3625

email:  veronica2.porter@dc.gov


CONFIDENTIALITY NOTICE


This message is being sent by or on behalf of a lawyer.  It is i
exclusively for the individual or entity to which it is addresse
communication may contain information that is proprietary, privi
confidential or otherwise legally exempt from disclosure.  If yo
not the named addressee, you are not authorized to read, print,
copy or disseminate this message or any part of it.  If you have
received this mesage in error, please notify the sender immediat
e-mail and delete all copies of the message.

---

From: ajackson235@aol.com [mailto:ajackson235@aol.com
<mailto:ajackson235@aol.com?> ]
Sent: Thursday, November 29, 2007 11:03 AM
To: Porter, Veronica (OAG)
Subject: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

Hello Ms. Porter,


Please refer to the July 2006 Court Order which sets forth in mo
detail my choices. In particular it provides me the right to se
school for Ari. I have selected the school and services are be:
provided under the Order. As you know the Order directs DCPS to
all services identified on Ari's IEP. Of course, Ari is not in
preschool anymore so that language was replaced in the subsequer
Order.


Home school is considered "school" and is "private instruction"
to the Supreme Court ruling in April 2007 and is a constitutiona
for which DCPS cannot interfere. If you don't have a copy of th
Supreme Court ruling and the Laster detailed Order, kindly let r
I can provide a copy. In regard to the issue of what is or is r
school, I will have the National Home School Legal Defense attor
(they handle constitutional issues such as these) litigate that
necessary. If we can't resolve this based on the clear language
Supreme Court and the court order, I will refer that aspect of t
litigation directly to them.


My son is making tremendouse progress now and DCPS's failure to
impact his school progress, which is what I am sure the Court wo
interested in knowing ALL of the instances of nonpayment/delayec
and the impact on the CHILD.


Please let me know if this clarifies the issues for you.

Leslie Jackson



-----Original Message-----
From: Porter, Veronica (OAG) <veronica2.porter@dc.gov>
To: ajackson235@aol.com
Cc: Harris-Lindsey, Quinne (DCPS-OGC) <quinne.harris-lindsey@dc.
greg.hall@k12.dc.us
Sent: Thu, 29 Nov 2007 8:38 am
Subject: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

Ms. Jackson:


The 9/30/05 Court Order specifically states that "Those service:
be provided by service providers identified by plaintiff Leslie
provided to him at the pre-school of Mrs. Jackson's choice. " Me
that the services are to be provided at a school. For some rea:
have been reluctant to inform DCPS where your son is attending :
Indeed, no one from DCPS knows whether your son is actually in :

I was not privy to any conversation you had with Ms. Ramjohn-Moc
Mr. Hall, and I do not know who Melanie Davis is or what service
provided to AJP. However, to comply with the Court Order, DCPS
know where AJP is in school must be assured that any services pι
to AJP are provided at that school.


Regarding your "legal counsels," it is my understanding that yοι
been representing yourself since Ms. Alvarez withdrew from the ∢
you do indeed have legal counsel, please instruct that person tɔ
an appearance in this case on your behalf, and I will deal direɛ
that person. It is improper for me to discuss any aspect of thℹ
with you if you are represented by counsel.




Veronica A. Porter

Assistant Attorney General

Office of the Attorney General for the District of Columbia

Civil Litigation Division, Equity Section Two

441 Fourth Street, NW, Suite 630

Washington, DC 20001

(202) 724-6651

fax - (202) 727-3625

email:  veronica2.porter@dc.gov


CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer. It is ℹ
exclusively for the individual or entity to which it is addresse
communication may contain information that is proprietary, privℹ
confidential or otherwise legally exempt from disclosure. If yɔ
not the named addressee, you are not authorized to read, print,
copy or disseminate this message or any part of it. If you have
received this mesage in error, please notify the sender immediat
e-mail and delete all copies of the message.

_____

From: ajackson235@aol.com [mailto:ajackson235@aol.com
<mailto:ajackson235@aol.com?> ]
Sent: Wednesday, November 28, 2007 5:09 PM
To: Porter, Veronica (OAG)

Subject:


Hello Ms. Porter,


Greg Hall of DCPS under counsel by Stephanie Ramjohn-Moore (sta
attorney in the office of the general counsel for DCPS) has adv
son's provider DCPS is not paying Melanie Davis' invoices due t
"compulsory school laws" and my son must be enrolled in DC Publ
Schools.


As you know the court ordered my selection of placement for my :
DCPS.  In addition, I am happy to send you to one of my legal c
that litigates nationally in the area referenced by Mr. Hall an
Ramjohn-Moore.


Thank you.


Leslie Jackson

------------------------------------------

More new features than ever. Check out the new AOL Mail
<http://o.aolcdn.com/cdn.webmail.aol.com/mailtour/aol/en-us/tex
d=aolcmp00050000000003> !

------------------------------------------

More new features than ever. Check out the new AOL Mail
<http://o.aolcdn.com/cdn.webmail.aol.com/mailtour/aol/en-us/tex
d=aolcmp00050000000003> !

------------------------------------------

More new features than ever. Check out the new AOL Mail
<http://o.aolcdn.com/cdn.webmail.aol.com/mailtour/aol/en-us/tex
d=aolcmp00050000000003> !

------------------------------------------

More new features than ever. Check out the new AOL Mail
<http://o.aolcdn.com/cdn.webmail.aol.com/mailtour/aol/en-us/tex
d=aolcmp00050000000003> !

| Reply | Reply All | Forward | Keep as New | Actions ▼ |

Go | Delete | Spam

Accessible Version | Standard Version | Terms of Service | Privacy Policy | Trademarks

© 2007 AOL LLC. All Rights Reserved

Please let me know if this clarifies the issues for you.
Leslie Jackson


----Original Message-----
From: Porter, Veronica (OAG) <veronica2.porter@dc.gov>
To: ajackson235@aol.com
Cc: Harris-Lindsey, Quinne (DCPS-OGC) <quinne.harris-
lindsey@dc.gov>; greg.hall@k12.dc.us
Sent: Thu, 29 Nov 2007 8:38 am
Subject: RE: Ari Jackson Pitts - Laster v. DC, 05-1875

Ms. Jackson:

The 9/30/05 Court Order specifically states that "Those services shall be
provided by service providers identified by plaintiff Leslie Jackson, provided
to him **at the pre-school of Mrs. Jackson's choice.** " Meaning that the
services are to be provided **at a school**. For some reason, you have been
reluctant to inform DCPS where your son is attending school. Indeed, no
one from DCPS knows whether your son is actually **in** school.

I was not privy to any conversation you had with Ms. Ramjohn-Moore or Mr.
Hall, and I do not know who Melanie Davis is or what services she provided
to AJP. However, to comply with the Court Order, DCPS needs to know
where AJP is in school must be assured that any services provided to AJP
are provided **at that school**.

Regarding your "legal counsels," it is my understanding that you have been
representing yourself since Ms. Alvarez withdrew from the case. If you do
indeed have legal counsel, please instruct that person to enter an
appearance in this case on your behalf, and I will deal directly with that
person. It is improper for me to discuss any aspect of this case with you if
you are represented by counsel.


Veronica A. Porter
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Civil Litigation Division, Equity Section Two
441 Fourth Street, NW, Suite 630
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email: veronica2.porter@dc.gov

### CONFIDENTIALITY NOTICE

**This message is being sent by or on behalf of a lawyer. It is
intended exclusively for the individual or entity to which it is
addressed. This communication may contain information that is
proprietary, privileged or confidential or otherwise legally**

**exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this mesage in error, please notify the sender immediately by e-mail and delete all copies of the message.**

**From:** ajackson235@aol.com [mailto:ajackson235@aol.com]
**Sent:** Wednesday, November 28, 2007 5:09 PM
**To:** Porter, Veronica (OAG)
**Subject:**

Hello Ms. Porter,

Greg Hall of DCPS under counsel by Stephanie Ramjohn-Moore (staff attorney in the office of the general counsel for DCPS) has advised my son's provider DCPS is not paying Melanie Davis' invoices due to "compulsory school laws" and my son must be enrolled in DC Public Schools.

As you know the court ordered my selection of placement for my son, not DCPS. In addition, I am happy to send you to one of my legal counsels that litigates nationally in the area referenced by Mr. Hall and Ms. Ramjohn-Moore.

Thank you.

Leslie Jackson

---

More new features than ever. Check out the new AOL Mail!

---

More new features than ever. Check out the new AOL Mail!

---

More new features than ever. Check out the new AOL Mail!

---

More new features than ever. Check out the new AOL Mail!

---

| Reply | Reply All | Forward | Keep as New |
| Actions ▾ | Go | Delete | Spam |

◀
▶
✖

Civil Litigation Division, Equity Section Two
441 Fourth Street, NW, Suite 630
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email: veronica2.porter@dc.gov

### CONFIDENTIALITY NOTICE

**This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this mesage in error, please notify the sender immediately by e-mail and delete all copies of the message.**

**From:** ajackson235@aol.com [mailto:ajackson235@aol.com]
**Sent:** Thursday, November 29, 2007 11:03 AM
**To:** Porter, Veronica (OAG)
**Subject:** RE: Ari Jackson Pitts - Laster v. DC, 05-1875

Hello Ms. Porter,

Please refer to the July 2006 Court Order which sets forth in more detail my choices. In particular it provides me the right to select a school for Ari. I have selected the school and services are being provided under the Order. As you know the Order directs DCPS to pay for all services identified on Ari's IEP. Of course, Ari is not in preschool anymore so that language was replaced in the subsequent July Order.

Home school is considered "school" and is "private instruction" pursuant to the Supreme Court ruling in April 2007 and is a constitutional right for which DCPS cannot interfere. If you don't have a copy of the Supreme Court ruling and the Laster detailed Order, kindly let me know. I can provide a copy. In regard to the issue of what is or is not a school, I will have the National Home School Legal Defense attorneys (they handle constitutional issues such as these) litigate that issue if necessary. If we can't resolve this based on the clear language of the Supreme Court and the court order, I will refer that aspect of the litigation directly to them.

My son is making tremendouse progress now and DCPS's failure to pay may impact his school progress, which is what I am sure the Court would be interested in knowing ALL of the instances of nonpayment/delayed payment and the impact on the CHILD.

Exhibit N

Leslie Jackson
235 Oglethorpe Street, NW
Washington, D.C. 20011
2-882-5466
2-727-0440 (fax)

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Veronica Porter | **Fax:** | (202) 727-3625 |
| **From:** | Leslie Jackson | **Date:** | 1/24/07 |
| **Re:** | Ari Jackson-Pitts Notice of Claim | **Pages:** | 4 |
| **CC:** | | | |

X Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

**Notes:**  Per our conversation, see attached letter and invoices.

Leslie Jackson
235 Oglethorpe Street, NW
Washington, D.C.  20011
2-882-5466
2-727-0440 (fax)

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Veronica Porter | **Fax:** | (202) 727-3625 |
| **From:** | Leslie Jackson | **Date:** | 1/24/07 |
| **Re:** | Ari Jackson-Pitts Notice of Claim | **Pages:** | 4 |
| **CC:** | | | |

X **Urgent**     ☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

**Notes:**  Per our conversation, see attached letter and invoices.

Leslie Jackson
235 Oglethorpe Street, NW
Washington, D.C. 20011
2-882-5466
2-727-0440 (fax)

# facsimile transmittal

| To: | Veronica Porter | Fax: | (202) 727-3625 |
|---|---|---|---|
| From: | Leslie Jackson | Date: | 1/24/07 |
| Re: | Ari Jackson-Pitts Notice of Claim | Pages: | 4 |
| CC: | | | |

X Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Notes: Per our conversation, see attached letter and invoices.

*Invoice # 206*
*Submitted: December 1, 2006*

# Laurine Kennedy
3318 East Capitol Street, NE
Apartment # 2D
Washington, DC  20019

| Description of Service | Rate | Total |
|---|---|---|
| **43.0 hours** of Dedicate Aide service for Ari Jackson-Pitts (Student No. 9120266, DOB: August 12, 2001) at the Ethel B. Yancey Child Development Center, during the period of November 14, 2006 through November 22, 2006. | $20.00 | $860.00 |
| **31.5 hours** of Dedicate Aide service for Ari Jackson-Pitts (Student No. 9120266, DOB: August 12, 2001) at the Ethel B. Yancey Child Development Center, during the period of November 27, 2006 through December 1, 2006 | $20.00 | $630.00 |
| **Grand Total** | | $1,490.00 |

*Date submitted*

*Invoice # 206*
*Submitted: December 1, 2006*

# Laurine Kennedy
3318 East Capitol Street, NE
Apartment # 2D
Washington, DC  20019

| Description of Service | Rate | Total |
|---|---|---|
| **43.0 hours** of Dedicate Aide service for Ari Jackson-Pitts (Student No. 9120266, DOB: August 12, 2001) at the Ethel B. Yancey Child Development Center; during the period of November 14, 2006 through November 22, 2006. | $20.00 | $860.00 |
| **31.5 hours** of Dedicate Aide service for Ari Jackson-Pitts (Student No. 9120266, DOB: August 12, 2001) at the Ethel B. Yancey Child Development Center; during the period of November 27, 2006 through December 1, 2006 | $20.00 | $630.00 |
| | **Grand Total** | $1,490.00 |

*Date Submitted*

*Invoice # 206*
*Submitted: December 1, 2006*

# Laurine Kennedy
### 3318 East Capitol Street, NE
### Apartment # 2D
### Washington, DC 20019

| Description of Service | Rate | Total |
|---|---|---|
| **43.0 hours** of Dedicate Aide service for Ari Jackson-Pitts (Student No. 9120266, DOB: August 12, 2001) at the Ethel B. Yancey Child Development Center, during the period of November 14, 2006 through November 22, 2006. | $20.00 | $860.00 |
| **31.5 hours** of Dedicate Aide service for Ari Jackson-Pitts (Student No. 9120266, DOB: August 12, 2001) at the Ethel B. Yancey Child Development Center, during the period of November 27, 2006 through December 1, 2006 | $20.00 | $630.00 |
| | **Grand Total** | $1,490.00 |

*Date Submitted*

Exhibit O

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
*Office of Special Education*
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002
202-442-4800, fax: 202-442-5518
www.k12.dc.us

January 5, 2007

**Via U.S. Mail**

**Melanie Davis**
**5203 Kansas Ave. NW**
**Washington, D.C. 20011**

**Invoice#: 11/06Pitts**
**Disputed Amount: $510.00**

Dear Provider:

The Office of Special Education, District of Columbia Public Schools has reviewed your invoice for services provided to Ari Jackson-Pitts. Please be advised that the District of Columbia Public Schools is disputing $510.00 of your invoice #11/06 Pitts for Dedicated Aide Services provided due to the following reasons:

The disputed charges on the subject invoice are inappropriate and cannot be approved for payment. You have not provided documentation that the services invoiced have been substantiated by an Individual Education Program, Court Order, or Settlement Agreement that obligates DCPS to fund this service for Ari Jackson-Pitts.[1]

If you wish to challenge this determination, you must submit a written explanation, including supporting documentation, for the unapproved charges no later than January 22, 2007. Please reference the DCPS Invoice Number (noted above) in your response. If your challenge relates to charges for related services incurred during a student's absence, you must include verification of costs incurred by you for those services.

Your written response must be provided to the OFFICE OF SPECIAL EDUCATION via United States mail or hand-delivery. Responses should be mailed or delivered to THE OFFICE OF SPECIAL EDUCATION, ATTENTION: MR. GREGORY HALL, 825 NORTH CAPITOL STREET, N.E., 6TH FLOOR, WASHINGTON, D.C. 20002.

Please DO NOT transmit your response to this request via facsimile. If you have any questions or require additional information, please contact MR. GREGORY HALL at (202) 442-5069.

Thank you in advance for your attention to this matter.

Very truly yours,

Gregory W. Hall
Office of the Chief Academic Officer

---

[1] A special dispute resolution process exists for invoices subject to Judge Friedman's November 8, 2004 Order in *Petties v. District of Columbia* (D.D.C. No. 95-0148). DCPS takes the position that certain invoices, including invoices relating to unilateral placements, as well as invoices submitted before required federal tax forms are submitted by the vendor, are not subject to the November 8, 2004 Order or its special dispute resolution process. Nothing in this letter impacts DCPS's position, and DCPS reserves the right to challenge any requested dispute resolution proceeding relating to invoices not expressly subject to the Court's November 8, 2004 Order.

*Children First*

cc:  Dr. Marla C. Oakes, Executive Director, Office of Special Education
     Stephanie Ramjohn Moore, Office of General Counsel
     University Legal Services

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**Office of Special Education**

## Billing Dispute Form
### (Individual Student Form)

School/Vendor:  Melanie Davis          Date: January 4, 2007
Student: Ari Jackson Pitts
Period of Service:  11/06              Invoice No:  11/06 Pitts

**Reason For Dispute**

|   | | | |
|---|---|---|---|
|   | Student's name and/or date of birth not included | | Student's DCPS ID not included |
|   | Number of days billed not included | | Tuition rate & time period (semester, month, etc) not included |
|   | Dates of attendance not included for each student | | Student's Medicaid number not included |
|   | Related service(s) are not approved based on the IEP | | No itemization of related services, including unit of service, frequency of service and rate per hour (if charges are not bundled) |
| X | There is no documentation available to support the student's placement | | Student was unilaterally placed |
| X | 1:1 service (dedicated aide) is not on the IEP/not approved by DCPS | | Service(s) not related to education |
|   | Student is no longer a DC resident | | Transportation is provided by DCPS/outside transportation is not approved |
|   | Student not identified as eligible for special education services (regular education) | | Student has been given another school placement (date and name of location) |
|   | No documentation of educational testing provided to student | | There were no other evaluation/reports reviewed by DCPS |
|   | Billing exceeds contracted amount for service(s) | X | Service(s) not authorized by existing contract |
|   | Student did not attend for the stated period Give period | X | Other (explain below) |

**The disputed charges on the subject invoice are inappropriate and cannot be approved for payment based on current documentation. You have not provided documentation that the services invoiced have been substantiated by an Individual Education Program, Court Order, or Settlement Agreement that obligates DCPS to fund the services provided.**

Original Amount: $510.00

Disputed Amount: $510.00

Pay This Amount: $0

Reviewed by:  Shauntell Harley  1/4/06

Supervisor Signature:

Day Invoice Due back CFO: _12-12-06_



# District of Columbia Public Schools
# Office of Special Education

## Billing Summary Cover Sheet

School/Vendor: _MELANIE DAVIS_

Invoice No: _11/06 PITTS_    Period of Service: _NOV-06_

() **Approved for Full Payment**

| | Students Name | Disputed Amount | | Students Name | Disputed Amount |
|---|---|---|---|---|---|
| 1 | Ali Jackson Pitts | $510.0 | 5 | | |
| 2 | | | 6 | | |
| 3 | | | 7 | | |
| 4 | | | 8 | | |

11/20/06 - 12/1/06    25.5 hrs

**Please charge this invoice payment to organization code as listed below.**

3511/13 $_____    3511-41$_____ø_____    3521/41 $_____

3531(NonP)$_____    3541 (CFSA)$_____    3551 (DMH) $_____

P.O. #_____

Original Invoice Amount: $ _510.—_

Total Dispute Amount: $ _510.0_

Pay This Amount: $ _ø_

Reviewed By: _J Keely_    Date: _1/3/07_

Approved By: _Vmlw_    Date: _1/4/07_

Approved By: _____    Date:_____

Approved By: _____    Date:_____

Exhibit P

Leslie Jackson
235 Oglethorpe Street, NW
Washington, D.C. 20011
2-882-5466
2-727-0440 (fax)

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Mr. Carl Mohammad | **Fax:** | (202) 442-5518 |
| **From:** | Leslie Jackson, parent | **Date:** | 1/26/07 |
| **Re:** | Ari Jackson-Pitts Payment | **Pages:** | 2 |
| **CC:** | | | |

X Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Notes:

      Dear Mr. Mr. Mohammad, see attached.

         Sincerely,

         Leslie Jackson

Leslie Jackson
Parent

Via Facsimile

January 26, 2007

Carl Mohammad
DCPS Compliance
825 North Capitol Street, N.E.
Washington, D.C. 20002

Re: Ari Jackson-Pitts

Dear Mr. Mohammad:

Thank you for taking my call on yesterday. This is to confirm our conversation on yesterday, January 25, 2007, wherein you stated a decision was reached at 1:00 p.m. to pay all of the submitted invoices for service providers. I asked when the payment would go out to the providers and you stated all of your staff had left for the day and, therefore, you could not get an answer. I left the conversation with an understanding that you would follow up and provide that information - preferably today and in writing.

Per one of the service providers, Laurine Kennedy, the appropriate staff person in the Chief Financial Officer's office (CFO) has not received the paper authorizing payment from Mr. Hall. Hopefully, Mr. Hall's paperwork is in route to the CFO's office. As you know, delay impacts my child's education and the service provider's livelihood.

If anything contained in this letter is incorrect, please so inform in writing. Please let me know when the payments will be tendered to the providers. My fax number is (202) 727-0440 and you can reach me via phone at (202) 368-8608.

Thank you,

Leslie Jackson

01/26/07  16:43 FAX 2027270440        SENIOR COUNSEL                    @001

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO            2156
CONNECTION TEL                 96733507
SUBADDRESS
CONNECTION ID
ST. TIME           01/26 16:42
USAGE T            00'28
PGS. SENT          2
RESULT             OK
```

Exhibit Q

Leslie Jackson
235 Oglethorpe Street, NW
Washington, D.C. 20011
2-882-5466
2-727-0440 (fax)

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Greg Hall | **Fax:** | (202) 442-5081 |
| **From:** | Leslie Jackson, parent | **Date:** | 1/23/07 |
| **Re:** | Ari Jackson-Pitts Payment | **Pages:** | *7 4* |
| **CC:** | | | |

X Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

**Notes:**

Dear Mr. Hall:

Ms. Neelda of DCPS Special Education asked me for a copy of my son's (Ari Jackson-Pitts) August 2004 IEP. I thought that was odd, as DCPS had lawyers representing it in the court process and therefore it is presumed to have the current IEP as ordered by the court. Notwithstanding, you asked me for a copy of the 2004 IEP which referenced an aide. As you are aware, the judge would not have ordered the rate for an aide if it wasn't covered in the IEP. DCPS has paid for an aide for my son since 2004. As I mentioned, it is disingenuous for you to hold up payments. If this continues, I will assign the matter to my lawyer for matter with the Federal Judge, as the issues are clear on the face of the order.

As I explained to you on several occasions, my son's (Ari Jackson-Pitts) August 2004 IEP provides for 27.5 hours each week for an aide. In addition, special instruction,

speech and OT are also provided. Further, the court order made my son ISFP to be read in conjunction with the August 2004 IEP.

Behavioral Services, assisted technology are mentioned in the court order as referenced in the ISFP. My son's April 2004 ISFP also provides for "Technical Assistance" on an as needed basis.

As you do not have a legal basis for disavowing the Federal Court Order of the August 2004 IEP, please process right away. I am sending the IEP and ISFP in the spirit of cooperation but the matter is on serious thin ice with court consequences.

Sincerely,

Leslie Jackson


Leslie Jackson
Parent

Jackson-Pitts

DOB 8/12/01    Placing School/District    Attending School

**Additional Comments:** ☐

## _E RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION _E ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☐ Yes ☑ No

Explanation for removal out of regular education classroom.

Ari requires intensive specialized/individualized instruction

### X. Supplementary Aids and Services
Classroom Needs

(Do not name products or companies.)

| | GenEd | SETTING SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| Dedicated Aide | 27.5 | | | HR | W | Aide | 9/11/04 |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for **testing:** ☑ None needed

Timing/Scheduling: _____
Setting: _____
Presentation: _____
Response: _____
Equipment: _____

### XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☑ Level V  Portfolio: N/A

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

### XII. Areas Requiring Specialized Instruction and Related Services:

☑ Reading
☑ Mathematics
☐ Written Expression
☑ Other: _____
☐ None

☐ Physical/Sensory
☑ Social Emotional
☐ Physical Development

☐ Transition
☐ Vocational
☐ Independent Living
☐ Speech/Language

**Modifications:**
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

### XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education | Rejected | Continued School Failure |
| Combined General Ed/Special Ed | Reject | Time away from non disabled peers |
| Out of General Education | Accepted | Impact on self esteem |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Specialized Instruction

Location for Services  Standard Inclusion Class

Avi Jackson-Pitts

Date: 4-9-04

## Services Needed to Achieve Early Intervention Outcomes

| | AGENCY NAME, ADDRESS, PHONE ** | FREQUENCY; INTENSITY; METHODS (# x wk/mo; # min/visit; group or individual) | NATURAL ENVIRONMENT LOCATION* (Must be a natural setting unless justified below) ** | PAYMENT (Family, Insurance, Medicaid, Part C, other…) ** | PROJECTED START DATE | PROJECTED END DATE | ACTUAL END DATE |
|---|---|---|---|---|---|---|---|
| Speech Ther | Interdynamics | 3 x Wk / Mo. 60 Min. Visit Group / Individ'l | Childcare | Family Part C | In Place | 8/11/04 | |
| Sp. Instr | 10001 DerekWood Ln-Suite 200 Lanham, MD 3/306-4590 | 3 x Wk / Mo. 60 Min. Visit Group / Individ'l | Childcare | Family Part C | In Place | 8/11/04 | |
| Nutrition Consult | Kelly Durham MS-Nutritionist | Consult x Wk / Mo. Min. Visit Group / Individ'l | N/A - Consult | Part C | Appt 5/20/04 | N/A | |
| Occup Ther | To Be Determined | 2 x Wk / Mo. 60 Min. Visit Group / Individ'l | Childcare | Family Part C | ~~4/21/04~~ 8/11/04 | No later than 4/30/04 h8 |
| Tech. Asst | Phoenix Ther. Svcs | As + x Wk / Mo. Needed Min. Visit Group / Individ'l | | Part C | In Place 4/21/04 | 8/11/04 | |
| Psych. Assmt | To Be Determined | x Wk / Mo. Min. Visit Group / Individ'l | Childcare Home | Part C | Not later than ASAP 4/30/04 | N/A | |

**Initial IFSP – Information To Be Determined **(TBD)** (Agency; Natural Environment; Payment:)

Explanation of why early intervention outcomes cannot be achieved satisfactorily in a natural environment:

N/A - Services provided in childcare

## Part V. Other Services  (Services needed, but not an entitlement under Part C – including medical services such as well baby checks, follow-up with specialists for medical purposes, etc.)

| SERVICE | PROVIDER | LOCATION | FUNDING SOURCES OR STEPS TO BE TAKEN TO SECURE SERVICES |
|---|---|---|---|
| Ht. Communic Info | | | S/L therapist will research & provide recommendation & information Mrs. Wright will provide sign language pictures/cards to family |

DC EARLY INTERVENTION PROGRAM – IFSP

IFSP-12/03

h8

Ari Jackson-Pitts

Date: _____

## Part II: Family Information

| _LD'S STRENGTHS AND NEEDS | FAMILY RESOURCES, CONCERNS AND PRIORITIES |
|---|---|
| <u>Needs:</u> (cont)<br><br>- Assistive Technology assessment (augmentative communication) to be completed closer to 3rd birthday by 7/1/04 N✓<br><br>- Speech & Special Instruction should modify schedules to cover 5 days of the week between the 2 therapies (parent request)<br><br>OT to occur on wednesdays. N✓ | <u>Concerns:</u> (cont)<br><br>- Sleep has become a challenge (p.m.) Requires a lot of attention to comfort & get to sleep<br><br>- Ari requires a structured setting with "hands-on" to keep him on task and functioning at his highest level<br><br>- Ari needs to work on his behavior and what is appropriate (for his age, ~~especially~~ N✓)<br><br>- Parent is interested in exploring ~~~~~~~~ treatment approaches (Applied Behavioral Analysis; LOVAS; Sensory Integration; Dietary Changes; Play Therapy)<br><br><u>Priorities:</u><br><br>- All ~~assessments~~/services requested to be addressed & completed by dates noted in IFSP |

IFSP-12/03

COUNSEL

```
                ************************
                ***    TX REPORT    ***
                ************************

   TRANSMISSION OK

   TX/RX NO
   CONNECTION TEL        2147
   SUBADDRESS                      94425081
   CONNECTION ID
   ST. TIME
   USAGE T            01/23 13:53
   PGS. SENT          01'01
   RESULT                5
                        OK
```

EXhibit R

Leslie Jackson
235 Oglethorpe Street, NW
Washington, D.C. 20011
2-882-5466
2-727-0440 (fax)

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Veronica Porter | **Fax:** | (202) 727-3625 |
| **From:** | Leslie Jackson | **Date:** | 1/24/07 |
| **Re:** | Ari Jackson-Pitts Notice of Claim | **Pages:** | 4 |
| **CC:** | | | |

X Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply        ☐ Please Recycle

**Notes:** Per our conversation, see attached letter and invoices.

January 24, 2007

Veronica Porter
Office of the Attorney General
441 4th Street, N.W.
10th Floor
Washington, D.C. 20001

Re: Betty Laster, et al. v. DCPS

Dear Ms. Porter:

Per our conversation, the following service providers for my son have not bee paid within the time frame specified in the court order. Greg Hall of DCPS is the person approving the invoices and has stated orally to Laurine Kennedy and to me that he will not approve payment.

1. Laurine Kennedy, my son's aide since November 2005 and has been paid except for invoices submitted on December 1, 2006 for services in November 2006.

2. Melanie Davis, invoices for special instruction submitted on November 16, 2006.

Please give me a call on (202) 368-8608 to let me know the status. Thank you.

Sincerely,

Leslie Jackson

*Invoice # 207*
*Submitted: January 5, 2007*

# Laurine Kennedy

3318 East Capitol Street, NE
Apartment # 2D
Washington, DC  20019
(202) 399-7739

| Description of Service | Rate | Total |
|---|---|---|
| **52.5 hours** of Dedicate Aide service for Ari Jackson-Pitts (Student No. 9120266, DOB: August 12, 2001) at the Ethel B. Yancey Child Development Center, during the period of December 6, 2006 through December 15, 2006. | $20.00 | $1,050.00 |
| **45.5 hours** of Dedicate Aide service for Ari Jackson-Pitts (Student No. 9120266, DOB: August 12, 2001) at the Ethel B. Yancey Child Development Center, during the period of December 18, 2006 through December 29, 2006 | $20.00 | $910.00 |
| **Grand Total** | | $1,960.00 |

## INVOICE

**BILL TO:** District of Columbia Public Schools
Office of Chief Financial Officer
Special Education Invoices
P. O. Box 75047
Washington, D. C. 20002

**ATTN:** Accounts Payable Supervisor or Habib Samuels

Phone: 202-442-5333 or 202-442-5240

**STUDENT:** Ari Jackson-Pitts
**STUDENT ID#:** 9120266
**DATES OF SERVICE:** ~~November 13, 2006 through November 17, 2006~~ *November 20, thru Dec 1, 2006*
**FROM:** Melanie Davis SS# 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
5203 Kansas Ave. N. W.
Washington, D. C. 20011

**SERVICE:** ~~Teacher Aide~~ *Special Instructor*
**RATE:** $20.00 per hour
**TIME:** 8:30am to 6:00pm/3:00pm to 6:00pm
**COST:** $ *570.00*

Any questions, I can be reached on 202-291-3417.

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


        TRANSMISSION OK

        TX/RX NO              2150
        CONNECTION TEL               97273625
        SUBADDRESS
        CONNECTION ID
        ST. TIME             01/24 15:30
        USAGE T              00'50
        PGS. SENT              4
        RESULT               OK
```

Exhibits

**LESLIE JACKSON**
235 Oglethorpe Street, N.W.
Washington, D.C. 20011
(202) 882-5466 (home)
(202) 368-8608 (cell)
(202) 727-2744 (work)

December 6, 2007

District of Columbia Public Schools
Office of Special Education
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002

Re:    Ari Jackson-Pitts (DOB: 8/12/01)

Dear Mr. Hall:

I am responding to your correspondence dated November 26, 2007 for Melanie Davis. Your dispute of Ms. Davis' invoice states the reason as "The disputed charges on the subject invoice are inappropriate and cannot be approved for payment. The student is of compulsory school age and is not enrolled in a DCPS approved facility."

As you know, the invoices that are the subject of your dispute were submitted pursuant to the Laster court case and not the Pettis case. In the Order, the court granted me the authority to place my son in a school of my choice, not one approved by DCPS. My son is in school.

The due date for Ms. Davis' invoice payment is today pursuant to the judge's Order. I will pass along your dispute letter to the judge in the Laster v. DCPS Court.

Sincerely,

. Leslie Jackson
Parent

EXhibit T

12/22/2005  12:05   2629391046   R. D ALVAREZ
2004  2:11PM   Dalton, Dalton & Houston
No.0268  P. 5

pg 1 of 4

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HUMAN SERVICES

Office of Early Childhood Development
DC Early Intervention Program

★ ★ ★

### DC EARLY INTERVENTION PROGRAM

Date: 4/9/04

### MEETING NOTES

REFERENCED CHILD ___Ari Jackson-Pitts___ DOB ___8-12-01___

Participants: Please print and sign your name and identify your role in this meeting

| NAME (please print) | SIGNATURE | AGENCY | ROLE (i.e. service coord. parent; teacher) |
|---|---|---|---|
| Donovan Absom | Donna Absom | | Service coordinator |
| Genevieve Johnson | D. Johnson | DCPS | Blue Specialist |
| Badiyah Sharif | B. Sharif MA | DCEIP | Trans Coord |
| Leslie Jackson | | Pat | Parent |
| | | | |
| | | | |
| | | | |
| | | | |

**Summary of Discussion(s):**

Parents rights were provided. Standard eligible for services because of his disability of PDD. Ot evaluation has been completed. The psychological evaluation has not been completed. Parents signed to provide DCPS with consent to be apart of the meeting. Genevieve Johnson from DCPS participated in the meeting.

The occupational therapy evaluation was discussed and it was recommended that occupational therapy be provided to the student ⑤

**DCEIP MEETING NOTES, page 2 of 4**

REFERENCED CHILD Ari Pitts Jackson    DOB 8-12-01

Discussion (continued):

The parent was in agreement that the second page of the student's developmental history was appropriate and would be carried over in the new IPSAP.

A special education from Early Intervention is providing technical assistance to Ari to in his child care facility and it appears that this is working well at this time.

Discussions were made that an assistive technology evaluation would be completed prior to the student's 3rd birthday.

It was also decided that the technical assistance would be continued.

The next discussions regarding the need for a nutritionist familiar with students similar to Ari. It was determined because of her schedule the earliest she could see Ari was in May. Kelly Dorfman has been identified as the service provider. The parent will explore other nutritionist since Ms Dorfman is not available to see Ari until May. The present appointment with Kelly Dorfman will remain.

Psychological evaluation and assessment questions were raised by the parent (see note #1) regarding the qualification of the assessor. The Bfilgura Interdynamics Inc was identified as the organization identified to do the evaluation. It does not appear that an evaluation is available immediately to do the evaluation. Early Intervention has a contract with Children's Hospital to do psychological assessments. The parents does not want Children's to do the evaluation. An appointment with Interdynamics will be made to complete the psychological. Interdynamics stated that they could complete the evaluation in 4 weeks. Early Intervention will inquiry on whether an earlier appointed is appointment can be
Ari _____ the Service Provider

Case 1:05-cv-01875-RMU    Document 37-3    Filed 08/29/2008    Page 53 of 64

11/22/2005  12:03   2623331546    K D ALVAREZ    PAGE 08/20
JUL. -2004 2:14PM   Dalton, Dalton,& Houston    NMH437-3 COUNSEL    No.0268  P. 7

DCEIP MEETING NOTES, page 3 of 5 4

REFERENCED CHILD __Ari Petti Jackson__ DOB __8-12-01__

Discussion (continued):

The student does not currently receive any services on Wednesdays. It will be investigated on whether Ari can receive OT services on Wednesdays.

The team determined that we are looking at Ari meet his goal areas by his 3rd birthday.

OT Report recommends therapy                    Speech Therapy
2x 60 minutes to address Sensory concerns         3x/60 minutes
Special education~(Special Instruction)
   3x 60 minutes

Parent is interested in the Lovas /ABA method of service provision. Parent is interested in a play group for the student.

DC(I) Provided a transition manual to parent and described some of the programs available to the parent. Transition was completed.

Note #1: Early Intervention called Interdynamics (Joan Branch) to discuss the qualifications of the therapist identified to provide the psychological assessment. The therapist does meet the qualifications necessary to provide the assessment. (preparing to sit for licensing exam; will be supervised by a licensed psychiatrist until licensed)

①

**DCEIP MEETING NOTES, page 4 of 4**

**REFERENCED CHILD** _Ari Jackson-Pitts_ DOB 8-12-01

**Identified Concerns That Need To Be Addressed:**

1) Completion of psychological evaluation
2) Addition of strategies/activities & criteria for Occupational Therapy outcomes
3) Identification of occupational therapist to provide services
4) Provision of therapy on Wednesday (currently no services on that day)
5) Nutritionist will need to consult with child care staff for implementation of a nutrition plan (Need to refer to initial IFSP date 11/14/03 for clarification of needs,

**Next Steps:**

| ASSIGNMENT | RESPONSIBLE PERSON/AGENCY | DATE FOR COMPLETION |
|---|---|---|
| Psychological 1) Re-activate assessment request - Interdynamics | DCEIP Ms. Sharif | 4/12/04 |
| 2) Request OT strategies    Also requests for | DCEIP-Ms. Sharif | 4/12/04 |
| 3) Make OT referral (calls 1st) | DCEIP-Ms. Sharif | 4/12/04 |
| 4) Complete Psychological | Interdynamics | 5/9/04 |
| 5) OT in place (services) | Ms. Sharif | 4/30/04 |
| 6) Nutrition consultation | Ms. Dortman/EIP | 5/30/04 |

(8)

**Child's Name:** Ari Jac "son-Pitts                     No.0268  P. 15
                                                         Date: 4-9-04 pg 5 of 19

## Part II: Family Information

| CHILD'S STRENGTHS AND NEEDS | FAMILY RESOURCES, CONCERNS AND PRIORITIES |
|---|---|
| **Strengths:** <br> - Loving child <br> - Listens and responds <br> - Wants to learn <br> - Surprises us with skills that noone has seen demonstrated previously <br> - Sometimes learns with one demonstration only <br><br> **Needs:** Nutritionist will need to consult with childcare staff for implementation of a nutrition plan. <br> - Nutritionist familiar with food sensitivities and substitutions (appt scheduled for May 4th) <br> - Psychological assessment to include Functional Behavioral Assessment <br> - Technical Assistance to continue as needed <br> - More intensive speech ther. (per mom) 5 days per week <br> - Parent would like OT to see Ari on Wednesday (he currently receives no therapy service on Wednesday) | **Resources:** <br> - Grandmother <br> - Dad <br><br> - Parent would like DCEIP to offer another provider for psychological <br> **Concerns:** <br> - Parent would like to explore other options for nutritionist (mom will do some research on her own but would like to keep the present appointment) <br> - Psychological assessment time frame is affected by availability of Interdynamics therapist. Therapist not available for at least 4 weeks. Parent would like to take the appointment but would like to see if it can be performed sooner <br> - Be sure Ari's needs are being met & therapies are working |

DC EARLY INTERVENTION PROGRAM – IFSP                    IFSF-12/93

12 25

**Child's Name:** _Ari Jackson-Pitts_

**Date:** _4-9-04_  Pg 6

## Part II: Family Information

| CHILD'S STRENGTHS AND NEEDS | FAMILY RESOURCES, CONCERNS AND PRIORITIES |
|---|---|
| Needs: (cont) | Concerns: (cont) |
| - Assistive Technology assessment (augmentative communication) to be completed closer to 3rd birthday (7/1/04-per parent) | - Sleep has become a challenge (p.m.) Requires a lot of attention to comfort & get to sleep |
| - Speech & Special Instruction should modify schedules to cover 5 days of the week between the 2 therapies (parent request) | - Ari requires a structured setting with "hands-on" to keep him on task and functioning at his highest level |
| - OT to occur on Wednesdays | - Ari needs to work on his behavior and what is appropriate (for his age, especially) |
| | - Parent is interested in exploring ~~use of alternative~~ treatment approaches ~~like~~ (Applied Behavioral Analysis; LOVAS; Sensory Intergration; Dietary Changes; Play Therapy) |
| | Priorities: |
| | - All assessments/services requested to be addressed & completed by dates noted in IFSP |

DC EARLY INTERVENTION PROGRAM -- IFSP

In mb

IFSP-11/03

(10)

Child's Name: _Ari Jackson-Pitts_    Date: _4-9-04_

### Part III:  Child/Family Outcomes Related to Child Development

pg 12 of

_Taken down by mom_

**OUTCOME:** (approved/from report)
Ari will demonstrate effective responses to touch, movement, visual & auditory input

**OUTCOME:** (approved/from report)    _Taken down by parent_
Ari will improve fine motor skills dealing with eye-hand coordination

**STRATEGIES/ACTIVITIES:**
- Provide deep pressure by incorporating a sensory diet to include: brushing massage; heavy washcloth use; push pull activities; bouncing on ball, rolling activities
- Incorporate movement into daily activities
- Minimize visual distraction in area of play
- Provide 1 verbal direction at time
  See attached OT addendum for details

**STRATEGIES/ACTIVITIES:**
- Present opportunities for Ari to engage in stringing, building with small blocks, placing pegs in boards, pressing on tabs or keys (computer), inserting shapes, folding paper, lacing
- Have Ari manipulate buttons, zippers & snaps during dressing and undressing activities "Suggested Goals"

**MEASURABLE OUTCOMES/TARGET DATE:**
Ari will improve his responses during therapy sessions, per therapists observation 1 out of 2 sessions.
Target - 5 months

Date Achieved:

**MEASURABLE OUTCOMES/TARGET DATE:**
Ari will demonstrate improved fine motor skills when presented with activities above, per therapists observation 8 out of 10 opportunities
Target - 5 months

Date Achieved:

**PERSON(s) INVOLVED:** Clinicians / Therapists
(Name, Title, Phone #)
Childcare staff
Parents
Clinicians / Therapists

Date Received:

**PERSON(s) INVOLVED:** Clinicians / Therapists
(Name, Title, Phone #)
Childcare staff
Parents
Clinicians / Therapists

Date Received:

DC EARLY INTERVENTION PROGRAM – IFSP

IFSP-12/03

(16)

Case 1:06-cv-01125-RMU    Document 57-3    Filed 08/29/2008    Page 58 of 64

SENIOR COUNSEL
Walton, Dalton & Houston

PAGE  16/28
R. D. ALVAREZ
No.0268  P. 21

**Child's Name:** _Ari Jackson-Pitts_    **Date:** _4-9-04_    pg 11 of 1

### Part III: Child/Family Outcomes Related to Child Development

| | |
|---|---|
| **OUTCOME:**<br>Ari will be able to<br>• shutdown (sleep)<br>• process information & not become overwhelmed by his environment | **OUTCOME:** |
| **STRATEGIES/ACTIVITIES:**<br>- Enlist assistance of an occupational therapist to address sensory processing need (integration)<br>- Explore the use of a "sensory diet" for home and childcare setting | **STRATEGIES/ACTIVITIES:** |
| **MEASURABLE OUTCOMES/TARGET DATE:**<br>Ari will go to sleep at the appropriate time and comfort himself (self-comfort) 3 out of 7 days<br>Target - 5 months<br><br>Date Achieved: | **MEASURABLE OUTCOMES/TARGET DATE:**<br>Ari will self calm and regulate throughout the day 3 out of 7 days<br>Target - 5 months<br><br>Date Achieved: |
| **PERSON(s) INVOLVED:** Clinicians/Therapists<br>(Name, Title, Phone #)<br>Childcare Staff<br>Parents<br>~~Clinicians/Therapists~~<br><br>Date Received: | **PERSON(s) INVOLVED:**<br>(Name, Title, Phone #)<br><br><br><br>Date Received: |

(15)

Child's Name: Ari Jackson-Pitts     Date: 4-9-04

pg 13 of 1

### Part III: Child/Family Outcomes Related to Child Development

Taken = by parent

OUTCOME: (approved/from report)
Ari will improve motor planning skills during execution of new tasks

Taken = by parent

OUTCOME: (approved/from report)
Ari will tolerate vestibular Stimulation such as swinging, riding or rocking

**STRATEGIES/ACTIVITIES:**
- Help Ari physically move through an action initially
- Provide opportunities for repetition of actions & consistency in order to develop a routine
- Slowly moderate changes in routine to introduce new activities &/or changes in routine
- Provide activities that require imitation (pat-a-cake; peek-a-boo; Simon Says)

**STRATEGIES/ACTIVITIES:**
- Consider use of scooters, bolsters, ramps in a therapeutic setting

**MEASURABLE OUTCOMES/TARGET DATE:**
Ari will demonstrate improved motor planning skills 8 out of 10 opportunities

Target- 5 months

Date Achieved:

**MEASURABLE OUTCOMES/TARGET DATE:**
Ari will demonstrate improved tolerance to vestibular (movement) activities when presented 8 out of 10 opportunities

Target- 5 months

Date Achieved:

**PERSON(s) INVOLVED:** Clinicians/Therapist
(Name, Title, Phone #)
Childcare staff
Parents
~~Clinicians/Therapists~~

Date Received:

**PERSON(s) INVOLVED:** Clinicians/Therapists
(Name, Title, Phone #)
Childcare staff
Parents
~~Clinicians/Therapists~~

Date Received:

DC EARLY INTERVENTION PROGRAM – IFSP

IFSP-11/03

(17)

12/22/2005  12:09  2023331546    SENIOR COUNSEL    PAGE  19/20
K. D. ALVAREZ
Dalton, Daltons Houston    No.0268  P. 24

Child's Name: _Ari Jackson Pitts_    Date: _4-9-04_

Pg 1 of 1

### Part III: Child/Family Outcomes Related to Child Development

| OUTCOME: (approved/from report) Taken + by parent | OUTCOME: (approved/from report) Taken + by parent |
|---|---|
| Ari will increase body awareness (proprioceptive, kinesthetic) through the use of obstacle courses or resistive activities + deep touch | Ari will increase independence of self-care skills |
| **STRATEGIES/ACTIVITIES:**<br>- Place a heavy bean bag on Ari's lap while sitting in a chair<br>- Periodically give firm pressure on Ari's shoulders<br>- Provide a brief time of classroom aerobics (jumping, running in place) this input may help Ari to remain seated for longer periods<br>- Provide opportunities for Ari to work where he can stand, kneel or lie on stomach | **STRATEGIES/ACTIVITIES:**<br>- Encourage using and handling of utensils consistently during meals<br>- Use water play as a way of providing opportunities for Ari to wash himself with a wash cloth<br>- Develop a routine to dress + undress by initially talking Ari through with physical assistance + progressing to independence through repetition, routine + eventually adaptability |
| **MEASURABLE OUTCOMES/TARGET DATE:**<br>Ari will demonstrate improved body awareness, per therapists observation 1 out of 2 sessions<br><br>Target - 5 months<br>Date Achieved: | **MEASURABLE OUTCOMES/TARGET DATE:**<br>Ari will demonstrate independence in self-care skills when presented opportunities 8 out of 10 times<br><br>Target - 5 months<br>Date Achieved: |
| **PERSON(s) INVOLVED:** Clinicians/Therapists<br>(Name, Title, Phone #)<br>Childcare staff<br>Parents<br>Clinicians/Therapists | **PERSON(s) INVOLVED:** Clinicians/Therapists<br>(Name, Title, Phone #)<br>Childcare staff<br>Parents<br>Clinicians/Therapists |
| Date Received: | Date Received: |

DC EARLY INTERVENTION PROGRAM - IFSP    IFSP-12/03

NA

(18)

JUL 13 2004    SENIOR COUNSEL    PAGE 15/20
Hilton Dallon & Houston    No.0268    P. 20

Child's Name: __Ari Jackson-Pitts__    Date: __4-9-04__

pg 10 of 15

### Part III: Child/Family Outcomes Related to Child Development

| OUTCOME: | OUTCOME: |
|---|---|
| Ari will use sign-language to assist with communication | |

| STRATEGIES/ACTIVITIES: | STRATEGIES/ACTIVITIES: |
|---|---|
| - Introduce family to sign language through video-tapes; flash cards<br>- Begin to use simple signs with Ari (eat; more; sleep; drink; toilet; hurt; sit; play; yes; no; stop)<br>- Incorporate sign in all of Ari's activities | > Recommend video "Signing With Your Baby" |

| MEASURABLE OUTCOMES/TARGET DATE: | MEASURABLE OUTCOMES/TARGET DATE: |
|---|---|
| Ari will use 5 signs consistently within a 5 month period (by his 3rd birthday) | |
| Date Achieved: | Date Achieved: |

| PERSON(s) INVOLVED:<br>(Name, Title, Phone #) Clinicians/Therapist<br>Childcare staff<br>Parents<br>~~Clinicians/Therapists~~ | PERSON(s) INVOLVED:<br>(Name, Title, Phone #) |
|---|---|
| Date Received: | Date Received: |

DC EARLY INTERVENTION PROGRAM – IFSP

IFSP-12/03

(14)

Child's Name: **Ari Jackson-Pitts**     Date: **4-9-04**

### Part III: Child/Family Outcomes Related to Child Development

pg 9 of 19

| OUTCOME:<br><br>Ari will increase his attention to task. | OUTCOME:<br><br>Ari will continue to use gestures to communicate |
|---|---|
| STRATEGIES/ACTIVITIES:<br>- Continue sharing experiences that encourage curiosity<br>- Stay with Ari & model appropriate use of toy or activity<br>- Use activities that encourage exploration<br>- Continue with structured group activities | STRATEGIES/ACTIVITIES:<br>- Help Ari respond to your questions by asking & then giving him time to respond.<br>- Provide physical prompts along with words |
| MEASURABLE OUTCOMES/TARGET DATE:<br>Ari will perform above activities with limited verbal prompting 3 out of 5 opportunities<br>Target - 5 months<br><br>Date Achieved: | MEASURABLE OUTCOMES/TARGET DATE:<br>Ari will use gestures when prompted 3 out of 5 opportunities<br><br>Target - 5 months<br><br>Date Achieved: |
| PERSON(s) INVOLVED: Clinicians/Therapists<br>(Name, Title, Phone #)<br>Childcare staff<br>Parents<br>Clinicians/Therapists<br><br>Date Received: | PERSON(s) INVOLVED: Clinicians/Therapists<br>(Name, Title, Phone #)<br>Childcare staff<br>Parents<br>Clinicians/Therapists<br><br>Date Received: |

DC EARLY INTERVENTION PROGRAM – IFSP

⑬

Child's Name: *Ari Jackson-Pitts*

Date: *4-9-04*

Part III: Child/Family Outcomes Related to Child Development

*pg 8 of 1*

| OUTCOME: | OUTCOME: |
|---|---|
| Ari will respond to social greeting (attention to management of allergies/food sensitivities) | Ari will work on behavior that is age appropriate and interaction with peers |
| **STRATEGIES/ACTIVITIES:** | **STRATEGIES/ACTIVITIES:** |
| - Bring Ari close to you & gain eye contact when you say hello, good bye, etc.<br>- Help Ari respond to your greetings with an appropriate gesture<br>- Fully integrate the allergy diet (food sensitivity)<br>- Introduce other forms of communication (ie. sign language) | - Continue to have Ari in an inclusive setting so that he has typical peers as models<br>- Initiate use of alternative treatment approaches as identified |
| **MEASURABLE OUTCOMES/TARGET DATE:** | **MEASURABLE OUTCOMES/TARGET DATE:** |
| Ari will respond appropriately when presented opportunity & on diet 7 days per week 3 out of 7 days<br>Target - 5 months | Ari will demonstrate behaviors with his peers and adults that are age appropriate 3 out of 5 opportunities<br>Target - 5 months |
| Date Achieved: | Date Achieved: |
| **PERSON(s) INVOLVED:** (Name, Title, Phone #) Clinicians/Therapists<br>Childcare Staff<br>Parents<br>Clinicians/Therapists | **PERSON(s) INVOLVED:** (Name, Title, Phone #) Clinicians/Therapists<br>Childcare Staff<br>Parents<br>Clinicians/Therapists |
| Date Received: | Date Received: |

DC EARLY INTERVENTION PROGRAM - IFSP

IFSP-12/03

⑫

11/22/2005  12:05    2023351948        K D ALVAREZ                    PAGE  03/20
JUL 13 2004                BAYLOR COUNSEL
Case: 1:05-cv-01870-RMC   Dalton, Dalton & Houston   Document 57-3   Filed 08/29/2008   Page 64 of 64
No. 0268   P. 28

pg 16 of 19

### Part VI:   IFSP TRANSITION PLAN
(to be completed when child is 2 yrs, 6 mos.)

**Child's Name:** Ari Jackson-Pitts                     **Date:** 4-9-04

**Date of Birth:** 8-12-01                    **Current Age:** 2 yrs. 8 mos.

**Funding Source:** Family & Part C        **Neighborhood School:** Whittier Elem.

| 1. CURRENT SERVICES (check as appropriate) | 2. PROGRAM NEEDS (check as needed) |
|---|---|
| ✓ Occupational Ther. 120 min. per week | ✓ Inclusive Setting |
| __ Physical Ther. ___ min. per ___ | ✓ Teacher/Class Ratio Small (1:4 or 5) |
| ✓ Speech/Lang. Ther. 120 min. per week | ✓ Behavior Management Program |
| ✓ Special Instruction 120 min. per week | __ Wheelchair/Walker Access/Mobility Training |
| __ Vision Ther. ___ min. per ___ | __ Oral Program (Hearing Impaired) |
| __ Audiology Svcs ___ min. per ___ | ✓ Toilet Training |
| __ Home Visiting ___ min. per ___ | ✓ Adjustment Help (Program Start) |
| __ Feeding Ther. ___ min. per ___ | ✓ 1:1 Assistance During Day |
| ✓ Other Tech. Asst. to childcare as needed | ✓ Alternative Communication Sys. Sign Lang. |
| Nutrition consultation | __ Bi-Lingual Staff _____ (Lang) |
| Psychological Assessment | ✓ Extended Day (Child Care) |

| 3. IDENTIFY ANY CONCERNS (check as needed) | |
|---|---|
| ✓ General Needs to be in location that is convenient for most tasks - Nebulizer when needed meds in evening (carries meds in evening (carries Albuterol inhaler daily) | ✓ Medically Based Services (Nursing Plan) |
|  | __ Shunt Monitoring    __ Catheterization |
|  | __ Apnea Monitor        __ Tracheotomy |
|  | ✓ Nebulizer Treatments  __ Feeding Tube |
| Special Equipment __ Peg need meds during day from this form | __ Oxygen Treatments    __ Seizures |
|  | ✓ Special Diet allergy testing to be done |
| Program will need to conform to dietary needs | __ Home Based Services (Medically Fragile) |
| Assistive Tech. To Be Determined | ✓ Other Restricted diet (no wheat, diag. of atopic; artificial flavors, additives) |

| 4. TRANSITION ASSIGNMENTS: Steps To Ensure A Smooth Transition | | |
|---|---|---|
| **What Do We Need To Do?** | **Who Will Do It?** | **Deadline Date** |
| a. Update IFSP/Evaluations (which ones?) Psychological | To Be Determined | ASAP 4/30/04 |
| b. Update Health/Dental forms – appointments Dental needed | To Be Determined | ASAP 4/30/04 |
| c. Visit prospective programs (identify which ones) St. Columbas, Mamie D. Lee; non-cat; Private | Parent Biddle #, Janney | ASAP |
| d. Prepare package for family to take to register | Parent / Svc coord | ASAP |
| e. Registration by the family (where?) Whittier - if interested | Therapists / OCE IP | rdy April 04 |
| f. Participate in MDT/IEP/Placement meeting | Parents | as early as April 04 |
| I have reviewed the plans for transition. My signature below indicates permission to proceed with transition. | Parents/svc coordinator | As Needed |

Parent Signature _____

②